UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAHNAWAZ MATHIAS, | : | **CASE NO. 1:16-CV-1338** |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| | : | |
| YORK COUNTY, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER
February 28, 2017

In accordance with the Memorandum issued this date, **IT IS ORDERED** that the defendants' motions (doc. 4 & doc. 7) to dismiss are **GRANTED**. **IT IS FURTHER ORDERED**, that Mathias may file, within 21 days of the date of this Order, an amended complaint as to his claims against defendants Sabol, Billet-Barclay, Alu, and Perry in their individual capacities.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge