# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

You are viewing the All report.

| Subject | Activity Type | Description/Narrative | Status | Date | Organizer | Administered By |
|---|---|---|---|---|---|---|
| GENERAL: SHAHNAWAZ M MATHIAS ENTERED INTO SYSTEM. | Chronological | S. FERRO - SHAHNAWAZ M MATHIAS ENTERED INTO SYSTEM. S. FERRO - SHAHNAWAZ M MATHIAS ENTERED INTO SYSTEM. | Open | 11/20/2006 | | |
| GENERAL: MODIFY/ASSIGN --> PO Officer: APRIL J. BILLET-BARCLAY Assigned on 11/28/2006. | Chronological | T. REICHARD - MODIFY/ASSIGN --> PO Officer: APRIL J. BILLET-BARCLAY Assigned on 11/28/2006. T. REICHARD - MODIFY/ASSIGN --> PO Officer: APRIL J. BILLET-BARCLAY Assigned on 11/28/2006. | Open | 11/28/2006 | | |
| GENERAL: MODIFY/ASSIGN --> PO Officer: RHYS P KERSHAW Assigned on 11/28/2006. | Chronological | A. BILLET - MODIFY/ASSIGN --> PO Officer: RHYS P KERSHAW Assigned on 11/28/2006. A. BILLET - MODIFY/ASSIGN --> PO Officer: RHYS P KERSHAW Assigned on 11/28/2006. | Open | 11/28/2006 | | |
| CLOSE: APPEAL | Chronological | | Open | 12/22/2006 | | |
| SP.ATTN: | Chronological | R. KERSHAW - RECEIVED CASE BACK THAT HIS APPEAL WAS DENIED APPARANTLY DENIED BACK IN JANUARY PO JUST NOW GETTING CASE BACK CALLED DEF DEF REPORTS THAT HIS CASE IS STILL UNDER APPEAL AND HE HAS A NEW ATTORNEY TOLD HIM TO GET ME INFO BY THURSDAY OR SEX OFFENDER CONDITIONS GO INTO EFFECT AND NO MORE OVER NIGHT TRAVEL TO OTHER COUNTRIES OR STATES | Open | 05/08/2007 | | |

PRO000403

EXHIBIT L

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| OFFICE: SUPERIOR COURT APPEAL | Chronological | R. KERSHAW - SUPERIOR COURT APPEAL<br>R. KERSHAW - DEF ON TIME FOR APPT.<br><br>BROUGHT IN A PACKET<br>FILED THROUGH DA'S OFFICE<br>DEF IS APPEALING CASE IN SUPERIOR COURT<br>DEF TO KEEP PO INFORMED<br><br>AS OF RIGHT NOW CASE WILL BE SUBMITTED FOR CLOSURE | Open | 06/29/2007 |

| SP.ATTN: WARRANT OUT OF CUMBERLAND CO | Chronological | R. KERSHAW - WARRANT OUT OF CUMBERLAND CO<br>R. KERSHAW - RECEIVED JNET HIT THAT DEF IS WANTED OUT OF CUMBERLAND CO. FOR AGGRAVATED SEX ASSAULT<br>OUR CASE WAS SUBMITTED FOR CLOSURE | Open | 07/11/2007 |

| REVO: ADDITION --> Revocation:<br>Revocation Id: 2007-0002192,<br>Gagnon 1 Date: Results:<br>Desc: | Chronological | K.CAMPBELL - ADDITION --> Revocation:<br>Revocation Id: 2007-0002192,<br>Gagnon 1 Date: Results:<br>Desc:<br>K.CAMPBELL - ADDITION --> Revocation:<br>Revocation Id: 2007-0002192,Gagnon 1<br>Date: Results: Desc: . | Open | 08/31/2007 |

| SP.ATTN: | Chronological | R. KERSHAW - DEF WAS DIRECTED TO REPORT AT 10AM FOR APPT. WITH THIS OFFICER BY JUDGE BLACKWELL<br><br>DEF CAME IN AND DROPPED OFF A STAY OF PROBATION PAPER AND THEN JUST LEFT<br>PO EMAILED JUDGE'S SECRETARY WITH WHAT TRANSPIRED | Open | 03/24/2009 |

PRO000404

# Adult Probation Scheduled Activities

Today's Date:     05/08/2017

| | | | |
|---|---|---|---|
| SVIOL: ADDITION --> Simple Violation: Type 1 FAILED TO REPORT AS DIRECTED, Violation Date3/26/2009 | Chronological | A.ALU - ADDITION --> Simple Violation: Type 1 FAILED TO REPORT AS DIRECTED,  Violation Date3/26/2009<br>A.ALU - ADDITION --> Simple Violation: Type 1 FAILED TO REPORT AS DIRECTED,  Violation Date3/26/2009 | Open | 03/26/2009 |
| REVO: ADDITION --> Revocation: Revocation Id: 2009-0000817, Gagnon 1 Date:  Results:<br>Desc: . | Chronological | A.ALU - ADDITION --> Revocation: Revocation Id: 2009-0000817, Gagnon 1 Date:  Results:<br>Desc: .<br>A.ALU - ADDITION --> Revocation: Revocation Id: 2009-0000817,Gagnon 1 Date:  Results: Desc: . | Open | 03/26/2009 |
| COURT: | Chronological | R. KERSHAW - def back in court def produced documents in court that he is still on appeal<br>the wait continues | Open | 05/04/2009 |

PRO000405

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| DAY-IN: | Chronological | | | Open | 07/24/2009 |
|---|---|---|---|---|---|

K. TITZELL - MET WITH DEF TO SIGN CONDITIONS. REVIEWED GENERAL CONDITIONS. STATED THAT HE WOULD LIKE TO REVIEW EVERYTHING WITH HIS ATTORNEY. INFORMED DEF THAT THIS IS FINE, BUT HE IS EXPECTED TO FOLLOW THESE, EVEN IF HE DOESNT SIGN THEM. TOLD DEF THAT HE CAN REVIEW CONDITIONS WITH ATTORNEY, BUT HE CANNOT TRAVEL WITHOUT EXPRESSED CONSENT FROM APO KERSHAW. DEF HAS INTERNET. TOLD HIM THAT HE WOULD NEED TO GET RID OF THIS. STATED THAT "IT'S JUST GOING TO BE MORE COURT TIME". HE STATED THAT HE IS APPEALING TO THE US SUPREME COURT.

DIRECTED DEF TO REVIEW CONDITIONS WITH ATTY AND THAT APO KERHSAW WILL BE IN CONTACT WITH HIM FOR HIS NEXT APPT.

| OFFICE: | Chronological | | | Open | 08/03/2009 |
|---|---|---|---|---|---|

R. KERSHAW - DEF ON TIME FOR APPT

DEF HAD HIS ATTORNEY HERE AS WELL
ASKING QUESTIONS ABOUT THE CONDITIONS
PO WAS VERY FRANK WITH THEM ABOUT THE CONDITIONS

DEF'S ATTORNEY TO LET ME KNOW WHAT HIS PLANS ARE BY FRIDAY EITHER ACCEPT THE CONDITIONS OR FILE AN APPEAL TO THE US SUMPREME COURT

| GENERAL: MOTION FOR MOD OF SENT FOR CASE 6753-2005 | Chronological | | | Open | 08/06/2009 |
|---|---|---|---|---|---|

M. BRABHAM - MOTION FOR MOD OF SENT FOR CASE 6753-2005

PRO000406

# Adult Probation Scheduled Activities

Today's Date:     05/08/2017

| | | | | |
|---|---|---|---|---|
| COURT: | Chronological | R. KERSHAW - DEF'S SUPERIOR COURT APPEAL HAS BEEN QUASHED | Open | 05/04/2010 |
| GENERAL: MODIFY/ASSIGN --> PO Officer Modified from: KERSHAW, RHYS P To: PERRY, CRYSTAL on 6/3/2010. | Chronological | BECKER-PER - MODIFY/ASSIGN --> PO Officer Modified from: KERSHAW, RHYS P To: PERRY, CRYSTAL on 6/3/2010. BECKER-PER - MODIFY/ASSIGN --> PO Officer Modified from: KERSHAW, RHYS P To: PERRY, CRYSTAL on 6/3/2010. | Open | 06/03/2010 |
| OFFICE: | Chronological | BECKER-PER - Def reported as ordered by Judge Blackwell as per Officer kershaw. Didn't have time to see him. Gave him formal appt letter directing him to report on Monday at 9:30am. | Open | 06/04/2010 |
| PHONE: No permission to travel to TX | Chronological | BECKER-PER - No permission to travel to TX BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/09/2010 |
| GENERAL: MODIFY/UPDATE --> Home Phone Number: Home phone number has changed from (717) 246-1125 to ( ) - | Chronological | BECKER-PER - MODIFY/UPDATE --> Home Phone Number: Home phone number has changed from (717) 246-1125 to ( ) - BECKER-PER - MODIFY/UPDATE --> Home Phone Number: Home phone number has changed from (717) 246-1125 to ( ) - | Open | 06/09/2010 |

PRO000407

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| | | | | |
|---|---|---|---|---|
| **COURT:** | Chronological | R. KERSHAW - DEF'S SUPERIOR COURT APPEAL HAS BEEN QUASHED | Open | 05/04/2010 |
| GENERAL: MODIFY/ASSIGN --> PO Officer Modified from: KERSHAW, RHYS P To: PERRY, CRYSTAL on 6/3/2010. | Chronological | BECKER-PER - MODIFY/ASSIGN --> PO Officer Modified from: KERSHAW, RHYS P To: PERRY, CRYSTAL on 6/3/2010. BECKER-PER - MODIFY/ASSIGN --> PO Officer Modified from: KERSHAW, RHYS P To: PERRY, CRYSTAL on 6/3/2010. | Open | 06/03/2010 |
| **OFFICE:** | Chronological | BECKER-PER - Def reported as ordered by Judge Blackwell as per Officer Kershaw. Didn't have time to see him.  Gave him formal appt letter directing him to report on Monday at 9:30am. | Open | 06/04/2010 |
| PHONE: No permission to travel to TX | Chronological | BECKER-PER - No permission to travel to TX BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/09/2010 |
| GENERAL: MODIFY/UPDATE --> Home Phone Number: Home phone number has changed from (717) 246-1125 to ( )  - | Chronological | BECKER-PER - MODIFY/UPDATE --> Home Phone Number: Home phone number has changed from (717) 246-1125 to ( )  - BECKER-PER - MODIFY/UPDATE --> Home Phone Number: Home phone number has changed from (717) 246-1125 to ( )  - | Open | 06/09/2010 |

PRO000407

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

Chronological

GENERAL: MODIFY/UPDATE-->
Address: Address changed From: 70
VISTA DRIVE,
RED LION, PA 17356

To:  70 VISTA DRIVE PO BOX 163,
RED LION, PA 17356

BECKER-PER - MODIFY/UPDATE-->
Address: Address changed From: 70
VISTA DRIVE,
RED LION,, PA 17356

To:  70 VISTA DRIVE PO BOX 163,
RED LION, PA 17356
BECKER-PER - MODIFY/UPDATE-->
Address: Address changed From: 70
VISTA DRIVE ,RED LION,, PA 17356   To:
70 VISTA DRIVE PO BOX 163,RED
LION, PA 17356

Open    06/09/2010

Chronological

GENERAL: MODIFY/UPDATE-->
Address: Address changed From: 75
PERCHERON DRIVE ,
YORK,, PA 17402

To:  70 VISTA DRIVE ,
RED LION, PA 17356

BECKER-PER - MODIFY/UPDATE-->
Address: Address changed From: 75
PERCHERON DRIVE ,
YORK,, PA 17402

To:  70 VISTA DRIVE ,
RED LION, PA 17356
BECKER-PER - MODIFY/UPDATE-->
Address: Address changed From: 75
PERCHERON DRIVE ,YORK,, PA 17402
To:  70 VISTA DRIVE ,RED LION, PA
17356

Open    06/09/2010

PRO000408

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

ATTORNEY: ROBERT BERRY #443 -9029

| Chronological | | | |
|---|---|---|---|
| BECKER-PER - ROBERT BERRY #443-9029 | Open | 06/10/2010 |

BECKER-PER - Attorney left vm message for me yesterday. I called him back. I believe it is his persoanl cell phone. It's 8:30am and it sounded like I woke him up. Of course, I could be incorrect.

Explained to him that if def wants to go on this trip, he will need to get specific permision from the judge and then explained the travel permit procedure. Then attorney tells me that def's offense did not involve sex. Explained that he is a registered sex offender and he must comply with our sex offender conditions. He was polite, although seemed to be feigning confusion.

Robert Berry #443-9029

PRO000409

# Adult Probation Scheduled Activities

**Today's Date:**      05/08/2017

| | Chronological | | Open | 06/11/2010 |
|---|---|---|---|---|
| PHONE: somthing new filed | BECKER-PER - somthing new filed | | | |

BECKER-PER - Def called again. He is still confused about why he's not permitted to travel. I explained it to him yet again. Def was polite and respectful. He asks if Judge Domey and Judge Blackwell's court orders mean nothing to the probation department. Explained that both myself and AI interpreted the order to read that his petition to modify his travel condition was denied and we are standing by the normal policy that travel is a privilege for a sex offender and right now we don't know his risk factors, etc. and this is something that he would need to run by treatment, but he's not in it yet, so he doesn't have that opportunity at this time. Told him he needs to get set up with group and once he's in group and making progress, travel may be opened up for him.

He says he does not want to lie to me, so he is not going to travel.

Rec'd def's motion to "compel adherence with the negotiated plea agreement." Filed in Clerk of Courts.

| | Chronological | | Open | 06/16/2010 |
|---|---|---|---|---|
| GENERAL: NEW --> Vehicle Information: Vin#: SILVER, Plate Number:GPP 3393, State: PA, Make: MERCEDEZ-BENZ Model: , Year: 2007, Desc.: 280. | BECKER-PER - NEW --> Vehicle Information: Vin#: SILVER, Plate Number:GPP 3393, State: PA, Make: MERCEDEZ-BENZ Model: , Year: 2007, Desc.: 280. | | | |

BECKER-PER - NEW --> Vehicle Information: Vin#: SILVER, Plate Number:GPP 3393, State: PA, Make: MERCEDEZ-BENZ Model: , Year: 2007, Desc.: 280.

PRO000410

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| | | | |
|---|---|---|---|
| GENERAL: NEW --> Vehicle Information: Vin#: , Plate Number:GLA 2588, State: , Make: , Year: 2006, , Desc.: 280. | Chronological | BECKER-PER - NEW --> Vehicle Information: Vin#: , Plate Number:GLA 2588, State: , Make: MERCEDEZ-BENZ Model: , Year: 2006, , Desc.: 280. BECKER-PER - NEW --> Vehicle Information: Vin#: , Plate Number:GLA 2588, State: , Make: MERCEDEZ-BENZ Model: , Year: 2006, , Desc.: 280. | Open | 06/16/2010 |
| GENERAL: NEW --> Vehicle Information: Vin#: SILVER, Plate Number:FW 6669, State: PA, Make: NISSAN Model: , Year: 2004, , Desc.: ARMADA. | Chronological | BECKER-PER - NEW --> Vehicle Information: Vin#: SILVER, Plate Number:FW 6669, State: PA, Make: NISSAN Model: , Year: 2004, , Desc.: ARMADA. BECKER-PER - NEW --> Vehicle Information: Vin#: SILVER, Plate Number:FW 6669, State: PA, Make: NISSAN Model: , Year: 2004, , Desc.: ARMADA. | Open | 06/16/2010 |
| GENERAL: UPDATE --> Vehicle Information: Vin#: WHITE, Plate Number:GLA 2588, State: PA, Make: MERCEDEZ-BENZ Model: , Year: 2006, , Desc.: 280. | Chronological | BECKER-PER - UPDATE --> Vehicle Information: Vin#: WHITE, Plate Number:GLA 2588, State: PA, Make: MERCEDEZ-BENZ Model: , Year: 2006, , Desc.: 280. BECKER-PER - UPDATE --> Vehicle Information: Vin#: WHITE, Plate Number:GLA 2588, State: PA, Make: MERCEDEZ-BENZ Model: , Year: 2006, , Desc.: 280. | Open | 06/16/2010 |
| GENERAL: NEW --> Vehicle Information: Vin#: BLACK, Plate Number:FWP 3242, State: PA, Make: BAVARIAN MOTORS Model: , Year: 2004, , Desc.: 525. | Chronological | BECKER-PER - NEW --> Vehicle Information: Vin#: BLACK, Plate Number:FWP 3242, State: PA, Make: BAVARIAN MOTORS Model: , Year: 2004, , Desc.: 525. BECKER-PER - NEW --> Vehicle Information: Vin#: BLACK, Plate Number:FWP 3242, State: PA, Make: BAVARIAN MOTORS Model: , Year: 2004, , Desc.: 525. | Open | 06/16/2010 |

PRO000411

PRO000412

# Adult Probation Scheduled Activities

**Today's Date:       05/08/2017**

| | | | |
|---|---|---|---|
| GENERAL: UPDATE --> Vehicle Information: Vin#: BLACK, Plate Number:GKF 5969,  State: PA, Make: PONTIAC Model: , Year: 2004,  Desc.: CAYENNE. | Chronological | BECKER-PER - UPDATE --> Vehicle Information: Vin#: BLACK,  Plate Number:GKF 5969,  State: PA,  Make: PONTIAC Model: , Year: 2004,  Desc.: CAYENNE.  BECKER-PER - UPDATE --> Vehicle Information: Vin#: BLACK,  Plate Number:GKF 5969,  State: PA,  Make: PONTIAC Model: , Year: 2004,  Desc.: CAYENNE. | Open | 06/16/2010 |
| GENERAL: NEW --> Vehicle Information: Vin#: , Plate Number:GKF 5969,  State: , Make: , Year: 2004, Desc.: CAYENNE. | Chronological | BECKER-PER - NEW --> Vehicle Information: Vin#: , Plate Number:GKF 5969,  State: , Make: PONTIAC Model: , Year: 2004,  Desc.: CAYENNE.  BECKER-PER - NEW --> Vehicle Information: Vin#: , Plate Number:GKF 5969,  State: , Make: PONTIAC Model: , Year: 2004,  Desc.: CAYENNE. | Open | 06/16/2010 |
| GENERAL: UPDATE --> Vehicle Information: Vin#: BLACK,  Plate Number:GKF 5969,  State: , Make: PONTIAC Model: , Year: 2004, Desc.: CAYENNE. | Chronological | BECKER-PER - UPDATE --> Vehicle Information: Vin#: BLACK,  Plate Number:GKF 5969,  State: , Make: PONTIAC Model: , Year: 2004,  Desc.: CAYENNE.  BECKER-PER - UPDATE --> Vehicle Information: Vin#: BLACK,  Plate Number:GKF 5969,  State: , Make: PONTIAC Model: , Year: 2004,  Desc.: CAYENNE. | Open | 06/16/2010 |
| GENERAL: UPDATE --> Vehicle Information: Vin#: WHITE, Plate Number:GLA 2588,  State: , Make: MERCEDEZ-BENZ Model: , Year: 2006,  Desc.: 280. | Chronological | BECKER-PER - UPDATE --> Vehicle Information: Vin#: WHITE,  Plate Number:GLA 2588,  State: , Make: MERCEDEZ-BENZ Model: , Year: 2006,  Desc.: 280.  BECKER-PER - UPDATE --> Vehicle Information: Vin#: WHITE,  Plate Number:GLA 2588,  State: , Make: MERCEDEZ-BENZ Model: , Year: 2006,  Desc.: 280. | Open | 06/16/2010 |

PRO000413

# Adult Probation Scheduled Activities

**Today's Date:     05/08/2017**

| | | | | |
|---|---|---|---|---|
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/16/2010 |
| PHONE: DEF TALKING NON-STOP | Chronological | BECKER-PER - DEF TALKING NON-STOP BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/18/2010 |
| REVUCASE: | Chronological | BECKER-PER - Talked with Supervisor Alu. We will allow def to go to his regular church in Lancaster County. One church service per week. | Open | 06/22/2010 |
| OFFICE: PERMISSION TO GO TO HBG & CUMBERLAND CO. | Chronological | BECKER-PER - PERMISSION TO GO TO HBG & CUMBERLAND CO. BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/22/2010 |
| SPCOND: ADDITION --> Special Condition: Special Condition SEX OFFENDER TREATMENT, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linke | Chronological | BECKER-PER - ADDITION --> Special Condition: Special Condition SEX OFFENDER TREATMENT, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, The starting date is 6/23/2010. BECKER-PER - ADDITION --> Special Condition: Special Condition SEX OFFENDER TREATMENT, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, The starting date is 6/23/2010. | Open | 06/23/2010 |

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

| | | | |
|---|---|---|---|
| TREAT: ADDITION -> Treatment: Program TRIAD TREATMENT SPECIALISTS, Referral Date: 6/23/2010, by officer PERRY, CRYSTAL, Comments: SEX OFFENDER TREATMENT. | Chronological | BECKER-PER - ADDITION -> Treatment: Program TRIAD TREATMENT SPECIALISTS, Referral Date: 6/23/2010, by officer PERRY, CRYSTAL, Comments: SEX OFFENDER TREATMENT.<br>BECKER-PER - ADDITION -> Treatment: Program TRIAD TREATMENT SPECIALISTS, Referral Date: 6/23/2010, by officer PERRY, CRYSTAL, Comments: SEX OFFENDER TREATMENT. | Open   06/23/2010 |
| SPCOND: ADDITION -> Special Condition: Special Condition NO CONTACT WITH VICTIM, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linke | Chronological | BECKER-PER - ADDITION -> Special Condition: Special Condition NO CONTACT WITH VICTIM, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, The starting date is 6/23/2010.<br>BECKER-PER - ADDITION -> Special Condition: Special Condition NO CONTACT WITH VICTIM, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, The starting date is 6/23/2010. | Open   06/23/2010 |
| SPCOND: ADDITION -> Special Condition: Special Condition NO CONTACT WITH CHILDREN, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is lin | Chronological | BECKER-PER - ADDITION -> Special Condition: Special Condition NO CONTACT WITH CHILDREN, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, The starting date is 6/23/2010.<br>BECKER-PER - ADDITION -> Special Condition: Special Condition NO CONTACT WITH CHILDREN, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, The starting date is 6/23/2010. | Open   06/23/2010 |

PRO000414

# Adult Probation Scheduled Activities

PRO000415

**Today's Date:**     05/08/2017

| | Chronological | | Open | 06/23/2010 |
|---|---|---|---|---|
| SPCOND: ADDITION --> Special Condition: Special Condition NO ALCOHOL, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictm | | BECKER-PER - ADDITION --> Special Condition: Special Condition NO ALCOHOL, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, The starting date is 6/23/2010. BECKER-PER - ADDITION --> Special Condition: Special Condition NO ALCOHOL, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, The starting date is 6/23/2010. | | |
| TREAT: TRIAD INTAKE 7/7 @ 1:30PM | Chronological | BECKER-PER - TRIAD INTAKE 7/7 @ 1:30PM BECKER-PER - Triad intake on 7/7 at 1:30pm with Cam. | Open | 06/25/2010 |
| PHONE: GOING TO DAUPHIN & CUMBERLAND CO ON MON. | Chronological | BECKER-PER - GOING TO DAUPHIN & CUMBERLAND CO ON MON. BECKER-PER - Rec'd vm message from def. It was on his cell phone and part of it cut out a couple of times.

He wants to go to Hbg on Monday for several things. Called him back. He has a meeting with his attorney, Morgan Paul (I don't know if that's the law firm's name or his actual attorney's name), and needs to go to the Cumberland County Courthouse to look up some records. Something about there was a township meeting and they denied him to do some development there and he has millions of dollars in it.

Told him that's fine. Mtg with attorney is at 11:30am. Told him he could either email me or call and leave message with address of where he's mtg with attorney and the Cumberland County Courthouse address. | Open | 06/25/2010 |

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/29/2010 |
|---|---|---|---|---|
| OTHER: REPOSSESSING MERCEDES | Chronological | BECKER-PER - REPOSSESSING MERCEDES | Open | 06/30/2010 |

BECKER-PER - Rec'd vm message from a Dave Smith of Johnston, Parker & Associates. He is with a PI firm and they are looking to reposess def's vehivle, a Mercedes Benz, CLS class, 2006, Black. Which def does not have listed on PSP registry. If he doesn't contact Dave Smith within 2 days, his vehicle will be placed on the National Ins. Crime Bureau's list. I don't understand all of this. Gave him Attny Barry's office number from his business card. He already had his cell #.

He just asked that I give def his info and to tell him to contact him today b/c he's the only one who can get def out of this mess.

#866-412-4521 x 240

He also said that they picked up a Porsche at his residence a few months ago.

Sent def this email:

Hello, Shah. I recieved a call from a Dave Smith from a private investigation firm in Dallas, TX. He is interested in your black 2006 Mercedes Benz CLS Class. He would like you to call him today to discuss this. He can be reached at #866-412-4521 x|240. Additionally, If this vehicle belongs to you, it is not registered with the state police on the Megan's Law website. Please update this as soon as possible to avoid new charges of failing to comply with Megan's Law Registration.

PRO000416

# Adult Probation Scheduled Activities

**Today's Date:**      **05/08/2017**

| | | | | |
|---|---|---|---|---|
| | On an unrelated note, there is mouthwash that is 100% alcohol-free. Smart Mouth Mouthwash comes in two flavors. | | | |
| | 4:13pm  Def left vm message that he has updated his vehicle registration for Megan's Law. | | | |
| **OFFICE:** | Chronological | | | |
| | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 07/02/2010 | |
| **TREAT: TRIAD INTAKE 7/19 @ 3PM** | Chronological | | | |
| | BECKER-PER - TRIAD INTAKE 7/19 @ 3PM | Open | 07/07/2010 | |
| | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | | | |
| **COURT: MUST COMPLY WITH NORMAL TRAVEL REGULATIONS** | Chronological | | | |
| | BECKER-PER - MUST COMPLY WITH NORMAL TRAVEL REGULATIONS | Open | 07/07/2010 | |
| | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | | | |
| **PHONE:** | Chronological | | | |
| | A/ALU - Def called.  Has to meet with his attorney located at 4431 N. Front St. in H-burg on 7/14/10.  I instructed him to call me (or leave a VM) before he leaves and call once he returns home. | Open | 07/12/2010 | |
| | He then stated that he is meeting with the mayor of Carlisle, Kirk Wilson, tomorrow and was going to meet at the Bob Evans off 83 near the turnpike.  He wasn't sure if that was in York County.  I advised him that he should find a meeting place that is definitely located in York County for this meeting. | | | |

PRO000417

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| PHONE: | Chronological | A.ALU - Def called.  He said he would be meeting the Mayor of Carlisle, Kirk Wilson, in Harrisburg in the building located at 3rd and Foster street at noon and will then proceed to his attorney's office.  He anticipates returning home by 3:30-4:00pm tomorrow evening and knows to call this supervisor and leave a message when he is back. | Open | 07/13/2010 |
| --- | --- | --- | --- | --- |
| VOICE: | Chronological | A.ALU - VM left at 5:06 PM from def indicating he was back in York County and was traveling on Int. 83 returning from his appts in Harrisburg. | Open | 07/14/2010 |
| OFFICE: Wants travel to British Columbia for arranged marriage proposal | Chronological | BECKER-PER - Wants travel to British Columbia for arranged marriage proposal<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 07/16/2010 |

PRO000418

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| EMAIL: CAN GO TO TAJ MAHAL RESTAURANT AFTER CHURCH | Chronological | BECKER-PER - CAN GO TO TAJ MAHAL RESTAURANT AFTER CHURCH | Open | 07/18/2010 |
|---|---|---|---|---|
| | | BECKER-PER - travel 07.18.2010 | | |
| | | SHAH MATHIAS [shahmathias@yahoo.com] | | |
| | | Sent:  Sunday, July 18, 2010 7:45 AM | | |
| | | To:  Perry, Crystal | | |
| | | Cc:  ROBERT BERRY ? [raberry99@aol.com]? | | |
| | | | | |
| | | OFFICER, PERRY, | | |
| | | This is to inform you that I will be attending church service today , per our previously agreed permission to attend  "a Christian church service ." | | |
| | | Sincerely, | | |
| | | | | |
| | | Shah Mathias (717)434-0668 | | |
| | | shahmathias@yahoo.com | | |
| | | shah@penndellandco.com | | |
| | | | | |
| | | 7/19/10  Def called.  He has an appt on Friday at 10am at his attorney, Roger Morganthal.  Tolod him that was find to go. | | |
| | | | | |
| | | He has his intake today at 3pm with Cam. | | |
| | | | | |
| | | He is asking if he takes his parents to church, can they stop and get something to eat at the Taj Mahal restaurant.  There's a buffet that they would go to after church.  The exit before the Park City exit on Rt. 30.  Told him to get me the address, phone #of the restaurant and  he would have to email me to let me know when he was going. | | |
| VOICE: FATHER HAD A STROKE | Chronological | BECKER-PER - FATHER HAD A STROKE | Open | 07/21/2010 |
| | | BECKER-PER - Def left vm message that his father had a stroke.  HE is in the hospital with him right now.  Saying it's touch and go and don't know how long they | | |

PRO000419

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

have with the father.  Can he reschedule
his appt for tomorrow.

Called him back and left message saying
that's fine and to report next week.

Then he called back.  He didn't just want to
exchange messages.  His father had the
stroke early this morning and def got ther
b/f the ambulance did.  Father is in York
hospital.  Fahter hs had 2 heart surgeries
and a previous stroke.  His one side is
paralyzed.  Def thinks that he will not be
coming home for a long time.  Will have to
go to rehab before he can go home,

Rec'd this email:

your home visit 07.22.2010 Reschedule for
07.28.2010 8:30am
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent:  Wednesday, July 21, 2010 7:31 PM

To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[raberry99@aol.com]?

officer perry ,
this will confirm your retuning  my call
today to reschedule your home visit
appointment  for July 07.22.2010  from
11:00AM to 2:00 pm for 07.22.2010 .
Rescheduling is due to my family medical
emergency . your  have set the new date
for July 28th 2010 8:30 am  at your office

Sincerely,

Shah Mathias

PRO000420

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

EMAIL:

| Chronological | | Open | 07/22/2010 |

(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

BECKER-PER - IF YOU NEED TO CALL
ME

SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Thursday, July 22, 2010 8:07 AM
To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[raberry99@aol.com]?

OFFICER PERRY
I WILL BE IN YORK HOSPITAL IN AND
OUT  BRING MY MOTHER TO AND
FROM HOSPITAL TO VISIT MY FATHER
FOR MOST OF THE DAY SHOULD YOU
NEED TO CALL ME YOU CAN CALL THE
HOSPITAL AND ASK FOR MY DAD'S
ROOM  #330 OTHER WISE MY CELL #
717 434 0668. THANKS

Sincerely,

Shah Mathias
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

request to travel for july 27
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Thursday, July 22, 2010 9:12 PM
To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[raberry99@aol.com]?

PRO000421

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

officer perry ,
my father's well being is at risk . i need to
travel to pick his brother coming from
Canada . he is arriving at airport MDT
Harrisburg pa July 27 5pm . i,m request
permission to travel to pick him .

Sincerely,

Shah Mathias
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

PRO000422

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| VOICE: | Chronological | BECKER-PER - Sent email back to def asking if he meant the HIA and if so, the address.<br><br>He leaves me vm message saying that yes, it's HIA and there is no specific address, it's a large landmark and if I really want the address, he can get it to me.<br><br>travel request to attorney's office<br>SHAH MATHIAS<br>[shahmathias@yahoo.com]<br>Sent: Thursday, July 22, 2010 10:59 PM<br>To: Perry, Crystal | Open | 07/23/2010 |
|---|---|---|---|---|
| | | Officer perry ,<br><br>per your phone call of earlier this week you informed that i do not need to call you while my travels to my attorney's office you have already been approved just for record keeping I'm letting you know that i will be going to meet with my attorney morgenthal July 23 Harrisburg pa.<br><br>Sincerely,<br><br>Shah Mathias<br><br>(717)434-0668<br>shahmathias@yahoo.com<br>shah@penndellandco.com | | |
| VOICE: PERMISSION TO GO TO HIA | Chronological | BECKER-PER - PERMISSION TO GO TO HIA<br><br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 07/26/2010 |

PRO000423

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| | | | | |
|---|---|---|---|---|
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 07/26/2010 |
| TREAT: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 07/27/2010 |
| TREAT: REFERRED TO CCG | Chronological | BECKER-PER - REFERRED TO CCG BECKER-PER - Sent all of def's info to Gerald at CCG. Requested that he call me upon receipt of it. | Open | 07/28/2010 |
| TREAT: ADDITION --> Treatment Program COMMONWEALTH CLINICAL GROUP, Referral Date: 7/28/2010, by officer PERRY, CRYSTAL | Chronological | BECKER-PER - ADDITION --> Treatment Program COMMONWEALTH CLINICAL GROUP, Referral Date: 7/28/2010, by officer PERRY, CRYSTAL. BECKER-PER - ADDITION --> Treatment Program COMMONWEALTH CLINICAL GROUP, Referral Date: 7/28/2010, by officer PERRY, CRYSTAL. | Open | 07/28/2010 |
| OFFICE: May stay at mother's occasionally while father is in hospital | Chronological | BECKER-PER - May stay at mother's occasionally while father is in hospital BECKER-PER - Def reported. His father's situation is "intense." Mother is afraid to be alone at night b/c of being on oxygen. The kids are going to rotate spending the night there. Told def that is fine, he will send me an email to let me know when he is planning to do that. Also, the therpalst wants def to be at his father's PT sessions, which are usu around 9am. Told def I got his email about Triad not taking him. He just tells me that he memorialized their conversation and then she told him that they couldn't provide services. He says that he is going to have his attorney look at their release of info. Def also thinks that his attorney uses the same polygrapher, so he thinks this is a conflict of interest and why Cam won't treat | Open | 07/28/2010 |

PRO000424

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | | |
|---|---|---|---|---|
| PHONE: CCG INTAKE 8/2/10 | Chronological | him. Claims that he is going to sign the release of info. His attorney is looking at it now. His issue was that the release mentioned some kind of law and he didn't know anything about that. Claims that he did meet with her for the intake from 3pm to 5:30pm.<br><br>Referred him to CCG. He is just going to walk over there after this appt and set himself up with an intake. Told him how to get there.<br><br>Denies alcohol/drug use. Not even legal drugs. Denies contact with the police. Denies use of porn. Denies contact with minors.<br><br>Def reports that his uncle had a really hard time seeing his father all hunched over and partially paralyzed. Uncle is staying with def. Uncle is from Canada. British Columbia. He also has machines to breath and a whole bag of meds.<br><br>BECKER-PER - CCG INTAKE 8/2/10<br>BECKER-PER - Def called. He has an intake at CCG on Monday at 4pm. | Open | 07/30/2010 |
| EMAIL: | Chronological | Also, he is taking his uncle back to HIA on Monday. At either 10am or 1pm, the flight has not yet been confirmed.<br><br>His federal case that is at the Ronald Reagan Federal Bldg in Hbg has been continued. He will let me know of the date.<br><br>BECKER-PER - TRAVEL PRMISSTION<br>08.02.2010 TO MDT<br>SHAH MATHIAS<br>[shahmathias@yahoo.com]<br>Sent: Monday, August 02, 2010 7:55 AM<br>To: Perry, Crystal<br>Cc: ROBERT BERRY ? | Open | 08/03/2010 |

PRO000425

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

[raberry99@aol.com]?

OFFICER PERRY ,
THIS WILL CONFIRM OUR PHONE CALL
THAT YOU HAVE GIVEN ME THE
PERMISSION TO DROP MY UNCLE OFF
AT HARRISBURG AIRPORT ( MDT )
TODAY (08.02.2010)

Sincerely,

Shah Mathias
(717)434-0868
shahmathias@yahoo.com
shah@penndellandco.com

COMMONWEALTH CLINCAL GROUP
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent:  Tuesday, August 03, 2010 9:10 AM
To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[raberry99@aol.com]?

OFFICER PERRY ,
JUST TO INFORM YOU I HAD
APPOINTMENT SET UP WITH
COMMONWEALTH CLINICAL GROUP
FOR 08.02.2010  4:30 pm  IN THE
MORRNING THAT DAY . I CALLED TO
CONFIRM  BUT I WAS INFORMED BY
THE RECEPTIONIST THAT MY
APPOINTMENT WAS CANCELED  I WAS
ASKED BY THE RECEPTIONIST
WASNT I CALLED BY ANY ONE  MY
ANSWER WAS NO THEN I WAS
INFORMED LATER IN THE DAY SOME
WILL CALL ME .

PRO000426

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

**PHONE:**

Chronological

Sincerely,

Shah Mathias

(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

BECKER-PER - 8/9/10  Def called and left a v/m message at 1:10pm b/c I wasn't there at 1pm.  His window appt time was 1-3pm.

Conducted home visit.  Def reports that he talked to York Area Regional PD about his fraud case.  Denies drug/alcohol use. Denies contact with minors.  Denies contact with hsi son.

He really needs to go to DC to see Nancy Pelosi and Sen. Hank Sanders of Alabama. Def has a huge project stimulus for Alabama.  Told him I had to run this trip by my supervisor.  I wonder whether def is just name-dropping.

8/12/10  Rec'd call from def.  He is going to the Ronald Reagan Federal Bldg in Hbg today.  Didn't go the other day.  It was rescheduled for today.  And he's picking up "another party" at the Cedar Cliff exit of of 83.  Told him that was fine.

8/13/10  Rec'd this email from Supervisor Alu:

RE: Shah Mathias
Alu, Amy
Sent: Friday, August 13, 2010 7:52 AM
To:  Perry, Crystal

We can double check with Al (b/c of the

Open                    08/12/2010

PRO000427

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

lawsuit), but I would say to reject this request, based on Judge Blackwell's ruling (which basically limits all travel, correct?), Mr. Mathias is not in treatment and is very new to supervision and typically at this point in time with every other sex offender, we would not authorize this type of travel.

Amy B. Alu

Adult Probation Supervisor

Sex Offenders/Domestic Violence

45 North George St. 2nd fl. York, PA 17401

771-9602 ext. 237

| | | | | |
|---|---|---|---|---|
| **NO SHOW:** | Chronological | BECKER-PER - Def failed to report for his appt. This is very unlike him. | Open | 08/17/2010 |
| **REPORT:** | Chronological | BECKER-PER - 8/18/10  Def reported. Apparently thought his appt was for today. I was not in.  Which is why appt was scheduled for yesterday. | Open | 08/18/2010 |
| | | 8/23/10  Def called.  He apologizes if there was a misunderstanding.  Scheduled appt for this Friday.  He needed me to send him an email telling him this so he could log it into his calendar. | | |
| **OFFICE: TREATMENT & INFINITI ISSUES** | Chronological | BECKER-PER - TREATMENT & INFINITI ISSUES<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 08/27/2010 |

PRO000428

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | |
|---|---|---|---|
| PHONE: FATHER HAS MRSA, DEF GETTING TESTED FOR IT | Chronological | BECKER-PER - FATHER HAS MRSA, DEF GETTING TESTED FOR IT<br><br>BECKER-PER - Def left vm message that his father has MRSA and he has to schedule a doctor's appt tomorrow to get checked himself. Called him back. I don't want MRSA in my office. Rescheduled for next week. He's also got some kind of voice issue going on. He was about to lose hise voice. I don't want any of that, so I will see him next week. | Open | 08/30/2010 |
| OFFICE: | Chronological | BECKER-PER - Def reported. He is over his illness. He sounds better. His father is doing better. His MRSA is under control. Def claims that he doesn't have MRSA. There was a sore on his lip that broke out when he was getting sick.<br><br>Over the weekend: he slept. He was home, didn't go anywhere. His cousin from Hbg came to visit his dad. He did not take off Labor Day b/c he was catching up on all the files he didn't get to while hew as sick. And then he cooked for his parents b/c his sister needed a break.<br><br>They didn't go to that fish market b/c he was ill. Since we talked last, he didn't do anything. Def didn't have to get antibiotics. Something about a pretty touchy stomach. He got sick today. Foul smell. What is he even talking about.<br><br>Denies alcohol/drug. He did not go to church this week. Denies contact with the police. Denies contact with minors. Doesn't think he got a court date or an answer to his petition. He acts like he really doesn't know what's going on with that.<br><br>Denies use of porn. | Open | 09/07/2010 |

PRO000429

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| EMAIL: | Chronological | BECKER-PER - traveling for court hearing today<br><br>SHAH MATHIAS<br>[shahmathias@yahoo.com]<br>Sent: Monday, September 13, 2010 7:46 AM<br>To: Perry, Crystal<br>Cc: ROBERT BERRY ?<br>[raberry99@aol.com]?<br>officer Perry just as reminder that i do have to be in Federal Court Harrisburg pa 9 am today you have approved this travel in the pass.<br><br>Sincerely,<br><br>Shah Mathias<br>(717)434-0668<br>shahmathias@yahoo.com<br>shah@penndellandco.com<br><br>Emailed him back saying this is fine. He also left a vm message with same Info. | Open | 09/13/2010 |
|---|---|---|---|---|
| OFFICE: Did not sign release with CCG | Chronological | BECKER-PER - Did not sign release with CCG<br><br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/15/2010 |
| OFFICE: Signed a release with me | Chronological | BECKER-PER - Signed a release with me<br><br>BECKER-PER - Def reported. His father is doing better. He was able to sign him out and bring him home for a few hours. Had to take him back. He feels that he was able to refresh his father.<br><br>Haven't rec'd release of infor from Gerald to have def sign.  Had him sign one of ours and hopefully that will work.  He actually signed it without asking questions or making an issue of it.<br><br>Denies alcohol/drug use.  Denies contact | Open | 09/30/2010 |

PRO000430

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

with the police.

Claims that he needs to go to Cumberland County Courthouse to see the recorder of deeds. He would like to go here on Monday after his mtg in Hbg. He will call me or send me an eamil to let me know when he is actually going to go.

And he has other attorneys that he has to see that are out of state, one in Tallahassee and one in Birmingham. Told him we're not going to be permitting that anytime in the near future. He is just letting me know.

HE called about the car. The recall. He found that you have to take your vehicle to the franchise in your area. His daughter, school and stuff so he can't coordinate it with her. Asked him why she can't have someone drive down there and drop her off. B/c his ins has to have someone over age 24 drive the car. Yet his daughter is 22. I feel that def is really just trying to get me to let him go out of state for an unimportant reason so that later he can use that as leverage to get other out of state travel permission.

Denies contact with minors. Denies use of porn.

Monday he has to be in Harrisburg at attorney Morganthal's office. And from there these people want to settle something. They owe def money. His appt is at 11am.

| | | | |
|---|---|---|---|
| **OFFICE:** | Chronological | BECKER-PER – ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 10/19/2010 |
| **PHONE:** | Chronological | BECKER-PER - 10/21/10 Def called. His car broke down yesterday. the Mercedes. | Open | 10/20/2010 |

PR00000431

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

PRO000432

So he had it towed to Sun Motor Mercedes in Mechanicsburg.  Car broke down at his residence.   There's a service recall.
Doesn't know when he is going to go up there and get it bc he has to get a ride from someone.

Then sent me this email with the address info:

permission to travel to pick my car
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Wednesday, October 20, 2010 3:55 PM
To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[raberry99@aol.com]?

officer perry ,
this will confirm  your giving me permission to go pick my car up form the work shop.at below location. i have to make arrangement for someone to take me to the workshop therefore i,m not sure if it will be today or tomorrow , car had transmission problem it was toed to the dealership from my house at 70 vitsa dr Red LION, i will call in to you and let you know when i have arrangement to go .
shah

Sun Motor Cars Mercedes
Sun Motor Cars Mercedes | 6677 Carlisle Pike, Mechanicsburg, PA 17050 (877) 316-3030.

Sincerely,

Shah Mathias
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

**PHONE:**

| Chronological | | 11/03/2010 |
|---|---|---|

At 4:16pm, he left vm message saying that he got a ride to get his car. Is going to meet a friend in the Cedar Cliff area or isomething and go up there today, I believe.

BECKER-PER - Def left several messages Open yesterday (we were closed for Election Day) wanting to go to the Cumberland County Courthouse to pull info for a deposition he is getting ready for.

Called him back today. Explained that we were closed.

Told him that anytime he asks me to go to the Cumberland County Courthouse, I'm going to give him permission to go. Told him he could just let me know via email or phone message when he is going. He will go today around 10am.

Lancaster County, Cumberland County and Dauphin County—these are the counties that he has courtcases going on.

PERMISSION TO TRAVEL LEGAL MATTERS LANCASTER PA
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Friday, October 22, 2010 8:27 AM
To: Perry, Crystal
Cc: ROBERT BERRY ?
[raberry99@aol.com]?

OFFICER PERRY,
I HAVE TO ATTEND TO LEGAL MATTER ON OCTOBER 28,2010 ,3:15PM  I'M ASKING YOUR PERMISSION TO TRAVEL TO LOCATION BELOW. I CAN

PRD000433

# Adult Probation Scheduled Activities

**Today's Date:** **05/08/2017**

BE REACHED AT 717 434 0668 . SHAH

227 Granite Run Drive, Suite 100,
Lancaster, PA 17601

Sincerely,

Shah Mathias

(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

Responded today that that is fine.

| | | | |
|---|---|---|---|
| Chronological | BECKER-PER - ERROR TO RETRIEVE<br>THE MEMO RICH TEXT | Open | 11/05/2010 |
| VOICE: | | | |

PRO000434

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

**EMAIL:**

| Chronological | | Open | 11/10/2010 |
|---|---|---|---|

BECKER-PER - traveling / to harrisburg
pa and lancaster pa
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Tuesday, November 09, 2010 9:28
PM
To: Perry, Crystal
Cc: ROBERT BERRY ?
[raberry99@aol.com]?

officer perry , i will be traveling to
Harrisburg D county court house on the
11.10.2010 and see my attorney , i will also
be at the department of revenue at
strawberry Sq Harrisburg pa. 11am to
2:00pm then i will be traveling to IRS
OFFICE IN LANCASTER PA 3:00PM

Sincerely,

Shah Mathias
CEO
Penndel Land Co.
(717)434-0688
shahmathias@yahoo.com
shah@penndellandco.com

**OFFICE:**

| Chronological | | Open | 11/12/2010 |
|---|---|---|---|

BECKER-PER - Def reported. Nothing
much new with him, parents, working and
litigation. Someone has been filing taxes
unrealted to def but using their "IN"
number. Every place he goes, his stuff is
stamped. Showed me what may have
been a parking garage ticket or something.

His dad was in the ER for a bloody nose
that wouldn't stop bc he's on so many
blood thinners. And then he had chest
pains on another day.

Had a deposition all day basically in

PRO000435

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

Cumberland County.

So between that and trying to geth is year end document closed, just work. Denies alcohol use. His dad is still at the rehab center. They're working to get him home and def would most likely have both of his parents move in with him. They're still talking about it.

Def says it's difficult on him, but he's a dedicated person.

Denies illegal drug use. Def is not on any prescription meds. Denies contact with the victim. Denies contact with any minors. Denies use of porn.

Def telling me that some of these law suits are against people who are out of state. If they don't show up for the court hearing, he may have to "chase them down" and depose them there or something. With his attorney. Then something about filing something in the state where the person is.

Plans for thanksgiving--he does celebrate it. But it's pretty down the line. His sister is the only one who is local and she is invited to her in-laws.

Chronological

Open          11/12/2010

BECKER-PER - 11.12.2010 TRAVELING
TO LANCASTER PA 9:00AM
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Thursday, November 11, 2010 8:23
PM
To:   Perry, Crystal
Cc: ROBERT BERRY ?
[rraberry99@aol.com]?

PHONE:

PRO000436

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

OFFICER PERRY,
PER YOUR APPROVED TRAVEL AND
PER OUR AGREEMENT TO INFORM
YOU BEFORE I TRAVEL,I,M LETTING
YOU KNOW THAT
I WILL BE TRAVELING TO LANCASTER
PA 9:00 FRIDAY 11.12.2010
120 North Pointe Blvd.Lancaster, PA
17601

THEN TO IRS OFFICE IN LANCASTER
PA , I WILL ATTEND MY SCHEDULE
MEETING AT 1:00.PM WITH YOU ,
KINDLY BE ADVICE THAT MY MOTHER
HAS 2:30PM DENTIST APPOINTMENT I
HAVE TO TAKE HER IN HER TOOTH
BROOK IF I CAN BE EXCUSED BY
1:30PM FROM YOU IT WILL HELP ME
OUT THANK YOU FOR YOUR
CONSIDERATION  SHAH

Sincerely,

Shah Mathias

(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

Def left vm message.  Called him back and
told him the above requested travel was
fine.  the address in Lancaster is MSL, a
real estate complex where he has to pick
up his documents and then go to the IRS
building.

PRO000437

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | | |
|---|---|---|---|---|
| PHONE: NEEDS TO RESCHEDULE | Chronological | BECKER-PER - NEEDS TO RESCHEDULE<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 11/22/2010 |
| PHONE: DEATH THREATS AGAINST DEF | Chronological | BECKER-PER - DEATH THREATS AGAINST DEF<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 11/24/2010 |
| EMAIL: | Chronological | BECKER-PER - taveling to fedreal court on 12.2.2010<br>SHAH MATHIAS [shahmathias@yahoo.com]<br>Sent: Wednesday, December 01, 2010 9:09 AM<br>To: Perry, Crystal<br>Cc: ROBERT BERRY ? [raberry99@aol.com]?<br><br>officer perry ,<br>this is to inform you per our agreement that i will be attending Federal court in Harrisburg pa on 12.02,2010<br><br>Sincerely,<br><br>Shah Mathias<br>(717)434-0668<br>shahmathias@yahoo.com<br>shah@penndellandco.com | Open | 12/01/2010 |
| PHONE: | Chronological | BECKER-PER - 12/07/2010 8:30AM UNABEL TO ATTEND AOPPOINTMENT<br>SHAH MATHIAS [shahmathias@yahoo.com]<br>Sent: Monday, December 06, 2010 8:48 PM<br>To: Perry, Crystal<br>Cc: ROBERT BERRY ? [raberry99@aol.com]? | Open | 12/07/2010 |

PRO000438

PRO000439

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| Chronological | | | |
|---|---|---|---|

Officer per,
due to mechanical failure i have no heat
or hot running water at my House repair
service is to be arriving between 8- 8:30
AM ON 12/07/2010 there fore i Will not be
able to attend my schedule appointment
with you at 8:30 AM 12/07/2010 also my
father wheelchair is to be deliver some
time 9:00 AM on word he is getting
discharged from his health care facility 11
am of 12/07/2010 after long five months, i
have appointment with attorney Bruce
bankinstine at 2:00am of 12/07/2010
duration is unknown. if you please let me
know when is the best time to reschedule ,
next week Tuesday and Wednesday are
not good days ,i can see you this Thursday
next Monday and Thursday thank you for
your time .

Sincerely,

Shah Mathias
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

Def also left several messages.  Called
him back.  rescheduled appt.  He needed
me to send it via email, despite talking to
him on the phone about it.

| PHONE: | | BECKER-PER - ERROR TO RETRIEVE<br>THE MEMO RICH TEXT | Open | 12/14/2010 |
|---|---|---|---|---|

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

**EMAIL:**

| Chronological | | 12/15/2010 |
|---|---|---|

BECKER-PER - travel on the 12.20.2010   Open
to law office
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Wednesday, December 15, 2010
10:11 AM
To: Perry, Crystal
Cc: ROBERT BERRY ?
[raberry99@aol.com]?

Officer perry ,
i need to go see my attorney 10am on
12.20.2010 asking you for permission
James Smith Dietterick Connley
134 Sipe Ave # 201
Hummelstown, PA 17036-9162
(717) 533-3280

Sincerely,

Shah Mathias
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

Emailed def that is fine.

**OFFICE:**

| Chronological | | 12/16/2010 |
|---|---|---|

BECKER-PER - ERROR TO RETRIEVE   Open
THE MEMO RICH TEXT

PRO000440

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | |
|---|---|---|---|
| **PHONE:** | Chronological | | |
| | BECKER-PER - Def called. He is going to Hbg today for his federal court case where he is the creditor. On the way there, he must stop in Lancaster to pick up some pw. He's going to be meeting someone at the Sheetz at Eden and Oregon Pike. He prob won't even get out of the car. He reports that he's given me this address before. | Open | 12/22/2010 |
| | Could this guy's businesses get any more shady. | | |
| **OFFICE:** | Chronological | | |
| | BECKER-PER - Def reported. He had previously called to see if I could see him earlier. His father fell on xmas eve and "broke his face." Def spent the whole xmas day in the ER. He has blood laying on his brain. He was in the trauma unit. He is partially paralyzed and has a walker but def doesn't think he was using it properly. He is currently in a brain trauma unit at Health South. Has to go to Apple Hill for diagnostics today. | Open | 12/29/2010 |
| | So, no xmas this year. His mother "poor lady" she has her own health issues. | | |
| | He had set up someone to come to the house and be with them. Like a nurse or something. | | |
| | Denies that he saw his daughter for xmas. It's hard to celebrate anything or do anything where there are so many health issues. Just sit in the waiting room ICU. Can't even go back. Father is in York hospital. | | |
| | Denies alcohol/drug use. Denies contact with the police. Denies use of porn. Denies contact with minors. Asked def about going to the grocery store. Sounds like he dosen't really do it. If he needs something, his sister drops it off or he | | |

PRO000441

# Adult Probation Scheduled Activities

**Today's Date:**      05/08/2017

might run to Sheetz. He goes to the pharmacy for his parents.

He asks me if he's not allowed to go to the grocery store. Told him he is. I'm just wondering about any incidental contact with minors. He denies this. Trust him, if he sees children, he goes the other way. Says that he usu goes somewhere late at night b/c he doesn't have time during the day and then he just quick scans something.

Denies plans for New Year's eve. Prob be at the rehab wiwth his dad.

**PHONE:**        Chronological

BECKER-PER - Def called. He is very worked up. Understandably. His wife called him at 11pm last night to say that their son's basketball coach made racial slurs to son in front of other people. Def is very angry about this. Wants to go and talk to the principal. At the school. Suggested that he call the school first to see if they are willing to hear him.

Told him that he is not permitted on the school property and that if he wants to go there, he must get a court order stating such.

Asked him if his wife has talked to the school. He says no, she wouldn't really understand any of this as she is caucasian.

He said he will be getting a court order, but wants me to know that it is not against me and is nothing personal

Open     01/04/2011

**PHONE: Issue with permission to travel throughout PA**      Chronological

BECKER-PER - Issue with permission to travel throughout PA

BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT

Open     01/05/2011

PH0000442

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

**PHONE:**

| Chronological | | Open | 01/07/2011 |
|---|---|---|---|

BECKER-PER - Rec'd call from def. He wants to meet somebody and his CFO at Ruby Tuesday in Gettysbur. The other person is coming up from Frederick, MD, so this is a halfway meeting point. Told him to get me the address.

Mtg is 1130am on Tues.

permission to travel
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Friday, January 07, 2011 3:23 PM
To: Perry, Crystal
Cc: ROBERT BERRY ?
[rjaberry99@aol.com]?

officer perry
this the location i just ask you over the phone for permission to travel to on 01.11.2011. it is my understanding that you gave me the permission to travel .i also might have t pivck my CFO at
Dinos Restaurant
226 Steinwehr Ave.
Gettysburg, PA 17325
717-337-3453
Ruby Tuesday of Gettysburg
25 CAMP LETTERMAN DRIVE
GETTYSBURG PA 17325
717-334-6127

Sincerely,

Shah Mathias

(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

PRO000443

# Adult Probation Scheduled Activities

Today's Date:   05/08/2017

Chronological

Emailed him back that he cannot meet his
CFO at the Dinos restaurant b/c I couldn't
find it on mapquest. Told him to have his
CFO mt him at Ruby Tuesday.

BECKER-PER - ERROR TO RETRIEVE
THE MEMO RICH TEXT

Open          01/12/2011

OFFICE:

PRO000444

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| | | | |
|---|---|---|---|
| OTHER: LAW SUIT AGAINST PROBATION IS OVER--EMAIL FROM AL | Chronological | BECKER-PER - LAW SUIT AGAINST PROBATION IS OVER--EMAIL FROM AL<br><br>BECKER-PER - RE: S. Mathias<br><br>Sabol, Albert<br>Sent: Thursday, January 13, 2011 9:29 AM<br>To:  Alu, Amy; Eyster, Amy S.<br>Cc:  Perry, Crystal<br><br>I spoke with Mike Flannelly this morning. He confirmed that the law suit against probation is officially over.  The case was dismissed on November 30th, 2010. Mathias had 30 days to appeal.  He did not.<br><br>I'm not sure where his appeal  on our criminal case stands at this point.<br><br>Al<br><br>Albert J. Sabol<br><br>Chief Adult Probation Officer<br><br>York County Adult Probation/Parole Office<br><br>York County Judicial Center<br><br>45 N. George Street, 2nd floor<br><br>York, PA 17401<br><br>(717) 771-9602 x201<br><br>(717) 771-9846 FAX | Open | 01/13/2011 |

PRO000445

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| PHONE: | Chronological | BECKER-PER - Def called. Called him back. He needs to go to his attorney, Morgenthal whomever (address previously listed in probate) and the dept of State in Hbg. He says the address is a PO box and he can't find a street address. Says it's on the corner of Forrester and 3rd St.<br><br>Told him that was fine. | Open | 01/14/2011 |
|---|---|---|---|---|
| PHONE: | Chronological | BECKER-PER - I had to reschedule def's appt. He will come in Friday. Says that he has a trial starting either Friday or Monday at this courthouse.<br><br>Sent an email confirming all of this to me. Then called to say that he can come in Monday b/c his hearing starts Monday. Said that is fine. | Open | 01/19/2011 |

PRO000446

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| PHONE: TO MEET W/PRESIDENT OBAMA | Chronological | | |
|---|---|---|---|
| BECKER-PER - TO MEET W/PRESIDENT OBAMA | | Open | 01/24/2011 |
| BECKER-PER - Def called shortly after his appt. He has been called to meet with the president. Of the US. Barrack Obama. Something about his high speed rail and transportation for the correction dept. He is a federally approved entity to do these things. He's putting $37 million into work something or other. they're appointing a commission and they asked for his availability. | | | |
| He doesn't like to talk about money, b/c that's not the type of person he is. He doesn't want to name drop, but this is the president. He's trying to work with our dept. | | | |
| Sent email to Al & Amy requesting some guidance on this issue. | | | |
| And the other thing is that def will be called to meet with various governors of other states and he can't just keep waiting on this. | | | |
| Talked with Al Sabol about this. He says def is not permitted to travel to meet the president at this point and will contact teh DA's office to have this included in the petition. If he's going to travel to meet the president, the judge will have to grant permission. | | | |
| Called def and told him the answer was no. | | | |

| OFFICE: 1/28 MTG IN KOP | Chronological | | |
|---|---|---|---|
| BECKER-PER - 1/28 MTG IN KOP | | Open | 01/24/2011 |
| BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | | | |

PRO000447

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| | | | | |
|---|---|---|---|---|
| **VOICE:** | Chronological | BECKER-PER – Def left vm message that his mother's health is declining and she may need to be moved to Washington (DC, I believe) for better care. And something about he may be a kidney donor, he doesn't know yet. | Open | 01/27/2011 |
| | | Called him back and left a message that I need more info. | | |
| **EMAIL:** | Chronological | BECKER-PER – ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 01/31/2011 |
| **PHONE:** | Chronological | BECKER-PER - 1/31/11  Def failed to report for his appt. | Open | 02/01/2011 |
| | | 2/1/11  Def called lots of times.  I called him back.  He forgot about it b/c he switched phones and it didn't transfer all his calendar stuff into his new phone.  Very apologetci.  Worried.  Rescheduled for tomorrow. | | |
| | | Def sent me this email, and attached the receipt for his new phone. | | |
| | | re schdual<br>SHAH MATHIAS<br>[shahmathias@yahoo.com]<br>Sent: Tuesday, February 01, 2011 9:47 AM<br>To:  Perry, Crystal<br>Cc:  ROBERT BERRY ?<br>[raberry99@aol.com]?<br>Attachments:  t mobil.pdf? (1014 KB?) | | |
| | | officer perry ,<br>i called your office early morning but got your voice mail  then i call back and asked for Amey alou but i also got her voice mail | | |

PRO000448

**Today's Date:**     **05/08/2017**

# Adult Probation Scheduled Activities

then I called back and asked for the front office if they can tell me when is my next appointment, they could not I ask for this information because I had purchase a new phone on Sunday 01 .30.2011attach you will find copy of  cell phone purchase receipt  I was unaware of the fact that my old phone did not transfer my calender to my new phone . i can come in at any time you would like me to . so would kindly advise.

Sincerely,

Shah Mathias
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

**OFFICE:**   Chronological

BECKER-PER - Def reported.  His mother had surgery.  Def had to drive her to the hospital b/c she was having a heart attack.  He didn't wait for the ambulance b/c that's 15 min wait and then 17 min to the hospital. And she's having kidney failure.  They asked def how aggressively he wants them to treat her.  She still needs to go to DC for surgery.

Both parents are "into dementia."  In the middle of the night his father was screaming for his mother.  He slept on their sofa, which was uncomfortable.  Def has basically been with his parents since he saw me last.

Talking to me about getting his eyes checked...some place in Lancaster near the outlets.  Telling me how much it costs to get glasses around here.  And his Dad goes to SEars.  Just the outside entrance.  So def doesn't know what to do.  Def's parents need him so badly that if he did any stupid act, he couldn't forgive himself.

Open    02/02/2011

PR0000449

# Adult Probation Scheduled Activities

**Today's Date:**     **05/08/2017**

Telling me about how he got a new cell phone. At T-Mobile by Hardee's on George St. He didn't go to the mall. His account is at the T Mobile at the mall. He would have paid less. He would like to be reasonable, but how much is actually a danger to the community. Def again telling me how he is innocent and he wasn't even in the country at the time of the offense and she picked out 3 different dates. And there's case law from Berk's County saying that you can only ask on a polygraph about that day. Not before or after. But def doesn't want to make that kind of argument with me. They are aware, everybody knows but who follows.

As far as getting his eyes checked, pointed out there are so many eye doctors in York.

And that meeting he was going to have at that restaurant, was cancelled b/c his mother had surgery that day and the restaurant was closed anyway because they didn't have heat. And his court was postponed last week b/c of the weather. And something about a bankruptcy hearing.

So he's going to have to have these meetings again.

Denies alcohol/drug use. Denies contact with the police. Denies contact with minors. Laughs about this. Claism that his ex-wife fills him in on how their son is doing. Denies contact with the victim. Laughs. He hasn't seen...5 1/2 yrs maybe. Denies use of porn.

PRO000450

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

| EMAIL: | Chronological | BECKER-PER - SATYING OVER NIGHTS AT MY PARENTS SHAH MATHIAS [shahmathias@yahoo.com] Sent: Wednesday, February 02, 2011 11:41 PM To: Perry, Crystal Cc: ROBERT BERRY ? [raberry99@aol.com]? | Open | 02/03/2011 |
| | | OFFICER PERRY , I GOT CALLED IN TO STAY OVER NIGHT AT MY PARENTS NIGHT NURSE COULD NOT MAKE IT DUE TO BAD ROADS | | |
| | | Sincerely, | | |
| | | Shah Mathias (717)434-0688 shahmathias@yahoo.com shah@penndellandco.com | | |
| EMAIL: PERMISSION TO TRAVEL TO KOP FOR BUSINESS | Chronological | BECKER-PER - PERMISSION TO TRAVEL TO KOP FOR BUSINESS BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 02/04/2011 |
| OFFICE: A LOT OF FAMILY HEALTH PROBS, DEATHS | Chronological | BECKER-PER - A LOT OF FAMILY HEALTH PROBS, DEATHS BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 02/15/2011 |

PRO000451

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| | | | |
|---|---|---|---|
| **REVUCASE:** | Chronological | BECKER-PER - Talked with Supervisor Alu about def's mother's pending surgery in DC.  Concerned that allowing him to travel out of state for anything will open the floodgates and def will think he can travel out of state for anything he wants.  We will allow him to go with his mother for the surgery as this is a reasonable request and we would normally allow most clients to do this. | Open | 02/16/2011 |
| **PHONE:** | Chronological | A.ALU - Def called.  His PO was not in.  He wanted to know if his request to take his mother for heart surgery out of state would be approved.  I told him that PO Perry and I discussed this earlier in the week and told him we will grant this request, but this is by no means an open invitation to ask for permission for out of state travel and that this is a special circumstance.  I advised him that his PO would be issuing his travel pass at his next appt and that he would be required to return home each of the two days/nights that he would be there.  He was agreeable and thanked me for allowing him to go. | Open | 02/18/2011 |
| **EMAIL:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 02/22/2011 |
| **OTHER:** | Chronological | BECKER-PER - Met with DA's office.  Amy Eyster will contact Gerald Menaquale to see if they will accept def into treatment. | Open | 02/23/2011 |

PRO000452

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

PHONE: WANTS TO GO TO CATERPILLAR DEALERSHIP IN HBG

Chronological

| | Open | 02/23/2011 |
|---|---|---|

BECKER-PER - WANTS TO GO TO CATERPILLAR DEALERSHIP IN HBG

BECKER-PER - Rec'd vm message from def.  He wants to go to Hbg to the Cleveland Brothers Caterpillar Dealership to look at some heavy equipment.  It's on Rt 322, he doesn't have the exact address.

Called him back and left him a message to call me.  Told him I am out of the office until about 1pm.

Called def back as he didn't get my last message and he left me another one.  The Caterpillar place is going to put on a whole "dog and pony" show of all the services they can offer him if he buys their equipment.  Not something he could get if he just looked at it on the internet.  Told him that's fine.  He will decide which day he would like to go and then get back with me with the date and full address.

PRO000453

# Adult Probation Scheduled Activities

**Today's Date:     05/08/2017**

| OFFICE: ISSUED TRAVE LPERMIT FOR MOTHER'S SURGERY | Chronological | | |
|---|---|---|---|
| | BECKER-PER - ISSUED TRAVE LPERMIT FOR MOTHER'S SURGERY | Open | 02/24/2011 |

BECKER-PER - Def reported. Gave him his travel permit. He got it confused with IMEgan's Law. Explained it. Told him he must contact the police when he gets there to have them fill it out. He has to drop his mom off at 9am and then he will look for the pd to fill out the travel permit. B/c he doesn't want to be dragging her around.

Denise alcohol/drug use. Denies contact with the police. Denies contact with minors. Denies use of porn.

Gave him permission to go to the Caterpillar Store on Weds of next week. The equipment that he is looking at buying is for his project in Alabama. And he needs to buy 180 trucks for the project. He will buy some here and some there to help both economies. They have 10 work stations and it's about $18 million per station. He has a highway to build down there.

| EMAIL: | Chronological | | |
|---|---|---|---|
| | BECKER-PER - REQUEST TO TRAVEL TO CLEVELAND BROTHERS EQUIPMENT COMPANY INC | Open | 02/24/2011 |

SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Thursday, February 24, 2011 8:36 AM
To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[raberry99@aol.com]?

OFFICER PERRY, I'm requesting permission to travel below location with intend to buy equipment for my work on march 3rd 2011 about 11am

PRO000454

PRO000455

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

CLEVELAND BROTHERS EQUIPMENT
COMPANY INC
4326 OREGON PIKE
EPHRATA PENNSYLVANIA, 17522-9476

Sincerely,

Shah Mathias
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

staying over night at my parents
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent:  Thursday, February 24, 2011 8:38 AM
To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[jaberry99@aol.com]?

officer perry,
i will be staying over night at my parents at
30 center court Red Lion  this Friday
Saturday and Sunday -
Sincerely,

Shah Mathias
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| TRAVEL: TRAVEL PASS ISSUED | Chronological | A.ALU - TRAVEL PASS ISSUED<br>A.ALU - Issued another travel pass for 3/3/11 to 3/7/11 with def coming home every night to go to DC to see his mother who has been moved from ICU to Critical Care unit. | Open | 03/03/2011 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/10/2011 |

PRO000456

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

PHONE:

| Chronological | | Open | 03/15/2011 |
|---|---|---|---|

BECKER-PER - weekend over night stay at my parent's
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent:  Friday, March 11, 2011 7:24 PM
To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[raberry99@aol.com]?

officer perry i will be staying over night Friday, Saturday  at my parent's 03.11.2011 and 03.12.2011 30 center court. red lion pa 17356

Sincerely,

Shah Mathias
CEO
Ameri Metro,Inc.
Penndel Land Co.
(717)434-0688
shahmathias@yahoo.com
shah@penndellandco.com

3/15/11  Def called.  He needs to meet with some people from Ohio and he knows he can't go out of state, so he has asked them to go to the Pittsburgh area.  This Friday.  Is this permitted.  Told him yes.  It's not overnight and he will email me the address of where he's going to be.

Also, he will need to go back to Clevelnad Bros in Ephrata b/c when he went before, it was raining and he didn't get to see the demonstration of the equipment

PRO000457

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

## EMAIL:

| Chronological | | Open | 03/16/2011 |
|---|---|---|---|

BECKER-PER - Confirming permission to travelON 03.18.2011 to NEW CASTLE PA

SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Wednesday, March 16, 2011 6:16 AM
To: Perry, Crystal
Cc: ROBERT BERRY ?
[raberry99@aol.com]?

OFFICER PERRY
this e-mail is to confirm per my phone call to you on 03.15.2011 that you have given me permission to travel for date of 03.18.2011 with understanding no over night stay to Ruby Tuesday -
- 2343 West State Street, New Castle PA -

Sincerely,

Shah Mathias

(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com

Def then called to verify that I got this email and it was ok. Told him that is fine.

## OFFICE:

| Chronological | | Open | 03/23/2011 |
|---|---|---|---|

BECKER-PER - Def reported. Showed receipt for Ruby Tuesday, 3/18. Credit card receipt with his name on it for about $30.

Issued travel permit for def to take his mother to the doctor in DC tomorrow. If the police won't sign it, he is to get a business card from the officer with whom he speaks.

PRO000458

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

His father had another stroke on 3/13. They didn't know, he was acting different. Aggressively. He was there until the other day. He's in a nursing home rehab right now. This is his father's third stroke since July, 5th overall. Last night he got a call from the nursing home that his father was having chest pains can they give him a nitroglycerin pill. Def is frustrated that they made his father wait for it while they called him. His father was acting up in the middle of the night. Having a flashback that it was in the 1940s and he had a horse and wanted to get the horse. Def had to go to the hospital himself at 2am to calm him down. He's frustrated about this, too.

His father will also start speaking his "mother tongue." So then the nurses can't communicate with him. Def started a process to sponsor two nurses from India that also speak English who will be able to communicate with his father.

Def's sister is still helping out with the parents, but she used up all her personal days at work.

Denies alcohol/drug use. The only police contact was when the ambulance came. Routine. Denies contact with minors. Denies contact with his son. He just gets a call from his mom. Denies use of porn.

Also, def plans to go to Cleveland Brothers this afternoon to look at large equipment

Def called to say that he is not going to Cleveland Bros today b/c it's raining again.

PRO000459

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| | | | | |
|---|---|---|---|---|
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/23/2011 |
| PHONE: | Chronological | BECKER-PER - Def called to say that he's not going to DC today for his mother's doctor appt.   She isn't feeling well.  They are going next Thurs.  Told him I will put a travel permit up front for 3/31.  He will pick it up today. | Open | 03/24/2011 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/29/2011 |
| TREAT: | Chronological | BECKER-PER - Referred def again to CCG.  We'll see if they respond this time.. | Open | 03/29/2011 |

PRO000460

PRO000461

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

| TREAT: CCG | Chronological | | |
|---|---|---|---|
| | BECKER-PER - CCG | Open | 03/30/2011 |

BECKER-PER - RE: Shahnawaz Mathias
Gerald Menaquale
[geraldmenaquale1@verizon.net]
Sent: Wednesday, March 30, 2011 11:02 AM
To: Perry, Crystal

Crystal:
The last update that I received from Amy, was that I should expect a call from the DA's office regarding this case. I would like to follow through with that call. Ultimately, I would like Mr. Mathias to be court order to participate in treatment at Commonwealth Clinical Group specifically, comply with signing all standard treatment documentation, and comply with the program contract stipulations. Please direct me to the DA who is handling this case.

Thank you,
Gerald

Forwarded this info to supervisor, who said she will contact DA Eyster.

| EMAIL: | Chronological | | |
|---|---|---|---|
| | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/30/2011 |

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

**REVUCASE:**

| Chronological | Open | 03/31/2011 |
|---|---|---|

BECKER-PER - S. Mathias

Alu, Amy
Sent: Thursday, March 31, 2011 8:15 AM
To: Sabol, Albert; Perry, Crystal
Cc: Eyster, Amy S.

Just to give you both an update, Amy Eyster contacted me yesterday and said she is going to request a status hearing be scheduled before Judge Blackwell some time in mid to late April. The goal of this hearing is to clarify the defendant's current supervision status and what conditions he is expected to follow (ie: participation in sex offender counseling, travel privileges, credit time/max date, etc...). According to Amy, the defendant's appeal regarding his travel restriction is still active.

Gerald Menaquale with CCG relayed to Amy that he would prefer to wait until after this status hearing before accepting the defendant into sex offender treatment.

So for now, Crystal, just continue supervising him as you have been and hopefully by next month we'll have more guidance from Judge Blackwell.
Amy B. Alu

Adult Probation Supervisor

Sex Offenders/Domestic Violence

45 North George St. 2nd fl. York, PA 17401

771-9602 ext. 237

PRO000462

# Adult Probation Scheduled Activities

**Today's Date:**      05/08/2017

| | | | |
|---|---|---|---|
| OFFICE: CAN HE VISIT HIS DYING AUNT IN ALBANY, NY | Chronological | BECKER-PER - CAN HE VISIT HIS DYING AUNT IN ALBANY, NY BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/05/2011 |
| REVUCASE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/06/2011 |
| PHONE: | Chronological | BECKER-PER - Def called.  He is on his way to Cleveland Brothers but it started to rain.  Doesn't w ant to go there in the rain b/c he needs to see a demonstration of the equipment.  Can he go to that grocery store instead (trying to make the best of his time).  Told him that is fine. | Open | 04/06/2011 |

PRO000463

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| EMAIL: | Chronological | BECKER-PER - Fw. over night stay at my parants house 04.10.211 to 04.12.2011, 04 14.2011, 04 15 2011<br>SHAH MATHIAS [shahmathias@yahoo.com]<br>Sent: Sunday, April 10, 2011 7:55 PM<br>To: Perry, Crystal<br>Cc: ROBERT BERRY ? [raberry99@aol.com]?<br><br>From: SHAH MATHIAS <shahmathias@yahoo.com><br>Subject: over night stay at my parants house 04.10.211 to 04.12.2011, 04 14.2011, 04 15 2011<br>To:<br>Cc: "ROBERT BERRY" <raberry99@aol.com><br>Date: Sunday, April 10, 2011, 7:53 PM<br><br>Offercer Perry ,<br>I will be staying over night at my partens house taking care of my mother 04.10.211 to 04.12.2011, 04 14.2011, 04 15 2011<br><br>Sincerely,<br><br>Shah Mathias<br><br>(717)434-0668<br>shahmathias@yahoo.com<br>shah@penndellandco.com | Open | 04/11/2011 |
| PHONE: CALLED TO SEE WHEN APPT WAS | Chronological | D. CARR - CALLED TO SEE WHEN APPT WAS | Open | 04/18/2011 |

PRC0000464

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | | |
|---|---|---|---|---|
| OFFICE: WANTS TO GO TO DC | Chronological | BECKER-PER - WANTS TO GO TO DC | Open | 04/19/2011 |
| PHONE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/21/2011 |

ALALU - Def called this supervisor, as PO Perry is out of the office (this appears to be a pattern at times, that def calls me when his PO is out of the office or he knows she is out of the office). He just was in on 4/19/11 to see his PO, however did not get permission to travel to Cumberland County to go to the Indian grocery store and Cumberland County court house to pull deeds. He said he discussed it with PO Perry, but he didn't know when he would be going. There was nothing noted in probate regarding this, and PO Perry's notes are routinely very thorough. I gave def permission to travel to Cumberland County for these purposes and advised him to send PO Perry an e-mail as he says he typically does with the address etc... He expected his time out of county would be about 1 1/2 hours.

I also discussed the need for him to provide our office with some type of documentation that when he travels out of county for business that he is actually doing business. He does not get the typical pay stub so he must figure out something that he can provide showing business. He will need more than just turnpike receipts and meal receipts as was discussed during his appt with PO Perry (as he could be going to Pittsburgh for any reason and provide those types of receipts as "proof" he is on business). He understood and said that much of this mammoth project he is involved in is confidential, but he will see what he can provide. He went on to explain that the Security and Exchange commission has a project of developing a road in AL that will

PR00000465

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

| | | | |
|---|---|---|---|
| EMAIL: | | connect to TN and there will be an inland port to land, cargo rail, gas lines, electric grids, WI-FI, etc involved in this project and will employ thousands of people. I informed him that we do not usually authorize this much travel on this caseload, which is why we are requiring more of him regarding proof of travel.<br><br>I instructed the def to contact his PO if he had any further issues prior to his next appt weeks away. | |
| | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/27/2011 |
| PHONE: DEF IS ALSO IN THE ENTERTAINMENT BUSINESS | Chronological | BECKER-PER - DEF IS ALSO IN THE ENTERTAINMENT BUSINESS<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/30/2011 |
| PHONE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/04/2011 |
| OFFICE: WANTS CONTACT WITH HIS SON | Chronological | BECKER-PER - WANTS CONTACT WITH HIS SON<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/11/2011 |
| VOICE: SPENDING THE NIGHT AT PARENTS' | Chronological | BECKER-PER - SPENDING THE NIGHT AT PARENTS' | Open | 05/12/2011 |
| PHONE: DEF WANTED TO GO TO FUNERAL IN SEATTLE, WA | Chronological | A\ALU - DEF WANTED TO GO TO FUNERAL IN SEATTLE, WA<br>A\ALU - Def called.  Said he had a death in the family ( a cousin/childhood friend) and wanted to know if he could attend the funeral in Seattle, WA.  I declined his request.  He said he understood and just wanted to ask. | Open | 05/19/2011 |

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/25/2011 |
|---|---|---|---|---|

| PHONE: | Chronological | BECKER-PER - Def called to get permission to go to the grocery store in Hampden or the grocery store is called Hampden. Address is in previous probate notes.  Told him that was fine. | Open | 05/26/2011 |
|---|---|---|---|---|

staying over night at my parents house
05.26.2011
SHAH MATHIAS
[jshahmathias@yahoo.com]
Sent:  Thursday, May 26, 2011 10:27 PM
To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[rtaberry99@aol.com]?

officer perry ,
my mother is missing her home  (she is home sick )so i am taking her to her home and i will be staying over night

Sincerely,

Shah Mathias

Ameri Metro,Inc.
Penndel Land Co.
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com
shah@amhsr.com

| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/30/2011 |
|---|---|---|---|---|

PRO000467

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| | | | | |
|---|---|---|---|---|
| UNANNOUN: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/02/2011 |
| PHONE: UNANNOUNCED HOME VISIT | Chronological | A.ALU - UNANNOUNCED HOME VISIT A.ALU - Def called. Said he found a business card from PO and he claims he was home but did not hear any doorbell or knocking. He stated his home is 7000 square feet and if he is in the basement doing work, he would not hear the doorbell. He says that he is always aware if a delivery person is coming or someone from his work b/c he is expecting them. I told him that as far as I knew, the HV was just a random unannounced visit and nothing was pressing. | Open | 06/02/2011 |
| OFFICE: COURT ORDER! | Chronological | BECKER-PER - COURT ORDER! BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/08/2011 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/10/2011 |
| PHONE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/14/2011 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/15/2011 |

PRO000468

# Adult Probation Scheduled Activities

**Today's Date:      05/08/2017**

| Activity | Type | Notes | Status | Date |
|---|---|---|---|---|
| PHONE: ANOTHER MOTION FILED--TO NOT GO TO CCG | Chronological | BECKER-PER - ANOTHER MOTION FILED--TO NOT GO TO CCG<br><br>BECKER-PER - Rec'd notice a couple of days ago that def is filing a motion that he doesn't have to go to treatment or something??? Not sure. Gave it to Supervisor Alu.<br><br>Def called to say that both of his parents went into the hospital on Sunday for pneumonia. His mother was just released. Def is also sick and they are telling him he needs to get checked out for walking phuemonia. Can we reschedule appt. Sure.<br><br>Claims he scheduled an appt with Clay for 6/29. | Open | 06/22/2011 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/27/2011 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/27/2011 |
| VOICE: Car to be repossessedl | Chronological | BECKER-PER - Car to be repossessedl<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/28/2011 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/29/2011 |
| TRAVEL: SEE NOTES | Chronological | A.ALU - SEE NOTES<br>A.ALU - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 07/01/2011 |
| OFFICE: RENTING OFFICE SPACE ON CONCORD RD. | Chronological | BECKER-PER - RENTING OFFICE SPACE ON CONCORD RD.<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 07/13/2011 |

PB000469

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | | |
|---|---|---|---|---|
| OFFICE: | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Chronological | Open | 07/21/2011 |
| OFFICE: | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Chronological | Open | 07/27/2011 |
| OFFICE: ATTNY WANTS TO MEET WITH ME | BECKER-PER - ATTNY WANTS TO MEET WITH ME / BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Chronological | Open | 08/02/2011 |
| OFFICE: | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Chronological | Open | 08/17/2011 |
| FIELD: BINOCULARS IN BATHROOM, EMAIL TO JUDGE BLACKWELL | BECKER-PER - BINOCULARS IN BATHROOM, EMAIL TO JUDGE BLACKWELL, / BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Chronological | Open | 08/25/2011 |
| OFFICE: | BECKER-PER - Def reported.  Def telling me that some random neighbor of the parents' just randomly showed up saying he used to be a nurse but is not practicing and helped his dad take a shower and "wizzed" a couple of times.  Then this guy tells his parents that he is infected with HIV.  This guy just randomly showed up.  When his sister found out, she asked def if he had hired anyone.  He didn't go Saturday to pick up the laptop, he ordered it online and sent someone else to go get it.  Some guy name John Trigg in Hbg.  He does media work for "us."  Then def met him at 83 and the turnpike to get it.  Hurricane damage—shingles damaged.  His electricity is finally back on.  He has someone coming to clean the basement.  Something about "washing | Chronological | Open | 08/31/2011 |

PRO000470

PRO000471

# Adult Probation Scheduled Activities

**Today's Date:** 06/08/2017

down."  The one ventilation spot is covered with leaves and the humidifier wasn't working.

Denies that he has plans for Labor Day. He would like to catch up on a few days of his work and a little bit of sleep.  He is backed up.

Asked him about the plans for his parents. He is hoping the visa will come thru for a relative to come over and take care of them.  Both parents are opposed to a nursing home.

Denies alcohol/drug use.  Denies contact with the police.  Denies that his sister has any minor children.  Def forgot that he had a minor child.

Denies contact with minors.  Denies use of porn.

He claims that he finally had a chance to talk to attorney Berry.  He told him there is a process and he has to file documents. Told def that this is just another stalling tactic and they are making this whole thing much more difficult than it needs to be. Again explained that def just needs to withdraw all his motions and treatment will take him.

Also reminded def that if he gets to the end of his supervison and has done no work and made no progress in treatment, I could take him back in front of the judge and request that his probation be extended so that he could get more treatment.

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| PHONE: FEMALE EMPLOYEE COMING... | Chronological | BECKER-PER - FEMALE EMPLOYEE COMING...<br><br>BECKER-PER - Def left vm message asking if he can go to HIA next Tues to pick up a guest, a visitor. Called him back. One of his employees from the "media dept" is coming up from Charlotte. It's a female. She may or may not be staying with him. Other people are going to be coming up to start "manning" the offices up here. They want to get an apt but he's not sure where or if they will. She will prob stay at his residence. He will let me know.<br><br>Told him it's fine to go to HIA next week. | Open | 09/08/2011 |
| OFFICE: | Chronological | BECKER-PER - Def reported.  2 1/2 hrs early. Def got some help to help out his parents. He made someone available this week in case I couldn't meet with him right now.  He had something about flood damage and people are coming in at 9 to fix it or work on it or something.  And then he got hail damage yesterday from a storm.<br><br>He only got someone to help out with his parents for this week.<br><br>The woman who he is picking up from the airport is going to be staying with him for a couple of days.  Over Labor Day, Carter came up and stayed one night and they worked Monday of Labor Day.<br><br>Over the weekend, he worked.  Cleaning.  The car in the back yard, the windows didn't go up and rain got in and there's mildew all over the place.  And the seats are AC so there are little holes in them and the water seeped down into them.  There's a place in Menheim that does restoration of car upholstery.  He will have to call me about it. | Open | 09/12/2011 |

PR000472

# Adult Probation Scheduled Activities

**Today's Date:**        05/08/2017

| | | | |
|---|---|---|---|
| | | Def didn't get water in the basement b/c he has pipes from the gutters with long tubes going into drainage somewhere.  But the roof near the chimney was damaged, so he got water in there. | |
| | | Denies alcohol/drug use.  Asked him if he's getting intou counseling.  He talked to Robert in great detail.  He said the case is with the Superior Court and it will just "mute itself out."  Robert thinks that it will be done this week.  They're just going to wait it out.  And def expressed to him that he could call or come visit me.  But he's out until 9/18. | |
| | | Def's annual registration for Megan's Law is in Nov.  Denies contact with minors.  Denies use of porn. | |
| | | He has permission to go to HIA tomorrow to pick up this employee or something.  He was going to go to the Dept of Revenue, but it was shut down, so that has been post-poned.  And something about the Dept of Corporations...  he has to go there, which is in Hbg as well.  He will let me know. | |
| | | Def wants to go to Morgan Stanley's office in Philly.  Something about a lot of people are coordinating to meet.  He will let me know. | |
| **PHONE:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/14/2011 |
| **EMAIL:** | Chronological | BECKER-PER - permission top travel MDT AIRPORT / DEPT OF STATE AND PA SUPREME COURT SHAH MATHIAS [shahmathias@yahoo.com] Sent:  Thursday, September 15, 2011 7:41 | Open | 09/15/2011 |

PRO000473

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

PRO000474

AM
To:   Perry, Crystal
Cc:   ROBERT BERRY ?
[rjaberry99@aol.com]?

Officer Perry,
this will confirm per phone call of
yesterday that you had given me
permission to to travel MDT airport today
and to pa depart of state in harrisburg ,I
would like to advise you that on the same
trip i will be stopping at building next door
I'Pa Supreme court as i learned late last
night to submit to the court some legal
documents.If you have objection to my
stopping at the Pa Supreme Court Kindly
advise.

PA DEPARTMENT OF STATE
NORTH OFFICE BUILDING
HARRISBURG, PA 17120
PHONE: (717) 787-6458
FAX: (717) 787-1734
ONE PENN CENTER
2601 NORTH 3RD STREET
HARRISBURG, PA 17110
PHONE: (717) 787-8503
FAX: (717) 783-0510

Sincerely,

Shah Mathias

Ameri Metro,Inc.
Penndel Land Co.
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com
shah@amhsr.com
HSR LOGISTICS
Smart shipping is Smart business

# Adult Probation Scheduled Activities

**Today's Date:        05/08/2017**

|  |  |  |  |  |
|---|---|---|---|---|
| | Chronological | James E. Seney<br>VP of Mid-WEST REGION<br>Ohio office | | |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE<br>THE MEMO RICH TEXT | Open | 09/27/2011 |
| PHONE: | Chronological | BECKER-PER - ERROR TO RETRIEVE<br>THE MEMO RICH TEXT | Open | 10/12/2011 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE<br>THE MEMO RICH TEXT | Open | 10/25/2011 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE<br>THE MEMO RICH TEXT | Open | 10/27/2011 |
| APPEAL: 6753-2005 ON APPEAL | Chronological | M. BRABHAM - 6753-2005 ON APPEAL | Open | 10/28/2011 |
| EMAIL: | Chronological | BECKER-PER - Fw: SUBPOENA COPY<br>SHAH MATHIAS<br>[shahmathias@yahoo.com]<br>Sent:  Friday, October 28, 2011 11:58 AM<br>To:  Perry, Crystal<br>Cc:  ROBERT BERRY ?<br>[raberry99@aol.com]?<br>Attachments:  SUBPOENA SHANAWAZ<br>MATHIAS.pdf? (543 KB?)<br><br>officer perry,<br>per your request attach you with find copy<br>of supoena.<br><br>Sincerely,<br><br>Shah Mathias<br>Ameri Metro, Inc.<br>www.ameri-metro.com<br>Penndel Land Co.<br>(717)434-0668<br>shahmathias@yahoo.com | Open | 10/31/2011 |

PR000475

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

OFFICE:    Chronological

shah@penndellandco.com
shah@amhsr.com
HSR LOGISTICS
Smart shipping is Smart business
James E. Seney
VP of Mid-WEST REGION
Ohio office

—— Forwarded Message ——
From: Nick <nickmirch@gmail.com>
To: 'SHAH MATHIAS'
<shahmathias@yahoo.com>
Sent: Friday, October 28, 2011 11:30 AM
Subject: SUBPOENA COPY

Sent email back saying that was fine.
Subpoena saved on S drive.

BECKER-PER - ERROR TO RETRIEVE    Open    11/09/2011
THE MEMO RICH TEXT

PRO000476

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

EMAIL:

| | | |
|---|---|---|
| Chronological | Open | 11/15/2011 |

BECKER-PER - court in Adams county
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Tuesday, November 15, 2011 8:10
AM
To:  Perry, Crystal
Cc:  ROBERT BERRY ?
[raberry99@aol.com]?

Officer perry,
this will  confirm you had given me
permission to tavel case in Adams county .
Case has been continued  to this date
11.15.2011  i will be in attending matters to
the case today in adams county .:

Sincerely,

Shah Mathias
Ameri Metro,Inc.
www.ameri-metro.com
Penndel Land Co.
(717)434-0668
shahmathias@yahoo.com
shah@penndellandco.com
jshah@amhsr.com
IHSR LOGISTICS
Smart shipping is Smart business
James E. Seney
VP of Mid-WEST REGION
Ohio office

EMAIL:

| | | |
|---|---|---|
| Chronological | Open | 11/21/2011 |

BECKER-PER - ERROR TO RETRIEVE
THE MEMO RICH TEXT

PRO000477

# Adult Probation Scheduled Activities

**Today's Date:      05/08/2017**

| OFFICE: | Chronological | BECKER-PER - Def reported.  He didn't go to the grocery store b/c it was a short week.

He would like to go to a store in Ephrata. He has to go over there to pick up some documents for his brother.  He just has to meet his brother in some parking lot to pick some pw up for his parents.

For Thanksgiving—he's cooking and taking it to his parents.  They like the way he makes.  He doesn't know who will be there. He's not a "big sit down guy" so he just serves it and "lets out of there." Depending on what his daughter is doing with his ex-wife's family, he may or may not see her.

He gets to see his daughter about once a week.  She'll call or stop by.

Denies drug/alcohol use.  Denies contact with the police.  He's still mostly working out of the office on Concord Rd.  Him, amanda, Carter & Rick.

Denies contact with minors.  Denise use of porn.  Denies contact with the victim.

He will email me the name of the store in Ephrata and the address. | Open | 11/22/2011 |
| VOICE: REGISTERED FOR MEGAN'S LAW | Chronological | BECKER-PER - REGISTERED FOR MEGAN'S LAW
BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/01/2011 |
| OFFICE: Brought in attorney Berry | Chronological | BECKER-PER - Brought in attorney Berry
BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/07/2011 |
| OFFICE: | Chronological | | Open | 12/07/2011 |

PR0000478

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| | | | | |
|---|---|---|---|---|
| REVUCASE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/14/2011 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/16/2011 |
| PHONE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/20/2011 |
| OFFICE: | Chronological | BECKER-PER - Def reported.  He reported for a 10:30 appt but his was scheduled for 11:30.  I have him in here as early as I can at 11:06. | Open | 12/23/2011 |

His plans for xmas are up in the air.  He might go see his parents tomorrow night.  But their med schedule is so...by 8:30-9pm they're out of it.  He'll try to get supper.  Asked if he would see his extended family.  Like his sister.  She spends time with her in-laws.  If someone calls him to come over, he will just tell them he has so much work to do.

Her nephews are police officers.  Why def is making this a point, I am not sure.  He says he would not be uncomfortable being there, there's just a lot for his sister to do for them.

Def's ex-father in law is going thru cancer.  His ex wife will take the kids to go see him.  He worked in a boiler room or something in the navy and got cancer from asbestos.  He's in stage 4 out of 4 stages...

Def doesn't have any set plans, just to get his work done.

Reminded him that if he goes to church for xmas day or eve, just to leave me a vm message.

Denies alcohol/drug use.  Denies contact

PR0000479

# Adult Probation Scheduled Activities

**Today's Date:** 06/08/2017

| | | | |
|---|---|---|---|
| | | with the police. Denies contact with minors. Denies contact with the victim. Denies use of porn. | |
| | | Plans for New Year's--go to his sister's for an hour. By 12:20am, he is home. He might go to the grocery store in Hampden today but he is not sure. | |
| | | Def left vm message saying that he is going to the Hampdon Grocery store in MEchanicsburg today. | |
| VOICE: | Chronological | BECKER-PER - 12/24/11  Def left vm message that he is going to his parents. His dad's health is very touch, made mention of something about saying his final farewell and prayers. Sounds like he intends to stay overnight. Then called back with his parents address as 30 Center Ct., Windsor. | Open  12/24/2011 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open  01/03/2012 |
| SUPAPVPV: | Chronological | | Open  01/03/2012 |
| SVIOL: ADDITION --> Simple Violation: Type FAILED TO ATTEND/COMPL, SEX OFF TRMT, Violation Date1/3/2012 | Chronological | A:ALU - ADDITION --> Simple Violation: Type FAILED TO ATTEND/COMPL, SEX OFF TRMT,  Violation Date1/3/2012  A:ALU - ADDITION --> Simple Violation: Type FAILED TO ATTEND/COMPL, SEX OFF TRMT,  Violation Date1/3/2012 | Open  01/03/2012 |
| REVO: ADDITION --> Revocation: Revocation Id: 2012-0000001, Gagnon 1 Date:  Results: Desc: | Chronological | A:ALU - ADDITION --> Revocation: Revocation Id: 2012-0000001, Gagnon 1 Date:  Results: Desc:  A:ALU - ADDITION --> Revocation: Revocation Id: 2012-0000001,Gagnon 1 Date:  Results: Desc: | Open  01/03/2012 |

PRO000480

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

with the police.  Denies contact with minors.  Denies contact with the victim.  Denies use of porn.

Plans for New Year's--go to his sister's for an hour.  By 12:20am, he is home.  He might go to the grocery store in Hampden today but he is not sure.

Def left vm message saying that he is going to the Hampdon Grocery store in Mechanicsburg today.

| Activity | Type | Text | Status | Date |
|---|---|---|---|---|
| VOICE: | Chronological | BECKER-PER - 12/24/11  Def left vm message that he is going to his parents.  His dad's health is very touch, made mention of something about saying his final farewell and prayers.  Sounds like he intends to stay overnight.  Then called back with his parents address as 30 Center Ct., Windsor. | Open | 12/24/2011 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 01/03/2012 |
| SUPAP/PVV: | Chronological | | Open | 01/03/2012 |
| SVIOL: ADDITION --> Simple Violation: Type FAILED TO ATTEND/COMPL_SEX OFF TRMT, Violation Date1/3/2012 | Chronological | AALU - ADDITION --> Simple Violation: Type FAILED TO ATTEND/COMPL_SEX OFF TRMT, Violation Date1/3/2012 AALU - ADDITION --> Simple Violation: Type FAILED TO ATTEND/COMPL_SEX OFF TRMT, Violation Date1/3/2012 | Open | 01/03/2012 |
| REVO: ADDITION --> Revocation: Revocation Id: 2012-0000001, Gagnon 1 Date: Results: Desc: | Chronological | AALU - ADDITION --> Revocation: Revocation Id: 2012-0000001, Gagnon 1 Date: Results: Desc: AALU - ADDITION --> Revocation: Revocation Id: 2012-0000001,Gagnon 1 Date: Results: Desc: | Open | 01/03/2012 |

PRC000481

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| OFFICE: | Chronological | BECKER-PER – ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 01/11/2012 |
| --- | --- | --- | --- | --- |
| ATTORNEY: | Chronological | BECKER-PER – ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 01/11/2012 |
| EMAIL: | Chronological | BECKER-PER – Request to travel<br>SHAH MATHIAS [shahmathias@yahoo.com]<br>Sent: Friday, January 13, 2012 12:24 PM<br>To: Perry, Crystal<br>Cc: ROBERT BERRY ?<br>[raberry99@aol.com]?<br>Attachments: JOHN MIC LETTER DATED 014~1.pdf? (697 KB?)<br><br>Officer Perry ,<br>Due to my work i need to travel ,m asking<br>your permission to travel , months ago i<br>had mentioned to you that i will need to<br>meet with transportation secretary  you had<br>asked me if i had any letter from the<br>transportation Secretary , attach you will<br>will letter of invitation from Honorable<br>JOHON MICA chairman of  COMMITTE<br>ON TRANSPOTATION AND<br>INFRASTRUCTURE. time and loation is<br>addressed in the invitation ,<br><br>Sincerely,<br><br>Shah Mathias<br>Ameri Metro,Inc.<br>www.ameri-metro.com<br>Penndel Land Co.<br>(717)434-0668<br>shahmathias@yahoo.com<br>shah@penndellandco.com<br>shah@amhsr.com<br>HSR LOGISTICS<br>Smart shipping is Smart business | Open | 01/17/2012 |

PRO000482

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

James E. Seney
VP of Mid-WEST REGION
Chilo office

Answered his email that the asnwer is no.

PRO000483

# Adult Probation Scheduled Activities

**Today's Date:**       **05/08/2017**

| PHONE: | Chronological | Open | 01/19/2012 |
|---|---|---|---|
| | BECKER-PER - Need to reschdule meeting 01.23.2012 | | |
| | SHAH MATHIAS | | |
| | [shahmathias@yahoo.com] | | |
| | Sent: Thursday, January 19, 2012 12:29 PM | | |
| | To:   Perry, Crystal | | |
| | Cc:  ROBERT BERRY ? | | |
| | [raberry99@aol.com]? | | |
| | | | |
| | Officer Perry, | | |
| | My father was back in the hospital  but as off last night  he is home . OnMonday 1/23 he has appointment  at Yorktown urology at 10:10am and Dr Kephart 4pm appointment i, m requesting your consideration to reschedule my meeting with you. | | |
| | | | |
| | Sincerely, | | |
| | | | |
| | Shah Mathias | | |
| | Ameri Metro,Inc. | | |
| | www.ameri-metro.com | | |
| | Penndel Land Co. | | |
| | (717)434-0668 | | |
| | shahmathias@yahoo.com | | |
| | shah@penndellandco.com | | |
| | shah@amhsr.com | | |
| | HSR LOGISTICS | | |
| | Smart shipping is Smart business | | |
| | James E.  Seney | | |
| | VP of Mid-WEST REGION | | |
| | Ohio office | | |
| | | | |
| | Called him back and rescheduled to Tues afternoon | | |

PRC000484

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| | | | |
|---|---|---|---|
| **OFFICE:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 01/24/2012 |

**COURT:** Case closed until all appeals are final

| | | | |
|---|---|---|---|
| | Chronological | BECKER-PER - Case closed until all appeals are final | Open | 01/30/2012 |

BECKER-PER - Def in court before Judge Blackwell.  Def has two appeals pending, one in the superior court and one currently in the supreme court.  Judge Blackwell does not have jurisdiction to find him in violation of his supervision.

Judge ordered that he remain on unsupervised bail and the probation department is not to be supervising him at this time.

Judge ordered that he get credit for time from the date that she ordered him to report to PRobation to the date that he filed the appeal.  But Chief Sabol says since we were making him report and we were restricting his freedom, he needs to get credit until today.

Def will continue on bail until all appeals are exhausted.

Credit time for being supervised:

June 4, 2010 until today, 1/30/12 = 757 days.

Def has a previous credit of 283 days of probation.

Total: 1040 days of probation "credit" time.

| | | | |
|---|---|---|---|
| **SUPCLOSE:** | Chronological | | Open | 02/03/2012 |

PRO000485

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | | |
|---|---|---|---|---|
| SP.ATTN: | Chronological | BECKER-PER - Def filed motion to close his case and terminate supervision. B/c the judge ordered that he is not permitted to leave PA and he has to go to Alabama and DC for his "mult-million dollar" project. | Open | 05/08/2012 |
| SP.ATTN: SON ON PROBATION, DEF ATTENDS INITIAL APPT W/SON | Chronological | BECKER-PER - SON ON PROBATION, DEF ATTENDS INITIAL APPT W/SON BECKER-PER - Rec'd call from Mike Cummings, juvenile PO #227-0925. Def's son, Jule, is on probation. Def and the wife came to the first appt. Def said that he could watch his son while his wife is out of town taking care of her ailing father. then wife sent back an email to Mike saying that this is not the case and that def is not allowed contact with his son.

The son is charged with possession of paraphernalia. He's got a lot of issues. A lot of anger issues for having no male role model the last five years of his life.

Looked back thru laserfiche. Everything I see looks like he is NOT allowed to have contact with his son while on supervised bail. I sent Amy Eyster an email. IF this is the case, shouldn't def's bail be revoked? | Open | 06/13/2012 |
| GENERAL: BIG ARTICLE IN SUNDAY NEWSPAPER ABT BUSINESS | Chronological | BECKER-PER - BIG ARTICLE IN SUNDAY NEWSPAPER ABT BUSINESS BECKER-PER - Sunday newspaper had huge article regarding def's vision for a "city of tomorrow" in Alabama. Talks about all the judgments against him and how he owes $7.9 million to all these contractors for work he never paid for.  Scanned into laserfiche. | Open | 07/17/2012 |

PRO000486

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| | | | | |
|---|---|---|---|---|
| OTHER: | Chronological | BECKER-PER - 12/4/12 Emily from the DA's office (victim/witness, I think) called to say that they got a release of info from a Jennifer Wartel. Def's son goes to treatment with her and they want def to be able to have contact with his son. And if def and ex-wife get back together, can def have contact with his son then? Emily told them no contact. | Open | 12/04/2012 |
| OTHER: ALL APPEALS QUASHED, RESUME SUPERVISION AS PER CHIEF SABOL | Chronological | ALL APPEALS QUASHED, RESUME SUPERVISION AS PER CHIEF SABOL. BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/08/2013 |
| LETTER: REGULAR AND CERTIFIED | Chronological | BECKER-PER - REGULAR AND CERTIFIED | Open | 04/09/2013 |
| ARCHIVES: GAVE FILE TO CRYSTAL P. | Chronological | N.FELICANO - GAVE FILE TO CRYSTAL P. | Open | 04/11/2013 |

PRO000487

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

PRO000488

| | | | |
|---|---|---|---|
| OTHER: | Chronological | BECKER-PER - 12/4/12  Emily from the DA's office (victim/witness, I think) called to say that they got a release of info from a Jennifer Warfel. Def's son goes to treatment with her and they want def to be able to have contact with his son.  And if def and ex-wife get back together, can def have contact with his son then?  Emily told them no contact. | Open   12/04/2012 |
| OTHER: ALL APPEALS QUASHED, RESUME SUPERVISION AS PER CHIEF SABOL | Chronological | ALL APPEALS QUASHED, RESUME SUPERVISION AS PER CHIEF SABOL  BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open   04/08/2013 |
| LETTER: REGULAR AND CERTIFIED | Chronological | BECKER-PER - REGULAR AND CERTIFIED | Open   04/09/2013 |
| ARCHIVES: GAVE FILE TO CRYSTAL P. | Chronological | N.FELICANO - GAVE FILE TO CRYSTAL P. | Open   04/11/2013 |

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

| SP.ATTN: CREDIT TIME INFORMATION | Chronological | CREDIT TIME INFORMATION | Open | 04/18/2013 |
|---|---|---|---|---|
| | | BECKER-PER - As per Chief Al Sabol, def gets credit for the following dates; | | |
| | | 1) 5/16/07 to 6/29/07 = 46 days | | |
| | | 2) 7/24/09 to 8/6/09 = 14 days | | |
| | | 3) 6/4/10 to 1/12/11 = 223 days | | |
| | | 4) 1/13/11 to 1/30/12 = 383 days | | |
| | | TOTAL CREDIT: 666 days through Jan 30, 2012. | | |
| | | Resume supervision on 4/8/13. | | |
| | | 4/8/13 + 64 days = 162 day of 2 yrs = 6/11/13—finishes the 2 year probation period. | | |
| | | 666 + 162 + 3 yrs = 6/11/16—finishes the 5 year probation period | | |

PRO000489

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| EMAIL: | Chronological | | |
|---|---|---|---|
| | BECKER-PER - Confirming Appointment 22nd of April at your office at 1:00pm | Open | 04/18/2013 |

SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Thursday, April 18, 2013 8:25 AM
To: Perry, Crystal

Officer Perry,
This to confirm our conversation that my appointment with you is changed from the date stated in your letter. Appointment Now is for Monday the 22nd of April at your office at 1:00pm

Sincerely,

Shah Mathias

Important Notice to Recipients:
DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment Adviser. Sender makes no warranties or representations as to the Buyer, Seller or Transaction. Both parties declare that this e-mail is not intended for the buying, selling or trading of securities, or the offering of counsel or advice with respect to such activities. All due diligence is the responsibility of the the Recipient when and where applicable This E-mail and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer.

| OFFICE: | Chronological | | |
|---|---|---|---|
| | BECKER-PER - Def reported.  He has a new criminal attorney—he is in York. | Open | 04/22/2013 |

Def claims that he hasn't gotten anything in

PRO000490

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

the mail regarding his change in Tier from PSP. But then he was having problems with the mail for a few months.

Def has a champagne bottle that was given to him for celebration. It's a collector's peice, not to actually drink. He will get rid of it. HE claims that he still doesn't drink.

Have you figured out what the problem is for treatment. I didn't realize there was a problem other than def. He's quoting me case law from the superior court. A date dispute. He points out that he has no problem with the polygraph. HE's just telling me exactly what's wrong here. HE's not here arguing with me or the department. Legally, I cannot enforce that bc I ask him where he was and he was not in the country or the area.

His son is going to be 18 soon. HE tells me that there is nothing in MEgan's Law that says you can't have contact with your family or your children. He is telling me how busy he was but still made time to come here today.

Def questions the sup fees. I was incorrect. Def has paid them in full for 5 yrs. He owes nothing on cff.

Def reports that he has had people come to the house demanding money and there were guns involved. And he's had to call the police and file something with the local pd and send a certified letter to this other party. He's not a gun toting guy, it's not his style.

He has a car to pick up today. He's buying a new car. He's not sure if he'll go bc he's so far behind. It's the Fiat dealer in Harrisburg. Faulkner Fiat, 2549 Brindle Dr Harrisburg, PA 17110 (717) 901-3222. He

PR0000491

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

PRO000492

| | | | | |
|---|---|---|---|---|
| TREAT: MODIFTY/UPDATE –> Treatment Program COMMONWEALTH CLINICAL GROUP, Referral Date: 7/28/2010, by officer PERRY, CRYSTAL, Comments: REFERRED AGAIN 4/23/13. | Chronological | will let me know if he is going to pick it up. Well, we'll just mark it for today that he has permission to go up there for that purpose.<br><br>Farmers, real estate owner and the township.<br><br>He still has the farmland up in the Cumberland/Harrisburg Area.<br><br>MODIFTY/UPDATE –> Treatment: Program COMMONWEALTH CLINICAL GROUP, Referral Date: 7/28/2010, by officer PERRY, CRYSTAL, Comments: REFERRED AGAIN 4/23/13. BECKER-PER - MODIFTY/UPDATE –> Treatment Program COMMONWEALTH CLINICAL GROUP, Referral Date: 7/28/2010, by officer PERRY, CRYSTAL, Comments: REFERRED AGAIN 4/23/13. | Open | 04/23/2013 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/23/2013 |
| TREAT: CCG intake 5/22 @ 2pm w/Clay | Chronological | CCG intake 5/22 @ 2pm w/Clay BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/23/2013 |
| PHONE: PERMISSION TO GO TO HBG/MECHICSBURG TOMORROW | Chronological | PERMISSION TO GO TO HBG/MECHICSBURG TOMORROW BECKER-PER - Def called to see if I got his email. Told him he can go to Mechanicsburg tomorrow.<br><br>Annette Cassel Means<br>Associate Broker<br>High Associates Ltd.<br>5000 Ritter Road, Suite 201<br>Mechanicsburg, PA  17055<br>cell: (717) 805-3064<br>direct office:  (717) 791-2064<br>email: ameans@high.net | Open | 04/25/2013 |

PRO000493

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

| | | | Open | 04/29/2013 |
| --- | --- | --- | --- | --- |

www.highassociates.com/propertysearch
[Image: HAL-horiz-coloremail]

He wants to go to the pEnn DOT building.
Something about his father's registration or
something.  In Hbg.  Told him that's fine.
He wants to go to the superior court in Hbg.
He will get me the address.  He will do all
these things tomorrow.  That's fine.

Travel for Friday April 26th
SHAH MATHIAS
[shahmatthias@yahoo.com]
Sent:  Thursday, April 25, 2013 10:08 PM
To:  Perry, Crystal

I officer Perry on for this Friday April 26th I
will not be going to Department of
Transportation Office nor will I be going to
Superior Court Harrisburg. However I will
be going my meeting to at hi Associates in
Mechanicsburg Rossmoyne business
center it is the same location Italian have
discussed with you and send you the email
before this is a voice activated email
message some where is me not come out
clear any questions please feel free to call
me sincerely shah

Father passed away
BECKER-PER - ERROR TO RETRIEVE
THE MEMO RICH TEXT

PHONE: Father passed away        Chronological

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | |
|---|---|---|---|
| GENERAL: MODIFY/UPDATE --> Home Phone Number: Home phone number has changed from ( ) - to (717) 434-0668. | Chronological | MODIFY/UPDATE --> Home Phone Number: Home phone number has changed from ( ) - to (717) 434-0668. BECKER-PER - MODIFY/UPDATE --> Home Phone Number: Home phone number has changed from ( ) - to (717) 434-0668. | Open | 04/30/2013 |
| GENERAL: MODIFY/UPDATE--> Address: Address changed From: 70 VISTA DRIVE PO BOX 163, RED LION, PA 17356 To: 70 VISTA DRIVE PO BOX 163, RED LION, PA 17356 | Chronological | MODIFY/UPDATE--> Address: Address changed From: 70 VISTA DRIVE PO BOX 163, RED LION, PA 17356 To: 70 VISTA DRIVE PO BOX 163, RED LION, PA 17356 BECKER-PER - MODIFY/UPDATE--> Address: Address changed From: 70 VISTA DRIVE PO BOX 163, RED LION, PA 17356 To: 70 VISTA DRIVE PO BOX 163,RED LION, PA 17356 | Open | 04/30/2013 |
| SPCOND: MODIFY/UPDATE --> Special Condition: Special Condition SEX OFFENDER TREATMENT,, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is | Chronological | MODIFY/UPDATE --> Special Condition: Special Condition SEX OFFENDER TREATMENT,, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, Terms of Special Conditions Completed? N, Release date: , The starting date is 6/23/2010. BECKER-PER - MODIFY/UPDATE --> Special Condition: Special Condition SEX OFFENDER TREATMENT,, Assigned on 6/23/2010, by officer PERRY, CRYSTAL, Special Condition is linked to Indictment-Count -, Terms of Special Conditions Completed? N, Release date: , The starting date is 6/23/2010. | Open | 04/30/2013 |

PRO000494

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| | | | |
|---|---|---|---|
| SPCOND: MODIFY/UPDATE --> Special Condition: Special Condition: Special Condition NO CONTACT WITH VICTIM, , Assigned on 6/23/2010, by officer PERRY, CRYSTAL , Special Condition is | Chronological | MODIFY/UPDATE --> Special Condition: Special Condition NO CONTACT WITH VICTIM, , Assigned on 6/23/2010, by officer PERRY, CRYSTAL , Special Condition is linked to Indictment-Count -, Terms of Special Conditions Completed? N, Release date: , The starting date is 6/23/2010. BECKER-PER - MODIFY/UPDATE --> Special Condition: Special Condition NO CONTACT WITH VICTIM, , Assigned on 6/23/2010, by officer PERRY, CRYSTAL , Special Condition is linked to Indictment-Count -, Terms of Special Conditions Completed? N, Release date: , The starting date is 6/23/2010. | Open | 04/30/2013 |
| SPCOND: MODIFY/UPDATE --> Special Condition: Special Condition NO CONTACT WITH CHILDREN, , Assigned on 6/23/2010, by officer PERRY, CRYSTAL , Special Condition I | Chronological | MODIFY/UPDATE --> Special Condition: Special Condition NO CONTACT WITH CHILDREN, , Assigned on 6/23/2010, by officer PERRY, CRYSTAL , Special Condition is linked to Indictment-Count -, Terms of Special Conditions Completed? N, Release date: , The starting date is 6/23/2010. BECKER-PER - MODIFY/UPDATE --> Special Condition: Special Condition NO CONTACT WITH CHILDREN, , Assigned on 6/23/2010, by officer PERRY, CRYSTAL , Special Condition is linked to Indictment-Count -, Terms of Special Conditions Completed? N, Release date: , The starting date is 6/23/2010. | Open | 04/30/2013 |

PRO000495

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | | |
|---|---|---|---|---|
| SPCOND: MODIFY/UPDATE --> Special Condition: Special Condition NO ALCOHOL, , Assigned on 6/23/2010, by officer PERRY, CRYSTAL , Special Condition is linked to In | Chronological | MODIFY/UPDATE --> Special Condition: Special Condition NO ALCOHOL, , Assigned on 6/23/2010, by officer PERRY, CRYSTAL , Special Condition is linked to Indictment-Count - , Terms of Special Conditions Completed? N, Release date: , The starting date is 6/23/2010. BECKER-PER - MODIFY/UPDATE --> Special Condition: Special Condition NO ALCOHOL, , Assigned on 6/23/2010, by officer PERRY, CRYSTAL , Special Condition is linked to Indictment-Count - , Terms of Special Conditions Completed? N, Release date: , The starting date is 6/23/2010. | Open | 04/30/2013 |
| OTHER: | Chronological | BECKER-PER - Rec'd call from Amy Eyster, DA's office, asking about def's motion. Told her I don't necessarily oppose him going to the funeral, but I cant knowingly allow him to go somewhere where I know he will have contact with minors. She said that the commonwealth will not oppose the motion. Rec'd email from Judge Blackwell. AI responded to it. | Open | 05/01/2013 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/07/2013 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/07/2013 |

PRO000496

# Adult Probation Scheduled Activities

**Today's Date:   05/08/2017**

OFFICE: CCG INTAKE 5/22

| Chronological | Open | 05/08/2013 |
|---|---|---|
| CCG INTAKE 5/22 | | |

BECKER-PER - Def reported. He didn't go to the cemetary bc it was in Harrisburg, his uncle wanted to go see his brother.

Lots of out of town family came to the funeral. 10 people from different countries. His uncle was the only one to stay with him.

No one else is currently staying with def.

Gave him letter for CCG appt. Told him he must be accepted into treatment and sign any pw they want him to.

Denies alcohol/drug use. Says that he has to register Dec. 20 for Megan's Law.

Denies use of porn. Denies contact with minors. Denies contact with minors at the funeral. He didn't talk to his son at all? He talked to his mother. He's a child, he has needs and she communicated them to def. His son is 17 now and his birthday is in Sept. His son is in 11th grade. Tells me he is excelereated and will be graduating next year.

Mother needs someone with her at night now. It's a hectic schedule to figure out. Regarding when the nurses aid leaves. He may get a call in the middle of the night and be unable to email me. Told him to just email me the next day. Parents were married 55 years.

PRO000497

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

REVUCASE: DEPUTY CHIEF
NOVAK--CONTINUE TO
SUPERVISE EVEN THO FILED
PCRA

| Chronological | DEPUTY CHIEF NOVAK--CONTINUE TO SUPERVISE EVEN THO FILED PCRA | Open | 05/09/2013 |

BECKER-PER - RE: Shahnawaz Mathias
Novak, Andy
Sent: Thursday, May 09, 2013 11:30 AM
To: Perry, Crystal

Yes unless you receive something that
says otherwise.

A. Novak

From: Perry, Crystal
Sent: Thursday, May 09, 2013 11:28 AM
To: Novak, Andy
Subject: Shahnawaz Mathias

He is filing a PCRA motion. I am still to be
actively supervising him, correct?

Crystal Perry

York County Adult Probation

45 N. George St.

York, PA 17401

(717) 771-9602, ext. 222

PRO000498

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

| | | | | |
|---|---|---|---|---|
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/09/2013 |
| REVUCASE: Guidelines for out of county travel | Chronological | Guidelines for out of county travel BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/13/2013 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/16/2013 |
| OFFICE: STARTS GROUP @ CCG 5/29, WEDS 5PM | Chronological | STARTS GROUP @ CCG 5/29, WEDS 5PM BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/23/2013 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/05/2013 |
| TREAT: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/11/2013 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/13/2013 |
| OFFICE: DEER BROKE WINDOW AT HOUSE | Chronological | DEER BROKE WINDOW AT HOUSE BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 06/27/2013 |

PRO000499

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

| ATTORNEY: WANTS PROBATION CREDIT TIMELINE | Chronological | WANTS PROBATION CREDIT TIMELINE | Open | 07/01/2013 |
|---|---|---|---|---|

BECKER-PER - staying at moms
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Sunday, June 30, 2013 8:57 PM
To: Perry, Crystal; Perry, Crystal

Officer perry
My mom's nurss no show for tonight so i
will be staying at my mom tonight. shah

7/1/13  Attorney Shannon K. McDonald
called.  She had some questions.  She
would like to see a copy of the timeline of
how we determined def's credit time of
probation.

Her email is
shannonk@mcdonalddefense.com

7/5/13  Typed up what Al Sabol figured as
the credit time.  I don't really understand it.
Emailed her a copy of it.

| TREAT: | Chronological | BECKER-PER - TODAY TRAVEL | Open | 07/09/2013 |
|---|---|---|---|---|

Cumberland county court house
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Wednesday, July 03, 2013 8:10 AM

To:  Perry, Crystal; Perry, Crystal
Cc: SHAH MATHIAS ?
[shah@amhsr.com]?

Officer Perry

PRO000500

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

I need to go to the Cumberland county court house today.

Sincerely,

Shah Mathias

Important Notice to Recipients:
DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment Adviser. Sender makes no warranties or representations as to the Buyer, Seller or Transaction. Both parties declare that this e-mail is not intended for the buying, selling or trading of securities, or the offering of counsel or advice with respect to such activities. All due diligence is the responsibility of the the Recipient, when and where applicable This E-mail and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer.

7/9/13  Met with CCG.  They processed this letter def wrote to CCG (saved on the S drive in his 'offender file.')  They got his bearings straight about what is expected of him in treatment.  His attorney has been in contact with Clay.

They are going to review his statement of accountability and prep him for a denial poly.

Some of the feedback he gives to group is good and other times it is counterproductive.

| | | |
|---|---|---|
| Chronological | BECKER-PER - Def reported.  Def worked | Open |
| | 07/12/2013 | |

OFFICE:

PR000501

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

all weekend. And he worked until 3 this morning. He's talking something about commerce. I don't know what he's talking about. Talking about how much work he's been doing.

Dneies that he did anything for July 4th. There was nothing planned for the family. His sister usu has something which he doesn't go, but there was nothing. He was calling around for food, but there was nothing.

No further incidences with the police. Told me the incident with Robert Berry is closed. HE got the car back.

Told her that I talked with his attorney. Sent her the timeline for the probation credit time.

His mother is having health issues. So Weds, he coudln't make it to see Clay. Then yesterday, she was at Apple Hill. So he's going to meet Clay on Weds at 1pm. For individual. He told def that he participates well and that group appreciates his comments.

He tells me they keep hanging in the same environment. Their social affairs. These guys in group. If you want to make a change, you have to change your social affairs. He asks them if they ahve self worth. They keep hanging out with a bad crowd. Def implies that some of the group members can't follow his logic.

Def is kind of rambling on and I'm not following. I think he's talking about his employees and how their personal life is not his business. But that is not the case with other group members. Def is just trying to be honest in group.

PRO000502

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

Denies alcohol/drug use.  Denies contact with the police.  Denies use of porn.  His son will be 18 in September.  He will graduate from high school in 2014.

No upcoming trips out of the county.  since he got that letter, he's just been planted in the office.  PRob next week, he might have one or two trips.  A follow up with the township from the meeting on June 20.  HE might be going up to South Middleton Twp where his farm is.

And he will prob have a grocery trip this week.  And there's another store that his sister told him about.  It's in the same vicinity and he will let me know the address once he gets there.

| | | | |
|---|---|---|---|
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 07/17/2013 |
| VOICE: | Chronological | BECKER-PER - 7/22/13   Def left vm message that he needs to go to the DOT to register his vehicle today.  My outgoing message and my outgoing email message both state that I'm out of the office until 7/24. | Open | 07/22/2013 |
| | | 7/23/13  Def left another message that he needs to drop off the title for correction at the automax in Lancaster on Tuesday evening.  I'm coming back on Weds... | | |

PRO000503

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

| | | | | |
|---|---|---|---|---|
| TREAT: NEEDS FULL RISK ASSESSMENT BEFORE TREATMENT GIVES TRAVEL RECOMMENDATION | Chronological | NEEDS FULL RISK ASSESSMENT BEFORE TREATMENT GIVES TRAVEL RECOMMENDATION | Open | 07/25/2013 |

BECKER-PER - Talked with Clay about def's travel. Clay told def that he's not willing to discuss his recommendation until he can do a full risk assessment on def. That will include completing his sexual history and a polygraph to verify the info. Clay said it seemed like def was trying to split us.

Def was supposed to have a homework assignment completed for group last night and did not.  Then def told Clay that he would email it to him, but def hasn't done that as of yet.  The homework assignment was answering hard questions.  Did def ever touch victim's genitals, breasts or buttocks?

If he doesn't have the homework by next week, he will get a warning notice.  He also gave def a pscyho-social packet to complete.

Def gave Clay a list of places he wants to go, including the wedding he was telling me about and CA.

| | | | | |
|---|---|---|---|---|
| PHONE: | Chronological | BECKER-PER - Def called.  Can he go to the Bank of America in Centerville.  He | Open | 07/26/2013 |

doesn't know the address.  And the nurse who is taking care of his mother, a family member of hers died, so she is going to be off work.  Def will be sleeping at his mother's and can we reschedule appt.

Def called me back with the address to the bank:

380 Fruitville Pike
Centerville.

PRO000504

PRO000505

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

EMAIL:

Chronological

BECKER-PER - ERROR TO RETRIEVE     Open     08/01/2013
THE MEMO RICH TEXT

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

OFFICE:

| Chronological | Open | 08/01/2013 |
|---|---|---|

BECKER-PER - Def reported.  He had to go tend to her this morning.  His ex-wife.  They worked a lot this week bc it's the fiscal year end.  And she doesn't have diabetes.  He doesn't know why her sugar spiked so high.  She was working for him, apparently.  It was pretty dangerous how high her sugar went.

His work is just about going to slow down.  He had the last filing.  It got kicked back for 3 typos.  And they don't tell you exactly where the typo is.  So you have to reread so much of the document to find them...

He's talking about work.  He thinks a lot of people drop out of the competition just bc the task is so tedious.

And his mom's nurse was having health issues bc she was so stressed.  And he had to meet with Clay.  So he went to his mom, fed her, called his sister, then took his ex-wife to the hospital.

He tells me that this is what he does, he works.  He loves his work, he has a passion for it.  But he also gets demanded by a lot of things.  You can't help being a son and a good ex-husband a father.

He actually managed to go to group.  He's very good about his appts.

Denies alcohol/drug use.  Denies contact with the police.  He has some follow ups with them in the next week with some previous reports he had filed with them.

Denies use of porn.  Denies contact with minors.

PRO000506

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

**VOICE:**

| | | | |
|---|---|---|---|
| Chronological | BECKER-PER - Def left vm message at 6:05am. He has an appt in Greencastle today at 8am. He'll get me the exact address. He's on the road right now.<br><br>Def called back at 9:27am. He left another message saying that he was at 156 Molly Pitcher Rd., Antrim Twp. But the number he gave was al messed up. H first said 165, then 16156. I have no idea which is correct. | Open | 08/02/2013 |

**EMAIL:**

| | | | |
|---|---|---|---|
| Chronological | BECKER-PER - travel to lancaster today SHAH MATHIAS [shahmathias@yahoo.com] Sent: Monday, August 05, 2013 2:30 PM To: Perry, Crystal; Perry, Crystal<br><br>officer Perry, I have go to the bank Bank of America<br><br>580 Centerville Rd, Lancaster, PA ? Centerville Square<br><br>Sincerely,<br><br>Shah Mathias | Open | 08/05/2013 |

PRO000507

PRO000508

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

**EMAIL: STAYING AT MOM'S**

| Chronological | STAYING AT MOM'S | Open | 08/07/2013 |
|---|---|---|---|
| | BECKER-PER - staying at mom tonight | | |
| | SHAH MATHIAS | | |
| | [shahmathias@yahoo.com] | | |
| | Sent: Tuesday, August 06, 2013 11:47 PM | | |
| | To: Perry, Crystal; Perry, Crystal | | |
| | | | |
| | Officer perry | | |
| | ..Due to my mothers nurse being ill ) am | | |
| | staying at my moms tonight and perhaps | | |
| | tomorrow night after her surgery Thursday | | |
| | Friday and Saturday will keep you posted | | |
| | shah | | |

**TREAT: CHECKING W/COURT TO SEE IF HE NEEDS TO COMPLY WITH POLYGRAPH...?**

| Chronological | CHECKING W/COURT TO SEE IF HE NEEDS TO COMPLY WITH POLYGRAPH...? | Open | 08/12/2013 |
|---|---|---|---|
| | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | | |

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| OFFICE: | Chronological | | Open | 08/13/2013 |
|---|---|---|---|---|

BECKER-PER - Def reported. On Thurs, Aug 15, he has to be at the Federal Court in Harrisburg. Around 11:30. There is a hearing.

Then he has to go to Hanover on Thurs and Fri. I don't ask details. Possibly Greencastle this week. The rain is changing everything around.

Denies alcohol/drug use. Denies contact with the police. Denies use of porn. Denies contact with minors. Denies contact with his son. He talks about him to his wife. This is his last year of school. He turns 18 here on Sept 28. His daughter's birthday is Sept 25.

He is still going to CCG. He's been very frequent there, hasn't missed anything. Claims that the group likes his participation. Some of those guys, then he whistles.

He thinks he will have to go back to Greencastle next week. He might take his mom to the Taj Mahal restaurant in Lancaster. Or there's another restaurant right where he does the groceries.

His mom is doing well, but is weak from the surgery. She had to be at the Apple Hill at 8am. Once she gets off her cycle, it's hard to get her back.

| PHONE: POLICE FUND RAISER IN HBG | Chronological | | Open | 08/16/2013 |
|---|---|---|---|---|

POLICE FUND RAISER IN HBG
BECKER-PER - pver night stay at mom's
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Wednesday, August 14, 2013 10:38 PM
To: Perry, Crystal; Perry, Crystal

Officer perry.

PRO000509

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

I am staying at my mom's tonight.shah

8/15/13   Rec'd vm message from def.  He is going to Hbg PD tomorrow.  He just got notice.  It's about a project that the city wants to do.  Hbg called this morning.

8/16/13   Def called and left vm message that he is heading up to Hbg and he doesn't have access to email right now or the address to which he is going.

Then he called again.  He says the project is making an arts and museum thing.  They are looking for donations.  Def was told that it is a brainstorming session.  I was beginning to wonder if it was a social fundraiser thing where people would be drinking.  He doesn't think so.  Told him that if there's alcohol there, he must leave. He doesn't drink anyway, but he understands.

The address is 1 Lincoln Circle Reservoir, Hbg.

He points out that he will be surrounded by law enforcement officers.

8/16/13   6:52pm  Def left message that he got at the event late.  They have a bar, so he is leaving to go back to York.

Not sure what is going on...I thought he called a lot earlier and certainly would have been there for at least an hour by the time 6:52 rolled around...

| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 08/28/2013 |
|---------|---------------|--------------------------------------------------|------|-----------|

PRQ000510

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| | | | | |
|---|---|---|---|---|
| SUPAPME: MEMO TO BLACKWELL REQUESTING HEARING TO ESTABLISH CREDIT TIME ON RECORD | Chronological | AALU - MEMO TO BLACKWELL REQUESTING HEARING TO ESTABLISH CREDIT TIME ON RECORD | Open | 08/29/2013 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 08/29/2013 |
| EMAIL: WANTS TO GO TO PORT OF SOUTH LOUISIANA | Chronological | WANTS TO GO TO PORT OF SOUTH LOUISIANA BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/06/2013 |
| TREAT: FAILED POLY | Chronological | FAILED POLY BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/10/2013 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/12/2013 |
| ATTORNEY: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/13/2013 |
| TREAT: | Chronological | BECKER-PER - Rec'd call from Clay at CCG that def has group tonight at 5pm. It is his day of reckoning to get honest about his offense.  I think that he said that def seems to be leaning toward admitting that he touched the victim's inner thigh, but not sure.  If he stonewalls on it, Clay is going to unsuccessfully discharge him.  He wanted a call back to see if I would be in support of that.<br><br>I emailed him that I am in support of that. | Open | 09/18/2013 |

PRO000511

# Adult Probation Scheduled Activities

**Today's Date:       05/08/2017**

| | | | |
|---|---|---|---|
| GENERAL: MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: MINIMUM SUPERVISION to INTENSIVE on 9/23/2013. | Chronological | MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: MINIMUM SUPERVISION to INTENSIVE on 9/23/2013.<br><br>BECKER-PER - MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: MINIMUM SUPERVISION to INTENSIVE on 9/23/2013. | Open | 09/23/2013 |
| OFFICE: Def feels persecuted | Chronological | Def feels persecuted<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/23/2013 |
| TREAT: Reviewed case with supervisor re: alcohol at "functions" | Chronological | Reviewed case with supervisor re: alcohol at "functions"<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/24/2013 |
| TREAT: WARNING NOTICE | Chronological | WARNING NOTICE<br>BECKER-PER - Clay left message saying that he gave def a warning notice for not having his homework completed.  Def told the group that he didn't do the homework bc he was feeling angry.  Clay reports that they worked thru def's misunderstanding of their discussion of attraction.  Def is again ok with group and denied having any language barrier that would be an obstacle for him.<br><br>Def left vm message.  It was muffled and hard to understand.  He is driving toward Limekiln Rd.  He's having lunch at the Indian restaurant. | Open | 09/26/2013 |
| VOICE: WENT TO PA COUNSELING | Chronological | WENT TO PA COUNSELING<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/30/2013 |

PRO000512

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | | |
|---|---|---|---|
| **OTHER: Out of county dentist** | Chronological | Out of county dentist | Open 10/02/2013 |
| | | BECKER-PER - Called the judge's chambers to see if she is willing to have a hearing for def to determine probation "credit time." She has not yet had an opportunity to review the memo. | |
| | | Def left vm message saying that he has a dentist appt this evening and can I see him today instead. | |
| | | Rec'd vm message from Clary at CCG. Def didn't go to group bc of dental issues. He was supposed to drop off his assignment. | |
| | | Def left another vm message saying that he is going to the dentist today at 4:30pm. The address is 403 N. Hanover St., Carlisle. | |
| **TREAT:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open 10/08/2013 |
| **OFFICE: TRYING TO CONVINCE ME TO LET HIM OFF PROBATION** | Chronological | TRYING TO CONVINCE ME TO LET HIM OFF PROBATION | Open 10/08/2013 |
| | | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | |
| **PHONE:** | Chronological | A.ALU - Def called. Left a VM about should he be supervised while his case is on appeal? I called him back. He went on to talk about "not trying to be defiance, just trying to stay in compliance." He then talked about how he doesn't drink, nor does anyone in his family so he is wondering why he cannot attend business functions that serve alcohol. Isn't that the same as going to Red Lobster, which serves alcohol? He then went on to talk about going to PA Counseling Services rather than CCG. He said the doctor at PA | Open 10/09/2013 |

PRC000513

# Adult Probation Scheduled Activities

Counseling Services mother is from Korea, so he feels more comfortable with the language barrier. He claims he does not always understand things (yet he seemed to explain things quite well to me about everything, except his involvement with the original sex offense). Def is difficult to understand at times over the phone with his accent, but we got through. He has no problem with Officer Perry. He lives a "simple life." He said he wants to continue to go to PA Counseling and pay on his own. I told him that if he goes there in addition to CCG, as long as he signs releases so all therapists can communicate.

I told him that his case has been reviewed with our Chief and his PCRA appeal does not exclude him from supervision and we are to continue to supervise him. He did not appeal his sentencing or conviction, therefore he is to remain on supervision and is to follow the conditions, which include attending sex offender treatment at an agency designated by the probation department. I said I would talk to PO Perry about the business functions and see if there is more to it that he is prohibited from going. I told him that he will need to continue to follow his conditions and attending counseling at CCG.

PRO000514

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

| | | | | |
|---|---|---|---|---|
| VOICE: LEFT COUNT FOR 'CONFERENCE,' DID NOT LEAVE ADDRESS | Chronological | LEFT COUNT FOR 'CONFERENCE,' DID NOT LEAVE ADDRESS<br><br>BECKER-PER - 10/10/13   Def ldef message saying that this morning, he is going to his regular meeting in Hbg for counseling services on Locust St.  PA Counseling.<br><br>Def left another message later that same day.  Says that he is attending a conference to eat in Lancaster.  It's non-alcohol with his PR team.  Press Room conference.  Acted like the name of the restaurant might be Press Room.<br><br>He did not leave an address, nor has he previously spoken with me about this event. | Open | 10/10/2013 |
| TREAT: TERMINATED FROM TREATMENT, WILL BE ARRESTED | Chronological | TERMINATED FROM TREATMENT, WILL BE ARRESTED<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 10/17/2013 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 10/24/2013 |
| OTHER: | Chronological | BECKER-PER - Checked with Chief Billet-Barclay about a hearing date.  She checked with the judge.  It should be scheduled soon. | Open | 10/31/2013 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 10/31/2013 |
| OTHER: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 11/12/2013 |

PRO000515

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

PHONE: HEARING 12/3 @ 1:30PM

| Chronological | | | |
|---|---|---|---|
| HEARING 12/3 @ 1:30PM | Open | 11/14/2013 |

BECKER-PER - 11.13.2013 over night stay
at moms

SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Thursday, November 14, 2013 5:40
AM
To: Perry, Crystal; Perry, Crystal;
shannonk@mcdonalddefense.com

Officer perry
i stayed over night at mothers her helper
called in off. For the night .As to my
meeting with you at 10am is Nearly in
possibel today at 10:00am. Would you be
kind to reschedule me for tomorrow
sometime I do have appointment in
Harrisburg at the clinic that is 9 :930 in the
morning I can come visit you after that you
can let me know pleas or Monday next
week
Sincerly
Shah

11/14/13  Called def back and rescheduled
tomorrow.

Also got a hearign notice for 12/3 @
1:30pm before Judge Blackwell.

11/14/13  5:45pm  Def left message that
he's going to theLancaster Press Room
cafeteria.

PRO000516

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

**OFFICE:**

| Chronological | Open | 11/15/2013 |
| --- | --- | --- |

BECKER-PER - Def reported. We rescheduled his appt from earlier in the week bc he had to stay with his mother and couldn't make it in time.

They had to change some of her meds and it takes a while to adjust.

Gave him the hearing notice. I made a copy for him.

Has he seen his son lately? Yes. Just talking, you know, about work and his progress in school and going forward in the future.

Plans for Thanksgiving--his family celebrates it. But he doesn't think he'll do anything for it. He thinks his dad was in the hsopital last year. HE doesn't have much track of the last couple of years bc of his dad's health.

Denies alcohol/drug use. Denies contact with the police. His next registration for Megan's Law is Dec 20-Jan something.

HE went to his counseling session this morning at 9. What did they talk about. In general, how he's doing, any issues, including the case, his work, his interaction with his family, the work place, things like that. He gives her his previous worksheets that he has done with CCG. He hasn't done anything new for this therapist. He is not scheduled to take a poly yet, but they have talked about it.

Denies contact with children. Denies use of porn.

And something about his pipes burst. He walks in and the ceiling is falling down. This is part of the reason he couldn't make it. Says that it was just cold and that's why

PRO000517

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| | | | | |
|---|---|---|---|---|
| **OTHER:** | Chronological | they broke. Or a fitting might have come loose. He doesn't know if he has home owner's ins. He does not have a mortgage. HE seems to think that he doesn't have home owner's ins. | | |
| **VOICE:** | Chronological | BECKER-PER - Emailed Lishani Sunday requesting someone from her unit be present at def's hearing on 12/3. | Open | 11/19/2013 |
| **COURT:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 11/27/2013 |
| **PHONE:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/03/2013 |
| | Chronological | BECKER-PER - Def called to get permission to go to Bank of America in Lanc County.  It's 12:30pm and he would like to go now.  He is on his way, if I say it's ok.  Told him it's fine. | Open | 12/04/2013 |
| | | 8:56pm  Def left vm message that he is staying at his mom's tonight.  She is having health issues. | | |
| **OFFICE:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/09/2013 |
| **OFFICE:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/23/2013 |

PRO000518

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

| | | | |
|---|---|---|---|
| PHONE: EX-WIFE'S FATHER DIED, WANTS TO GO TO FUNERAL | Chronological | EX-WIFE'S FATHER DIED, WANTS TO GO TO FUNERAL<br><br>BECKER-PER - 12/26/13 Def left vm message that there's been a death in the family. His ex-wife's father passed away. Def also claims that he's the only source in the family to get her to the funeral, which is going to be in DE.<br><br>12/27/13 Def called again. He doesn't know when or where the funeral service is going to be. He says that it's complete chaos at this point. His children and ex-wife are devastated. Says the funeral will be just family. Says that "the kids just went back to TX and other states." When I asked if there will be minors present.<br><br>There is one family who has a minor child, but the mother of that family is expecting and is close to her due date, so he doesn't think they would be traveling to the funeral.<br><br>His grandchild won't be there bc his daughter is too devastated to go to the funeral.<br><br>Told him I need more info. Ask Deb if there will be any kids there. And fine out when and where the funeral is.<br><br>Also, def stayed at his mother's last night and will be there this weekend, too. | Open | 12/27/2013 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/29/2013 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 01/09/2014 |

PRO000519

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| PHONE: EX-WIFE'S FATHER DIED, WANTS TO GO TO FUNERAL | Chronological | EX-WIFE'S FATHER DIED, WANTS TO GO TO FUNERAL | Open | 12/27/2013 |
|---|---|---|---|---|
| | | BECKER-PER - 12/26/13  Def left vm message that there's been a death in the family.  His ex-wife's father passed away.  Def also claims that he's the only source in the family to get her to the funeral, which is going to be in DE. | | |
| | | 12/27/13  Def called again.  He doesn't know when or where the funeral service is going to be.  He says that it's complete chaos at this point.  His children and ex-wife are devastated.  Says the funeral will be just family.  Says that "the kids just went back to TX and other states."  When I asked if there will be minors present. | | |
| | | There is one family who has a minor child, but the mother of that family is expecting and is close to her due date, so he doesn't think they would be travelling to the funeral. | | |
| | | His grandchild won't be there bc his daughter is too devastated to go to the funeral. | | |
| | | Told him I need more info.  Ask Deb if there will be any kids there.  And fine out when and where the funeral is. | | |
| | | Also, def stayed at his mother's last night and will be there this weekend, too. | | |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/29/2013 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 01/09/2014 |

PRO000520

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

PRO000521

| | | | | |
|---|---|---|---|---|
| **PHONE:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 01/13/2014 |
| **VOICE:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 01/21/2014 |
| **OFFICE:** | Chronological | BECKER-PER - Def reported. Told him the chief and deputy chief want to meet with him after our appt so he shouldn't leave until he meets with them. | Open | 01/23/2014 |

After the last snow on Tuesday, he came home and foudn water running out of the house. His office is destroyed.

He was at his mom's house last night. He was at his house for 3 days trying to fix it. And all his house is getting mildew. And he had to call the gas company and reset the meter and stuff. And it's been a mess.

He worked 4 days straight. Or maybe he's talking about the plumbers, I'm not sure. And the water has turned to ice. First the thermostat was set too low and it was stuck. And then the plumber forgot to replace some insulation. His kitchen cabinet drawers were swollen bc even they had water in them.

Between that and work and his mom, has kept him pretty busy.

He's going today to pick up his glasses today at that placei n Lancaster. Altogether it cost him $85. He's talking to me about his eye exam, since I wear glasses, I can relate.

On Jan 31, he's going to be in Green Castle. And next week, some schedules might change bc of the snow.

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

His next appt with PA counseling in Hbg is this Friday in the morning. The schedule got screwed up bc of the snow and Holidays.

Denies alcohol/drug use. Denies contact with the police. CLaims that he just recently registered for ML. Denise contact with minors.

The last time he got to see his son was xmas. That's a long time.  He says he saw him somewhere around where his water thing broke bc he didn't want to go in the house in case the water was electrified.  So he wanted someone tobe there.  He thinks it was sometime last week.  His son doesn't have his drivers' license.  He's a homebody.

Denies use of porn.

| PHONE: | Chronological | BECKER-PER -  1/29/14   Def called.  He wanted to let me know that he stayed at his mom's house last night.  On Saturday, he has to meet with the consulting guy at Ruby Tuesday for a lunch meeting.  It's the one in Adams County near the intersection of rt 15 and 30.  He will get me the exact address.

Also, on Friday, he'll be going to Hbg for counseling and he has to go to Green Castle that date as well. | Open | 01/29/2014 |

| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 02/04/2014 |

PRO000522

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

OFFICE:

| Chronological | | 02/06/2014 |
|---|---|---|

Open

BECKER-PER - Def reported.  He is fully back in his house.  It's not fully repaired.  It still needs to be cleaned up.  Some rust stuff coming out of the pipes only shows up after it's wet.

Claim that he had his appt in Hbg last Friday for treatment.  His next appt with her is Feb 21.  She has other plans.  He usu sees her 2-3xs/month.

Denies alcohol/drug use.  Denies contact with the police.

His son is becoming more involved with the business.  He is supposed to have some meetings with him and his daughter.  They're trying to schedule something for yesterday, but there was the ice storm.  He's looking forward to that.  As is def.  He reads up on stuff.

Denies contact with minors.  Denies use of porn.

He'll be in Green Castle again.  A lot of farmers there.  He has a property here on Trinity Rd that he can't even get to.  He has 500 acres there that he wants to develope, but they can't even get there.  Supposed to go there this past Monday, but it was all soupy and then the snow.

Herr St. Hbg--Somebody's district office.  There's a bridge on this property and it needs something doen with it and that's PennDOT.

Next 2 weesk: Green Castle, PennDOT, Hbg and hsi attorney on Front St, Hbg.

He still plans to stay with his mother on the weekends.

PRO000523

# Adult Probation Scheduled Activities

**Today's Date:**   05/08/2017

| | | | |
|---|---|---|---|
| **VOICE:** | Chronological | BECKER-PER - Rec'd vm message from def today. Due to the impending 18 inches of snow, he's spending the night at his mother's in case her nurse can't get there in the morning.<br><br>And all of his travel plans for this week have been post poned due to the weather. | Open   02/12/2014 |
| **APPEAL: CR-6753-2005** | Chronological | M. BRABHAM - CR-6753-2005 | |
| **OFFICE:** | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open   02/14/2014 |
| | | | Open   02/27/2014 |
| **PHONE:** | Chronological | BECKER-PER - 3/2/14  Def left vm message that he is going to the Indiant restaurant/grocery in Mechanicsburg.<br><br>3/3/14  Def called.  He is going to the Bank of America in Lancaster right now.  By the time he gets there, they'll be open, he'll make his deposit and then come back.<br><br>3/3/14  5:53pm  Def left vm message that he is taking his ex-wife to the orthodontist tomorrow at 9:30am in Lancaster.  1685 Crown Ave., Lancaster. | Open   03/03/2014 |
| **VOICE:** | Chronological | BECKER-PER - 3/6/14  Def left vm message saying that he's traveling today to Green Castle PA to the farm.<br><br>3/11/14  Def left another message that he is going to see his attorney today, Shannon McDonald, 27 Downing St, West Chester. | Open   03/06/2014 |

PRO000524

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

| | | | | |
|---|---|---|---|---|
| PHONE: AUNT'S FUNERAL IN SEATTLE, WA | Chronological | AUNT'S FUNERAL IN SEATTLE, WA BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/10/2014 |
| SVIOL: ADDITION --> Simple Violation: Type SEX OFFENDER EVAL & RECOMMENDATIONS, Violation Date3/12/2014 | Chronological | ADDITION --> Simple Violation: Type SEX OFFENDER EVAL & RECOMMENDATIONS, Violation Date3/12/2014   M. STOUGH - ADDITION --> Simple Violation: Type SEX OFFENDER EVAL & RECOMMENDATIONS, Violation Date3/12/2014 | Open | 03/12/2014 |
| SUPAPVPV: | Chronological | | Open | 03/12/2014 |
| SP ATTN: NO TO FUNERAL IN SEATTLE, WA | Chronological | NO TO FUNERAL IN SEATTLE, WA BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/12/2014 |
| OFFICE: | Chronological | BECKER-PER - Def reported.  Claims that he has signed a release of info with Dr. French up in Hbg.  I told him that she hasn't called me back.  He sees her next Friday and he will talk to her about it then.   Def hasn't heard back on whether he can go to the funeral in WA or not.  I looked it up and it doesn't look like the judge made a decision yet.   If he is not going to the funeral this coming week, he will prob be in Green Castle twice and on 83 northward.  I thought it was north on 81 near Gap. Gap/Lebanon, these counties just meet at the corner.  It's south Hanover twp.  In the next week or so.   He doesn't know when the funeral is yet.  He thinks he will find out today.   Denies alcohol/drug use.  Denies contact with the police.  He has to call them on one item though.  His dad's car, had an EZ pass that expired and someone drove it | Open | 03/13/2014 |

PRO000525

PRO000526

# Adult Probation Scheduled Activities

**Today's Date:**       05/08/2017

thru and he has to find out who to pay for that. Robert Berry had this car. The one he had to go get back. Denies contact with minors. Denies use of porn.

He will be with his mother tonight and this weekend, but not Saturday.

She had an hour long check up for her cardio stuff. She's starting to retain a little bit of fluid in her legs and that could travel up to her body tissue. Extended family member had a heart attack. His one attorney passed away. Somebody's grandmother passed away.

His ex-wife is losing some bone structure in her upper teeth, and he took her for a mammogram and he has to take her on the 18th for a biopsy. He is really close with this family regardless of divorce. He tells me they have an amicable divorce bc it wasn't based on any promiscuity or affair, it was based on them losing so many children.

Told him a violation report has been submitted. He didn't understand what for as he is attending sex offender treatment.

PRO000527

# Adult Probation Scheduled Activities

**Today's Date:**  05/08/2017

| PHONE: | Chronological | BECKER-PER - 3/14/14  Def left vm message that he would like to go to the Bank of America, Centerville Exit.

3/18/14  Def's petition to go to the aunt's funeral was granted.  By Judge Snyder for some reason.

Called def.  Told him he could go and what info I will need for the travel pass.  Once he has all the arrangements made, he will call me back and we'll schedule an appt.

SHAH MATHIAS [shahmathias@yahoo.com]
Sent: Tuesday, March 18, 2014 6:13 PM
To:  Perry, Crystal; Perry, Crystal
Cc:  shannonk@mcdonalddefense.com

officer.Perry,
On March 20th I have appointment in Greencastle Pennsylvania kindly see the email below address andPerry location shah mathias

**Note: there was no "email below". | Open | 03/18/2014 |

# Adult Probation Scheduled Activities

**Today's Date:     05/08/2017**

PRO000528

| | Chronological | | Open | 03/19/2014 |
|---|---|---|---|---|
| OFFICE: FUNERAL IS IN BRITISH COLUMBIA; GET A FURLOUGH | Chronological | FUNERAL IS IN BRITISH COLUMBIA; GET A FURLOUGH<br><br>BECKER-PER - Def called this morning asking when he could come in and get his travel permit.  We agreed on this afternoon.<br><br>He comes in with an address in British Columbia.  ??  I thought it was going to be in the Washington State area.  Well, the family lives on the border.  I double checked the court order.  It does not say that he can leave the country.  It says that he may go to the funeral on the "west coast."  Doesn't specify which country.<br><br>Talked with Supervisor Alu who talked with Deputy Novak.  Def must get a "furlough from probation" order from the judge to be able to leave the country.<br><br>I apologized to def.  Copied down the address info so that when he gets the furlough, we can easily type out the travel permit.<br><br>Nasim Mathias, 2114 St. George St, Port Moody, British Columbia V3H 2E9 | Open | 03/19/2014 |
| VOICE: | Chronological | BECKER-PER - Def left vm message.  He has an apptt n Greencastle this morning.  Tomorrow, he will be seeing Dr. French. | Open | 03/20/2014 |
| REVO: ADDITION --> Revocation: Revocation Id: 2014-0000991, Gagnon 1 Date:  Results: Desc: . | Chronological | ADDITION --> Revocation: Revocation Id: 2014-0000991, Gagnon 1 Date:  Results: Desc: .<br>M.YERGER - ADDITION --> Revocation: Revocation Id: 2014-0000991,Gagnon 1 Date:  Results: Desc: . | Open | 03/20/2014 |

# Adult Probation Scheduled Activities

Today's Date:   05/08/2017

PRO000529

| PHONE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/24/2014 |
|---|---|---|---|---|
| PHONE: | Chronological | BECKER-PER - reporting my travel to Pa state police per the order | Open | 03/31/2014 |

SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Wednesday, March 26, 2014 12:23 AM
To: Perry, Crystal; Perry, Crystal
Cc: shannonk@mcdonalddefense.com

officer Perry,
I in person reported to Pennsylvania State Police About 11Pm to its Megan law unit. my traveling does not meet the criteria that requires porting. it is well documented at Pennsylvania State Police that I did Reported and made attempts to inform of my travel. yours sincearly
Shah

my travel back to Pennsylvania
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Monday, March 31, 2014 9:51 AM
To: Perry, Crystal; Perry, Crystal;
shannonk@mcdonalddefense.com

Officer Perry,
I have returned to York Pennsylvania late/ early this morning. My mother was admitted into the hospital while I was away and she remains admitted I Wil keep you posted. Shah

PRO000530

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

| | | | |
|---|---|---|---|
| GENERAL: MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INTENSIVE to MAXIMUM SUPERVISION on 4/7/2014. | Chronological | 3/31/14. Def called. He would like to go to Bank of America in Lancaster to make a deposit and then come right back. Told him that was fine. Scheduled next appt, since he was in Canada last week when he had his appt with me.<br><br>MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INTENSIVE to MAXIMUM SUPERVISION on 4/7/2014.<br>BECKER-PER - MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INTENSIVE to MAXIMUM SUPERVISION on 4/7/2014. | Open | 04/07/2014 |
| ATTORNEY: REQUEST FOR HEARING CONTINUED | Chronological | REQUEST FOR HEARING CONTINUED BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/07/2014 |
| PHONE: | Chronological | BECKER-PER - Called def. He spent the night at his mother's last night and the night before. Something about mother's caregiver's nephew committed suicide and def had to step in in the caregiver's place.<br><br>Going to Cumberland County farm tomorrow. Going to his project in Green Castle "over the weekend."<br><br>Had to reschedule appt due to this PO being out of office. | Open | 04/10/2014 |

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

PR000531

| | | | | |
|---|---|---|---|---|
| TREAT: ANOTHER CALL TO JENNIFER FRENCH | Chronological | ANOTHER CALL TO JENNIFER FRENCH<br>BECKER-PER - Def left vm message saying that he's going to be at the superior court this morning in Hbg. Then he said something unintelligible...<br><br>Put another call in to Dr. Jennifer French asking her to call me back to discuss def's treatment. Also stated that he told me he signed a release of info.<br><br>Looked her up on the SOAB website. She is not one of their authorized treatment providers.<br><br>Emailed Jen Russell of my findings. | Open | 04/14/2014 |
| EMAIL: DEF IS PERMITTED TO GO TO CHURCH ON EASTER | Chronological | DEF IS PERMITTED TO GO TO CHURCH ON EASTER<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/16/2014 |
| COURT: 6-23 MONTHS | Chronological | 6-23 MONTHS<br>BECKER-PER - Def before Judge Renn. Sentenced to 6 to 23 months. Found in violation of being unsuccessfully terminated from sex offender treatment. | Open | 04/21/2014 |
| GENERAL: MOTION FILED TO GET WORK RELEASE AND REDUCE SENTENCE TO 30 DAYS YCP | Chronological | BECKER-PER - MOTION FILED TO GET WORK RELEASE AND REDUCE SENTENCE TO 30 DAYS YCP | Open | 05/05/2014 |
| REVO: MODIFY/UPDATE --><br>Revocation Completed: 4/21/2014 | Chronological | MODIFY/UPDATE --> Revocation Completed: 4/21/2014<br>BECKER-PER - MODIFY/UPDATE --><br>Revocation Completed: 4/21/2014 | Open | 05/08/2014 |
| OTHER: APPEAL QUASHED AS UNTIMELY IN SUPERIOR COURT | Chronological | APPEAL QUASHED AS UNTIMELY IN SUPERIOR COURT<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/08/2014 |

# Adult Probation Scheduled Activities

**Today's Date:** 06/08/2017

| | | | | |
|---|---|---|---|---|
| JAIL: CALL FROM PI MIKE WHITE OF BUTLER COUNTY | Chronological | CALL FROM PI MIKE WHITE OF BUTLER COUNTY BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 05/13/2014 |
| GENERAL: DISPOSITION CHANGED/ADDED: Disposition Changed/Added From: to PAROLE on 5/14/2014. | Chronological | DISPOSITION CHANGED/ADDED: Disposition Changed/Added From: to PAROLE on 5/14/2014. M.YERGER - DISPOSITION CHANGED/ADDED: Disposition Changed/Added From: to PAROLE on 5/14/2014. Comments - ; | Open | 05/14/2014 |
| ATTORNEY: | Chronological | BECKER-PER - Rec'd call from Roy Morris of Goldberg and Katzman out of Hbg. He claims that he is representing def in addition to Shannon McDonald. He was asking a bunch of questions that the court has already ruled on. Like why he's still on supervision if he was sentenced to five years in 2006... Asked questions about some appeals which I couldn't answer bc the whole thing is too confusing. I was not much help. Also asking me questions that def should have been able to answer like what his violation was, where he was going to treatment... | Open | 05/22/2014 |
| GENERAL: HEARING 6/13 FOR OUTMATE PETITION | Chronological | BECKER-PER - HEARING 6/13 FOR OUTMATE PETITION | Open | 06/06/2014 |
| GENERAL: MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: MAXIMUM SUPERVISION to INCARCERATED OR INACTIVE on 6/13/2014. | Chronological | MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: MAXIMUM SUPERVISION to INCARCERATED OR INACTIVE on 6/13/2014. BECKER-PER - MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: MAXIMUM SUPERVISION to INCARCERATED OR INACTIVE on 6/13/2014. | Open | 06/13/2014 |

PRO000532

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

COURT: WORK RELEASE
GRANTED W/LIMITED
CONDITIONS

| Chronological | Open | 06/13/2014 |
|---|---|---|

WORK RELEASE GRANTED W/LIMITED
CONDITIONS
BECKER-PER - Def before Judge Renn for
work release petition. The whole thing was
shady. The situation appeared to be this:
some older, equally shady guy comes in,
says he's been working on projects on and
off with def for 30 yrs. He tells us of "sites"
they have in Carlisle and Chambersburg
and I forget where else. He says def may
have to go to these sites. I ask if the one
in Carlisle is the farmland that def owns.
The guy thinks it is. And I ask why he will
need to go check on his farm. Has
construction started. No, these things don't
start construction for 10 yrs. I point out
that def has been on and off supervision
for 9 yrs. Seems like construction should
be starting.

This guy, Jerry Stahlman, claims he's got
offices at 139 E. Market St. Def is going to
be involved in their "planning and
engineering." We agreed to the following
and the judge ordered this:

1] Verify employment within 3 days of
starting said employment.
2] Verify that def has an actual work space
at 139 E. Market St.
3] Def is only permitted to work at this
office space, there is to be no travel
anywhere.
4] Works hours are Monday thru Friday,
8am to 5pm.
5] Prison is to do random checks to verify
that def is actually at this work site.
6] Def must verify his employment by
showing that he has filled out a W9 form.

What this whole situation looked like was,
this guy has worked on projects with def
and now def is trying to get out of jail and
so he says, hey friend, can you hire me as
an employee so I can get work release.

PRO000533

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| | | | | |
|---|---|---|---|---|
| JAIL: STARTS WORKING 6/23/14 | Chronological | I also asked this guy if def is going to continue working for him when he is released and his answer was that def would be welcome to.  Not that he intended to. | | |
| | | STARTS WORKING 6/23/14<br>BECKER-PER - Called outmate.  Spoke with Derek Trone.  Def's brother supposedly works at the place def is going to work at.  Brothe was the one calling in and nagging the jail constantly about getting def to work out there.  The jail is fully aware of exactly how shady this situation is.  They are going to verify his work site and check on him about once a week, as the warden wants this guy watched.  Def is not permitted to have a cell phone.  He is going to be a self-driver, but must provide info to ycp first-proof of ins, registration.  Def starts working there on Monday. | Open | 06/20/2014 |
| ATTORNEY: ATTORNEY QUESTIONS CREDIT TIME MEMO | Chronological | ATTORNEY QUESTIONS CREDIT TIME MEMO<br>BECKER-PER - Rec'd letter forwarded from the chief.  Attorney is questioning the credit time memo I sent to the judge last year.  April notes on it that she does not intend to respond to the letter. | Open | 07/24/2014 |
| EMPLOYER: KICKED OFF WORK RELEASE | Chronological | KICKED OFF WORK RELEASE<br>BECKER-PER - Went to check up on def at work.  He was removed from work release.  Employer acts like he doesn't know why.  Says that def violated the court order.  Whole situation was bizarre.  Guy was bizarre.  Def has an office upstairs and the computer was still turned on. | Open | 08/08/2014 |
| | | Emailed Derek Trone to get copy of write up and if he spent any time in BAU. | | |

PRO000534

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

| | | | | |
|---|---|---|---|---|
| JAIL: RETURN TO WORK RELEASE 8/13/14 | Chronological | RETURN TO WORK RELEASE 8/13/14<br>BECKER-PER - RE: Shahnawaz Mathias<br>Trone, Derek<br>Sent: Monday, August 11, 2014 1:41 PM<br>To: Perry, Crystal<br><br>He was removed for working past 5 PM as stated on the court order by Judge Renn. He was removed and re-applied after 30 days (no BAU).  Judge Renn has ordered him to work release over YCP's objection. He will move tonight and begin working Wednesday.<br><br>Derek Trone<br>Work Release Administrator<br>717-840-7586 | Open | 08/13/2014 |
| FILE2SUP: PAROLE PLAN | Chronological | BECKER-PER - PAROLE PLAN | Open | 09/10/2014 |
| SUPAPVPP: REL 9/20/14 | Chronological | ALALU - REL 9/20/14 | Open | 09/10/2014 |
| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/22/2014 |
| GENERAL: MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INCARCERATED OR INACTIVE to INTENSIVE on 9/22/2014. | Chronological | MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INCARCERATED OR INACTIVE to INTENSIVE on 9/22/2014.<br>BECKER-PER - MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INCARCERATED OR INACTIVE to INTENSIVE on 9/22/2014. | Open | 09/22/2014 |
| PHONE: THEFT FROM HOME, LAHORI INDIAN RESTAURANT ADDRESS | Chronological | THEFT FROM HOME, LAHORI INDIAN RESTAURANT ADDRESS<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/24/2014 |

PRO000535

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

| | | | | |
|---|---|---|---|---|
| PHONE: NEEDS TO SEE SEN SCOTT WAGNER IN HBG | Chronological | NEEDS TO SEE SEN SCOTT WAGNER IN HBG<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 09/30/2014 |
| PHONE: NEED PROOF THAT HE NEEDS TO MEET W/SENATOR | Chronological | NEED PROOF THAT HE NEEDS TO MEET W/SENATOR<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 10/06/2014 |
| OFFICE: Scanned & emailed everything to CCG | Chronological | Scanned & emailed everything to CCG<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 10/09/2014 |
| EMAIL: Requirement to get back into CCG... | Chronological | Requirement to get back into CCG...<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 10/14/2014 |
| EMAIL- ADDRESS OF INDIAN GROCERY & RESTAURANT | Chronological | ADDRESS OF INDIAN GROCERY & RESTAURANT<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 10/20/2014 |
| PHONE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 10/28/2014 |

PRO000536

# Adult Probation Scheduled Activities

**Today's Date:**       05/08/2017

| OFFICE: | Chronological | BECKER-PER - Def reported. Asked him about CCG. He says that he is waiting for them to call him to schedule an intake. After our appt, he is going to walk up the alley to check the status of his intake.

Dneies alcohol/drug use. He hasn't been staying at his mom's house overnight bc he's had so much work. AAA has assessed his mother and they say that she needs someone with her 24 hrs. They're trying to figure out a schedule. He hasn't been anyplace but his own place.

He's only seen her 3 times. He says that she is still coherent. She eats on her own, she can manager her own personal care.

He will let me know what the arrangements are for his mother on Friday.

Denies contact with the police. Denies contact with minors.

Does he have any travel plans coming up? If he does, it will be to Cumberland to the farm with Green Castle. He's in the middle of an audit and they actually had to get a 10-15 day extension. He says that Green Castle is in Franklin County on the Cumberland County line. The farm is split by the county line.

Denies use of porn. | Open | 10/29/2014 |

| PHONE: CCG INTAKE 11/19 @ 2PM | Chronological | CCG INTAKE 11/19 @ 2PM
BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 11/12/2014 |

| OFFICE: | Chronological | BECKER-PER - Def reported. He went to a chiropractor and he said that he strained the muscles on his side. It's improved today. He thinks he hurt his leg from sleeping on the couch. He couldn't even | Open | 11/13/2014 |

PRO000537

# Adult Probation Scheduled Activities

**Today's Date:**     **05/08/2017**

walk before.

He says that his mom is doing well. He is going to be there the next couple of days. It's convenient for him, too bc he doesn't have to go up the steps.

He went to the cemetary—it was a memorial for his dad's brother. He lived in Hummelstown. There was a service. Denies that there were any kids there. "It was a couple of guys." Def claism that he was very close to him. He died in his sleep about 10 yrs ago. Why were they having a memorial service now? They do it every year. They get together.

Def is going to have the senator come to York to meet with him.

The one he was supposed to meet with yesterday, def didn't want to take a chance to walk on the property, so he asked the guy to meet him here.

Where is he going for his weight watchers mtgs? He hasn't been able to actually go. He was called to look after his mom. There's a men's weight watchers in Red Lion. And there's another on Loucks Rd. He did it on the phone with them. He has managed to get back into his regular jeans.

He was on meds for his blood pressure and his doctor told him to start to wean off of that. He's doing much better. It's diet with a little bit of exercise and not as much stressful.

Def got the message that he is supposed to meet with Clay next week at 2pm.

Denies alcohol/drug use. Contact with the police—he parks behind Jerry's office and accidentally left his car unlocked. They

PRO000538

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| | Chronological | | |
|---|---|---|---|
| TREAT: SHOWED FOR INTAKE W/O $ | stole his tablet and his 4 cell phones. Bc the SEC requirements each something has to have a separate line. He said it was a bummer afternoon to go for lunch. Nobody came for him. The city police didn't come. | | |
| | Denies contact with minors. Denies use of porn. | | |
| | He just got his audit done. So now he has a breather of one week. His quarterly report is due very soon. | | |
| | SHOWED FOR INTAKE W/O $ BECKER-PER - 11/19/14. Talked with Clay from CCG. Def showed for his intake but didn't bring any money. Which is just a manipulation tactic on his part, since he knows how this works, not to mention, he is a businessman himself, so he knows that payment is expected upon services rendered. | Open | 11/19/2014 |
| | He has been rescheduled. | | |

PRO000539

# Adult Probation Scheduled Activities

**Today's Date:**     **05/08/2017**

VOICE:

Chronological

| | Open | 11/26/2014 |
|---|---|---|

BECKER-PER - 11/21/14  Def left vm message that he stayed at his mom's last night and over the weekend, too.  He went to CCG.  His next appt is on Weds.

11/26/14  Def left vm message.  He would like to go to Green Castle on Saturday to meet with his farmers.

12/21/14  Def left vm message that he wants to go to the Indian Restaurant in 1/2 hr.  He's staying at his mother's tonight.

12/26/14  Def left vm message that he is going to Hbg restaurant for his mother.  He'll be back in 1.5 hrs.  He stayed at his mom's last night and will be there tonight and tomorrow night as well.

PRO000540

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| TREAT: What he has to say to get back into treatment... | Chronological | What he has to say to get back into treatment... | Open | 12/09/2014 |
|---|---|---|---|---|
| | | BECKER-PER - Met with CCG.  Def is coming in tomorrow.  He has to fill out paperwork.  He has to answer the following questions with a yes: | | |
| | | 1]  Did you intentionally kiss the victim's neck for a sexual purpose? | | |
| | | 2] Did you intentionally touch the victim's buttocks for a sexual purpose? | | |
| | | 3] Did you intentionally touch the victim's inner thigh for a sexual purpose? | | |
| | | 4] Did you commit a sexual offense towards this referring victim? | | |
| | | 5] Are you in need of sexual offender treatment to address any of the behaviors listed above? | | |
| | | If he answers no to any of these questions, they will not allow him into treatment.  Then I guess he will go back to court... | | |
| PHONE: | Chronological | | Open | 12/09/2014 |
| | | BECKER-PER - Def called to see if he could reschedule his appt bc he has to meet at CCG tomorrow at 10 and our appt is 10:30am.  He will now come in at 9:30am. | | |

PRO000541

# Adult Probation Scheduled Activities

**Today's Date:**       **05/08/2017**

| EMAIL: | Chronological | BECKER-PER - Staying overnight at mom's | Open | 12/09/2014 |

SHAH MATHIAS
[shahmathias@yahoo.com]
Sent:  Monday, December 08, 2014 10:21 PM
To: Perry, Crystal; Perry, Crystal;
Shannon K. McDonald ?
[shannonk@mcdonalddefense.com]?

Officer Perry,
Due incoming bad weather conditions for
tomorrow I am staying overnight at my
mother just in case her care giver does not
report in the morning.Shah

Sent from Yahoo Mail on Android

| OFFICE: | Chronological | | Open | 12/10/2014 |

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| | Chronological | | Open | 12/10/2014 |
|---|---|---|---|---|

EMAIL: EMAIL TO APRIL REGARDING WHETHER TO DETAIN OR NOT TO DETAIN PENDING PV FOR FAILURE TO ENTER TREATMENT

EMAIL TO APRIL REGARDING WHETHER TO DETAIN OR NOT TO DETAIN PENDING PV FOR FAILURE TO ENTER TREATMENT
A/ALU - Detain and submit a pv.

Sent from my iPhone
(response above is from April)

On Dec 10, 2014, at 3:27 PM, Alu, Amy <ABAlu@YorkCountyPA.gov> wrote:
So....the SO team met at CCG yesterday for our monthly meeting and we discussed Shah Mathias' case.  Treatment determined that for them to be able to effectively provide SO counseling services to Shah, he would need to make some admissions so they could move forward in counseling.  If he was unable or unwilling to do that, then they would not be able to take him back.  Since I am writing you this email you may have guessed that Shah did not sign the paperwork or make the admissions treatment deemed necessary about his index offense, so they will not take him.

My question to you is, do we detain him and submit a PV or just go ahead and submit a PV with no detention?  He wasn't "discharged" from treatment, he was just not re-admitted.  Triad will not take him either, so there is no approved treatment provider in York that will treat him at this point.

Amy B. Alu
York County Department of Probation Services
Specialized Services Unit Supervisor
Domestic Violence & Sex Offenders
717-771-9602 ext. 237

PRO000543

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| OFFICE: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | |
| TREAT: NOT ACCEPTED INTO CCG | Chronological | NOT ACCEPTED INTO CCG<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/10/2014 |
| TREAT: NOT ACCEPTED INTO CCG | Chronological | NOT ACCEPTED INTO CCG<br>BECKER-PER - Rec'd vm message from Clay yesterday that def is officially not accepted back into their treatment. | Open | 12/10/2014 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/12/2014 |
| EMAIL: WITHDREW RELEASE OF INFO FROM CCG | Chronological | WITHDREW RELEASE OF INFO FROM CCG<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/12/2014 |
| EMAIL: TRYING TO GET INTO TRIAD | Chronological | TRYING TO GET INTO TRIAD<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 12/15/2014 |
| EMAIL: | Chronological | BECKER-PER -<br>From: SHAH MATHIAS [mailto:shahmathias@yahoo.com]<br>Sent: Monday, December 15, 2014 9:38 AM<br>To: Perry, Crystal; Perry, Crystal<br>Cc: Shannon K. McDonald; Royce Morris<br>Subject: WEEKEND SATY OVER MY MOTHER<br><br>Officer Perry,<br>just to let you know I stayed over at my mother's over night on the weekend looking after her .<br>Sincerely,<br><br>Shah Mathias | Open | 12/15/2014 |

PRO000544

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

| | Chronological | Open | 12/30/2014 |
|---|---|---|---|
| PHONE: | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | | |

Important Notice to Recipients:
DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment Adviser. Sender makes no warranties or representations as to the Buyer, Seller or Transaction. Both parties declare that this e-mail is not intended for the buying, selling or trading of securities, or the offering of counsel or advice with respect to such activities. All due diligence is the responsibility of the the Recipient. When and where applicable This E-mail and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. Insider Trading. The United States securities laws prohibit any person who has material, non-public information concerning the matters which may be discussed, presented or attached with this email from purchasing or selling securities of AMERI METRO, Inc. (and options, warrants and rights relating thereto) or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person (including, without limitation any of Recipient's Representatives) is likely to purchase or sell such securities. You acknowledge that the contents and attachments of this email is Confidential Information which may include such material non-public information, that you, the Recipient, has compliance procedures regarding the use of material non-public information, and agree that you will handle such material as non-public information only in accordance with applicable law.

PRO000545

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

ARREST: 72 HOUR DETAINER LODGED.  DEF WAS COOPERATIVE

Chronological

72 HOUR DETAINER LODGED.  DEF WAS COOPERATIVE
BECKER-PER - 12/31/14 Arrested and detained.

Royce Morris, his attorney called.  #234-4161.  Called him back.  Confirmed that def was arrested.  He asked if it was bc he tried to get into treatment, but they wouldn't accept him.  Told him that since def revoked his release of information, I have no knowledge of him being in treatment and he was paroled in September and it's been 3 months and he has to get into treatment.  Also told him the date of the Gagnon I hearing and said that if he intended to come to it and that time didn't work, we could change it.  It did not seem like he wanted to attend.

Open

12/31/2014

DETN: ADDITION --> Detainer: Detainer Id: 2014-1358,
Date/Time Lodged: 12/31/2014 09:33:38,
Violation Type:
Comments:

Chronological

ADDITION --> Detainer: Detainer Id: 2014-1358,
Date/Time Lodged: 12/31/2014 09:33:38,
Violation Type:
Comments:
A/ALU - Anne - I will be in first thing tomorrow morning to get a new bracelet.

Thanks,
Kyle

Open

12/31/2014

PRO000546

# Adult Probation Scheduled Activities

**Today's Date:     05/08/2017**

| | | | |
|---|---|---|---|
| GENERAL: MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INTENSIVE to INCARCERATED OR INACTIVE on 1/2/2015. | Chronological | MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INTENSIVE to INCARCERATED OR INACTIVE on 1/2/2015. BECKER-PER - MODIFY/UPDATE --> Special Condition: Special Condition NO CONTACT WITH VICTIM, BAIL CONDITION,  Assigned on 1/5/2015, by officer DUBBS, BRANDON ,  Special Condition is linked to Indictment-Count 1346 CA 2002 -1 ,  Terms of Special Conditions Completed? N,   Release date: The starting date is . | Open | 01/02/2015 |
| SUPAPVPD: | Chronological | | Open | 01/02/2015 |
| INTROFF: PERM DETAINER TO KELLY CAMPBELL | Chronological | BECKER-PER - PERM DETAINER TO KELLY CAMPBELL | Open | 01/02/2015 |
| GAGNON: HAD HIS GAGNON HEARING THIS DATE | Chronological | HAD HIS GAGNON HEARING THIS DATE BECKER-PER - Rec'd vm message from Royce Morris yesterday. Would I kindly call him back.  #234-4181  Had def's Gagnon I hearing with Sarah Vanseyoc.  I offered to let def reschedule it so his attorney could be present.  He didn't want to delay it any further.  He wanted to have the hearing.  Hearing was held.  CAlled Royce back and left message that I am returning his call, that def had his gagnon hearing and that I know he has already been in contact with Sarah Vanseyoc, hte hearing officer. | Open | 01/07/2015 |
| FILE2SUP: PV TO SUP ALU | Chronological | BECKER-PER - PV TO SUP ALU | Open | 01/08/2015 |

PRO000547

# Adult Probation Scheduled Activities

**Today's Date:      05/08/2017**

| | | | | |
|---|---|---|---|---|
| REVO: ADDITION --> Revocation: Revocation Id: 2015-0000115, Gagnon 1 Date: Results: Desc:. | Chronological | ADDITION --> Revocation: Revocation Id: 2015-0000115, Gagnon 1 Date: Results: Desc:. A:ALU - ADDITION --> Revocation: Revocation Id: 2015-0000115,Gagnon 1 Date: Results: Desc: . | Open | 01/09/2015 |
| INTROFF: PV TO MEGAN | Chronological | BECKER-PER - PV TO MEGAN | Open | 01/09/2015 |
| SVIOL: ADDITION --> Simple Violation: Type FAILED TO ATTEND/COMPL. SEX OFF TRMT, Violation Date1/9/2015 | Chronological | ADDITION --> Simple Violation: Type FAILED TO ATTEND/COMPL. SEX OFF TRMT, Violation Date1/9/2015 A:ALU - ADDITION --> Simple Violation: Type FAILED TO ATTEND/COMPL. SEX OFF TRMT, Violation Date1/9/2015 | Open | 01/09/2015 |
| SUPAPVPV: USB 546 DAYS, REP AFTER NINE MONTHS AND VIOLENCE PREVENTION AND TFAC | Chronological | A:ALU - USB 546 DAYS, REP AFTER NINE MONTHS AND VIOLENCE PREVENTION AND TFAC | Open | 01/09/2015 |
| MAIL: GAVE COPY OF GAGNON REPORT TO PO, DEF. AND FAXED COPY TO DEF. ATTORNEY | Chronological | SVANSCVOC - GAVE COPY OF GAGNON REPORT TO PO, DEF. AND FAXED COPY TO DEF. ATTORNEY | Open | 01/28/2015 |
| COURT: SO TREATMENT AT PA COUNSELING | Chronological | SO TREATMENT AT PA COUNSELING BECKER-PER - Def before Judge Clark for PV. Judge Clark insinuated that def's incarceration was punitive. "Reparoled" forthwith, unserved balance of 546 days. He is to immediately go into PA counseling. He tells me that I have court ordered access to anything and everything as far as the counseling agency is concerned and his progress in tx. Def must successfully complete sex offender treatment. Gave def appt card to come in on Tuesday. | Open | 02/04/2015 |

PRO000548

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

| | | | |
|---|---|---|---|
| GENERAL: MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INCARCERATED OR INACTIVE to INTENSIVE on 2/4/2015. | Chronological | MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INCARCERATED OR INACTIVE to INTENSIVE on 2/4/2015. BECKER-PER - MODIFY/UPDATE--> Supervision Status: Supervision Status changed from: INCARCERATED OR INACTIVE to INTENSIVE on 2/4/2015. | Open | 02/04/2015 |
| OFFICE: REFUSED TO SIGN HIS CONDITIONS | Chronological | REFUSED TO SIGN HIS CONDITIONS BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 02/10/2015 |
| OFFICE: Arranged marriage with Pakistani woman | Chronological | Arranged marriage with Pakistani woman BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 02/12/2015 |
| GENERAL: DISPOSITION CHANGED/ADDED: Disposition Changed/Added From:  to PAROLE on 2/17/2015. | Chronological | DISPOSITION CHANGED/ADDED: Disposition Changed/Added From:  to PAROLE on 2/17/2015. S.MAY - DISPOSITION CHANGED/ADDED: Disposition Changed/Added From:  to PAROLE on 2/17/2015. Comments - ; | Open | 02/17/2015 |
| VOICE: | Chronological | BECKER-PER - 2/23/15  Def left vm message that he was at his mother's house over this weekend.  He will be there again perhaps tonight and tomorrow night.<br><br>2/24/15  Def left vm message that he stayed at his mother's house last night.<br><br>2/25/15  Def left message that he is staying at his mother's.  Her health continues to deteriorate. | Open | 02/23/2015 |
| SP.ATTN: REFERED TO THINKING FOR A CHANGE THIS DATE | Chronological | BECKER-PER - REFFERED TO THINKING FOR A CHANGE THIS DATE | Open | 02/26/2015 |

PRO000549

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

| | | |
|---|---|---|
| OFFICE: He thinks I told him he's not allowed to marry or have a family | Chronological | He thinks I told him he's not allowed to marry or have a family BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 02/26/2015 |
| TREAT: KOBIERECKI'S CONTACT INFO, DEF TO CALL HIM 3/6 | Chronological | KOBIERECKI'S CONTACT INFO, DEF TO CALL HIM 3/6 | Open | 03/04/2015 |

BECKER-PER - Referred to PA Counseling in Hbg this date.  Addressed fax referral to John Kobierecki.

His cell #580-8482

I called John.  He says to have def call him on his cell phone on Friday between 9am and 11am.  He is already booked for March and prob won't get to def until the 2-3rd week of April.

From: Perry, Crystal
Sent: Wednesday, March 4, 2015 4:08 PM
To: 'SHAH MATHIAS'
Subject: Sex Offender treatment at PA Counseling

Hello, Shah,

I have contacted John Kobierecki at Pennsylvania Counseling.  He would like you to call him on his cell phone at #717-580-8482 to schedule an intake.  He is available on Friday, March 6 between 9:00 a.m. and 11:00 a.m. to take your phone call.  I have already sent him the information he will need to conduct your intake appointment.  He tells me that his schedule is full and he will probably have to schedule your intake for the second or third week of April.

Thank you,
Crystal

PRO000550

PRO000551

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

Crystal Perry
York County Adult Probation Officer
45 N. George St.
York, PA 17401
(717) 771-9602, ext. 222

| | | | |
|---|---|---|---|
| TREAT: ADDITION --> Treatment: Program PA COUNSELING SERVICES,  Referral Date: 3/4/2015,  by officer PERRY, CRYSTAL,  Comments: SEX OFFENDER TX--JOHN KOBIERECKI. | Chronological | ADDITION --> Treatment: Program PA COUNSELING SERVICES,  Referral Date: 3/4/2015,  by officer PERRY, CRYSTAL,  Comments: SEX OFFENDER TX--JOHN KOBIERECKI.<br><br>BECKER-PER - ADDITION --> Treatment: Program PA COUNSELING SERVICES,  Referral Date: 3/4/2015,  by officer PERRY, CRYSTAL,  Comments: SEX OFFENDER TX--JOHN KOBIERECKI. | Open | 03/04/2015 |
| EMAIL: | Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/04/2015 |

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| EMAIL: | Chronological | | Open | 03/06/2015 |
|---|---|---|---|---|

BECKER-PER - t at PA Counseling

SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Friday, March 06, 2015 11:47 AM
To:  Perry, Crystal
Cc:  Shannon K. McDonald ?
[shannonk@mcdonalddefense.com]?;
Shannon McDonald ?
[shannonkmcd@gmail.com]?; Royce
Morris ?[rlm@goldbergkatzman.com]?;
Roger M. Morgenthal, Esquire ?
[rogerm@amhsr.com]?; Nick mirchendani
?[nickmirch@gmail.com]?; Chuck Mathias
?[cmathias@dekabatteries.com]?; Debra
Mathias ?[d41mathias@yahoo.com]?; K
MATTHIAS ?[khurram4l@yahoo.co.uk]?;
Johntrae Williams ?[theatrae@aol.com]?;
Todd Reynold ?
[toddreynold@reagan.com]?; Robert
Holmes ?[rwholmes@yorkdirect.com]?

OfficerPerr,
  this will confirm and I have been in touch
John of Pennsylvania counseling services
as mentioned in your email below I have
appointment with him 15th of April in
Carlise Pennsylvana this morning About
9)15(am ) I had left a message in your
voicemail as well.
thank you any questions please give me a
call at 717 434 0668.
Shah

Sent from Yahoo Mail on Android

| OFFICE: | Chronological | | Open | 03/11/2015 |
|---|---|---|---|---|

BECKER-PER - ERROR TO RETRIEVE
THE MEMO RICH TEXT

PRO0000552

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

EMAIL:

Chronological

BECKER-PER - ERROR TO RETRIEVE
THE MEMO RICH TEXT

Open    03/16/2015

PRO000553

# Adult Probation Scheduled Activities

**Today's Date:**     **05/08/2017**

| EMAIL: PO NEEDS TO RESCHEDULE APPT DUE TO COURT CONFLICT | Chronological | Open | 03/20/2015 |
|---|---|---|---|
| | PO NEEDS TO RESCHEDULE APPT DUE TO COURT CONFLICT

BECKER-PER - 3/19/15   Def called.  He needs to go to the farm.  It's lot 1 on the corner of Lisburn and Trindle Rds in Carlisle.  He needs to go this afternoon.  He has a lease on a cell tower on te property and someone sold the rights to it while he was in jail.  He needs to how AT&T workers the serial number.

Told him that was fine for him to go.

From: Perry, Crystal
Sent: Friday, March 20, 2015 4:20 PM
To: SHAH MATHIAS
Subject: Reschedule appointment

Shah,

On Weds., March 25, we have an appointment scheduled at 9:30 a.m.  I have been called to court on that date at 9:00 a.m.  I would like to cancel this appointment with you and reschedule it for Monday, March 30 at 1:30 p.m.  If you are unable to make this new appointment, please let me know.

Thank you,
Crystal

Crystal Perry
York County Adult Probation Officer
45 N. George St.
York, PA 17401
(717) 771-9602, ext. 222 | | |

PRO000554

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

PHONE:

| | | | |
|---|---|---|---|
| Chronological | BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/27/2015 |

OFFICE:

| | | | |
|---|---|---|---|
| Chronological | BECKER-PER - 3/28/15  Def left a message.  He is going to the Indian grocery/restaurant in Camp Hill. | Open | 03/30/2015 |

3/30/15  Def reported.  He hasn't yet started the home renovations.  Bc the contractor didn't show up.  It kind of blew his morning away.

HE still hasn't hearing anything regarding the TFAC program.  I will email Cameron Romer to see if she knows anything.

Def claims that he is not going to church.  He says that he can't go bc if there are children there, I told him he has to leave.  I'm certain I only told him taht he would have to move his seat.

Denies alcohol/drug use.  Denies any other contact with the police.  Def claims that he is still working out of Jerry's office.  Denies contact with minors.  He is not working for Jerry, he just kept the office space.  His position changed bc of his arrest.  He couldn't have that same office.

Dneies that he has plans for Easter.  He intends to stay at his mom's.  Denies use of porn.

Bc of the weather, his whole schedule has been screwed up.  So he hasn't been able to go to DC or get his son's car and everything.  And as it gets warmer, he is going to get jammed up with travel.  I don't really know what he's talking about.  He says that he is asking people to come to him bc, notwithstanding asking permission,

PRO000555

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

PRO000556

| | | | | |
|---|---|---|---|---|
| OTHER: EMAILED CAMERON ROMER ABOUT TFAC PROGRAM REFERRAL | Chronological | BECKER-PER - EMAILED CAMERON ROMER ABOUT TFAC PROGRAM REFERRAL | Open | 03/30/2015 |
| OTHER: TFAC TO START 4/14. I SENT A LETTER | Chronological | TFAC TO START 4/14. I SENT A LETTER<br>BECKER-PER - ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 03/31/2015 |
| GENERAL: NO SHOW FOR TFAC ON 3/23 & 3/30 WITHDRAWN | Chronological | ROMER - NO SHOW FOR TFAC ON 3/23 & 3/30 WITHDRAWN | Open | 03/31/2015 |
| VOICE: | Chronological | BECKER-PER - 4/6/15  Def left vm message that he was at his mother's this weekend.  He needs travel permission to go to DC for Friday.  Wants to meet some foreign dignitaries from China on their way to CA at the airport.  He needs to get some documents signed.  This would be rather than going to NY or CA to have it done.  It might turn out to be Friday night or early Saturday morning. | Open | 04/06/2015 |

he simply doesn't have the time to spend 2 hours on the road.  He sometimes does video conferencing.  A lot of his board meetings are done with conference video. Bc they have people thru-out the country, London and Canada.  He tries to avoide asking for much travel from me unless he has to.

it's a hassle for him to travel.

His meeting with John Kobierecki on April 15.  He is still meeting with Jennifer French...his next appt with her will be after April 15 during this month.

Def scheduled for ORAS at next appt.

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

| | | | | |
|---|---|---|---|---|
| EMAIL: | Chronological | BECKER-PER – ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/07/2015 |
| EMAIL: | Chronological | BECKER-PER – ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/08/2015 |
| EMAIL: | Chronological | BECKER-PER – ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/10/2015 |
| EMAIL: | Chronological | BECKER-PER – ERROR TO RETRIEVE THE MEMO RICH TEXT | Open | 04/13/2015 |
| TREAT: INDIVIDUAL ONCE/MONTH | Chronological | INDIVIDUAL ONCE/MONTH BECKER-PER – Rec'd intake sheet from John Koblerecki. Looks like he is only referring def for individual counseling once per month. | Open | 04/15/2015 |
| VOICE: | Chronological | BECKER-PER – 4/16/15   Def left vm message that he is going to Green Castle today instead of yesterday, for which he claims I have already given him permission.  There was a tragedy in the fmaily.  Not close family. 4/20/15   Def left message that he was at his mother's this weekend. | Open | 04/20/2015 |
| OFFICE: COMPLETED FULL ORAS | Chronological | BECKER-PER – COMPLETED FULL ORAS 4/21/15—Left vm message that he is staying at his mother's tonight 4/25/15—Def left vm message that he will be staying at his mom's house tonight and tomorrow night. 5/4/15—Def left message saying that he is staying at his mother's tonight. | Open | 05/06/2015 |

PR00000557

# Adult Probation Scheduled Activities

5/8/15 – Def reported.  He's going to treatment at PA Counseling.  He's meeting with John Kobierecki.  He's only met with him once.  He has another scheduled but doesn't know off hand when it is.

Is he still meeting with Dr. French?  He was going to, but he hasn't had time.  John had said that he should do both and they would exchange notes between them.  So def is going to.  Did John have him sign to pay for a poly?  Yeah, he had him sign a lot of disclosure.  He did discuss "all these events" and his "plan of action."

He has to go to DC to get a visa to go to Pakistan and then he is going to petition the court to leave the country to get married.  He will get me the info.  He would like to go to Pakistan in Sept.  It would be about a 10 day visit.  For their engagement.  Then he would prob go back in December and "wrap it up."  The fiance would stay in Pakistan until they are actually married.  And something about he would have to get permission from the American Consulate in Pakistan.  And to go there, he has to go to state the facts of why he wants to go there to get his visa.  He has to get there and report toeh embassy that an Ameican citizaen is on the soil.  Then the governemnt has to check into it to make sure that it's a legitimate marriage and not a child that he is marrying.  You apply a proper visa, you petition a fiance visa petition, it matches with your travel documents and then you report to the American embassy.  Doing all this bc they will eveuntally issue her a visa and she will ahve to tell them why and if he hasn't done all of this, they will want to know why it wasn't disclosed.  She is 30 yrs old.

PR0000558

# Adult Probation Scheduled Activities

**Today's Date:    05/08/2017**

| | | | | |
|---|---|---|---|---|
| Pa Counseling Services - Behavioral | Treatment Enrollee | Told him I will give him a travel permit for that and he wants to see the consulate and go see an attorney down there. | | |
| Commonwealth Clinical Group - Behavioral | Treatment Enrollee | Def is pretty much at his mother's every weekend. Told him that he doesn't have to call every weekend for that, I will just assume that he is there every weekend sleeping over for at least some portion of it. He spend the night at his mom's maybe 2 nights a week. His brother is sometimes there. Told him he doesn't have to call me for going to his mom's anymore. He's either at his mom's house, his own house or 139 E. Makrt. He doesn't go to anyone else's house. | Open | 05/14/2015 |
| Triad Treatment Specialists - Behavioral | Treatment Enrollee | John asked him what kind of show he watches and def says that he watches Lassie. He hasn't watched TV for a long time. He doesn't have cable and hasn't for years. He watches National Geographic or Masterpiece Theater or Downtown Abby. Classical stuff. Saturdsays, there's Gunslingers, Butch Cassidy and Sundance, ME TV. His mom just has rabbit ears on her TV. | Open | 05/14/2015 |
| Mathias, Shahnawaz M will need to be registered as a sex offender. | Task | He did go to his Thinking for a Change class. That class was full, so they assigned him to start at the end of may. | Open | 05/20/2015 |
| Client - Email: Mathias Jr., Shahnawaz M | Appointment | 5/18/15--Def left vm message.  He is headed back to PA Counseling—needs to stop at the Dept of State Transportation Bureau.  And can he go to counseling on | Scheduled | 05/20/2015 | Perry, Crystal |

PRO000559

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

Weds and Thurs.

5/19/15–Def called. He sees John Kobierecki tomorrow at 9am. HE sees Dr. French on Thursday. Told him he automatically has permission to leave the county to go to his therapy appts. HE does not need to call every time.

On his way home, he would like to go to the Harrisburg Dept of State, the corporation department. Asked him to get me the address. He is no longer needed to go to the O'Reilly's Tap Room that is attached to the Best Western Hotel.

addres to the department of state
SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Tuesday, May 19, 2015 1:59 PM
To: Perry, Crystal; Perry, Crystal

Officer Perry
per our phone call early this after noon
hear is the adders to Bureau of
Corporations you had asked me for and
given me the consent to go after meeting
with Pennsylvania counseling service I
will be going to the corporation bureau

Bureau of Corporations and Charitable
Organizations, Business

206 N. Office Building, Harrisburg, PA
17120

Sincerely,

PRO000560

# Adult Probation Scheduled Activities

**Today's Date:**    **05/08/2017**

Shah Mathias

Smart shipping is Smart business.

Important Notice to Recipients:
DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment Adviser. Sender makes no warranties or representations as to the Buyer, Seller or Transaction. Both parties declare that this e-mail is not intended for the buying, selling or trading of securities, or the offering of counsel or advice with respect to such activities. All due diligence is the responsibility of the the Recipient. when and where applicable This E-mail and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. Insider Trading. The United States securities laws prohibit any person who has material, non-public information concerning the matters which may be discussed, presented or attached with this email from purchasing or selling securities of AMERI METRO, Inc. (and options, warrants and rights relating thereto) or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person (including, without limitation any of Recipient's Representatives) is likely to purchase or sell such securities. You acknowledge that the contents and attachments of this email is Confidential information which may include such material non-public information, that you, the Recipient, has compliance procedures regarding the use of material non-public information, and agree that you will handle such material as non-public information

PRO000561

# Adult Probation Scheduled Activities

**Today's Date:**    05/08/2017

| | | | | |
|---|---|---|---|---|
| Client - Phone: Mathias Jr., Shahnawaz M | Appointment | only in accordance with applicable law. | | |
| | | 5/22/15--Def left vm message saying that he has to go back to the Bureau of Transportation in Hbg bc the one page was stuck in the envelope and it has to be filed. It's a time issue. Called him back and told him that was fine for him to go. | Scheduled    05/22/2015 | Perry, Crystal |
| Client - Phone: Mathias Jr., Shahnawaz M | Appointment | Def called 2 times yesterday wanting to go to the Indian grocery store sometime this weekend. Called him back and told him that was fine. | Scheduled    05/29/2015 | Perry, Crystal |
| | | And he registered for Megan's law 5/27 with PSP. | | |
| Client - Office: Mathias Jr., Shahnawaz M | Appointment | Def reported. Def works a lot and he is "so sleepy." | Scheduled    06/03/2015 | Perry, Crystal |
| | | He is seeing John Koblerecki once a month. HE's also seeing Dr. French only once a month. So it winds up that he is up there twice a month. | | |
| | | Denies that he did anything for Memorial Day. He worked. His sister had his mother so it gave him a chance. Not even a bbq. HE laughs. He had a chance to sleep a little bit. | | |
| | | He sees his son, pretty much every other day bc on his way to Mom's. You know. He'll stop and get something to eat. He didn't go to his graduation. So his dad is not there, he didn't want to go. Even tho academically, he has been out of school for months. Def told him it was his "day," and he should go. | | |
| | | Denies alcohol/drug use. Denies contact with the police just that he went for his registration. Denies contact with minors. Denies use of porn. | | |

PR0000562

# Adult Probation Scheduled Activities

**Today's Date:**     05/08/2017

| Office Visit | Mathias Jr., Shahnawaz M | Appointment | | Open | 06/03/2015 | Perry, Crystal |
|---|---|---|---|---|---|---|

Asked about a poly.  They do it every 6 months and it's not been 6 months yet. They have a little time here.  He asks me if John has let me know that def is there since his alst appt.  And I said no.  Def was going to bring his slip that the was there and I said I didn't need to see that.

He shows me some parking receipts from when he went to some building in Hbg. Most of his time is logged bc he goes to state or federal building.

Def still doesn't have utilities at his home and his brother was staying at his mothers, so he stayed at the Wingate by Wyndham last night.  He showed me the receipt for staying there one night.  He will not be staying there tonight.  He will either be back at his place or his mom's.

His plan is to go to Pakistan in Sept.  He doesn't yet know when he is going to have to go to the embassy here in US.  They go by your date of travel to schedule your appt. and they're really booked right now bc of the summer holiday.

He went to that Thinking for a Change program yesterday.  And they told him the class is full and to keep checking with them.  He is supposed to keep going every week to see if there is an opening in the class.  I haven't heard of this.  Sounds like this is a huge inconvenience.  He talked with Sammy.

Def wants a copy of his ORAS.  I emailed Apirl to see if he is allowed.

PRO0000563

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

| | | | Completed | 06/03/2015 | |
|---|---|---|---|---|---|
| UCM Alert: Shahnawaz Mathias is in the lobby | E-mail | | | | |
| Client – Phone: Mathias Jr.,<br>Shahnawaz M | Appointment | Called def.  As per Chief April Billet-Barclay, def's case is closed (based on order of superior court).  Called def and told him he's done with me. | Scheduled | 06/09/2015 | Perry, Crystal |
| Closing Summary: Mathias Jr.,<br>Shahnawaz M | Appointment | Housing–def lived in his own home his entire term of supervision.<br><br>Substance abuse–none known.<br><br>Employment–def has worked for himself his entire term of supervision.  He is reportedly always very busy.<br><br>Social ID–def spends time with his mother.  After completing the ORAS, it appears as though he has supportive and positive friendships.<br><br>Violation history–def has violated twice due to counseling related issues.<br><br>Officer assessment–the defendant is well-adjusted to society's rules, however, he is in complete denial of his offense, has had two people accuse him of similar illegal behavior.  He is a registered sex offender.<br><br>Jail–not closed because of this. | Scheduled | 06/09/2015 | Perry, Crystal |
| Closing the Adult Probation record | Chronological | Closing the Adult Probation Record<br><br>Closure Reason: Final Discharge<br><br>Notes:<br>final discharge | Open | 06/12/2015 | |
| Client – Email: Mathias Jr.,<br>Shahnawaz M | Appointment | From: Perry, Crystal<br>Sent: Wednesday, June 17, 2015 3:47 PM<br>To: 'SHAH MATHIAS' | Scheduled | 06/17/2015 | Perry, Crystal |

PRO000564

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

Subject: RE: Superior Court 2015-876-mda -2014 DISCHARGEd from probation and sex offender treatment classes

Yes, we have closed your case with York County Adult Probation.

From: SHAH MATHIAS [mailto:shahmathias@yahoo.com]
Sent: Wednesday, June 17, 2015 3:34 PM
To: Perry, Crystal; Perry, Crystal
Cc: Shannon K. McDonald; Royce Morris; Nick Mirch; Todd Reynold; Robert Holmes; Roger M. Morgenthal Esquire; Chuck Mathias; Roger Morgenthal; Debra Mathias; Suhail Matthias; Johntrae Williams; K MATTHIAS; Bill Sundstrom; Robert Braman; Shannon K. McDonald; Jerry Stahlman; SHAH MATHIAS; Uroosh Mathias
Subject: Superior Court 2015-876-mda -2014 DISCHARGEd from probation and sex offender treatment classes

Officer Perry,
This email will confirm your call to me last week that your department of probation has closed the file and I will no longer need to be reporting to you or probation. Or need to be going to the sex offender treatment classes if I wish to continue to go to the treatment facility it is entirely up to me to do so . If I am incorrect in any way in my understanding that my probation is over and concluded, please advise right away, it my understanding is that your decision is based on  Superior Court 2015-876-mda -2014 which clearly states
SHOGAN, WECHT, and STRASSBURGER,* JJ.
MEMORANDUM BY STRASSBURGER, J.

We conclude that the imposition of the judgment was illegal. Consequently, we

PRO000565

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

vacate Appellant's judgment of sentence.
PS. I chose to complete sex offender
treatment classes attach you will find
DISCHARGE NOTICE
Successful in that the client met the
program requirements. ........

Sincerely,

Shah Mathias
CEO
HSR Technologies,Inc.
http://www.ameri-metro.com/
(717)434-0668
FAX (717) 326 1118
shahmathias@yahoo.com
shah@penndellandco.com
shah@amhsr.com
HSR LOGISTICS
Smart shipping is Smart business.

Important Notice to Recipients:
DISCLAIMER: Sender is NOT a United
States Securities Dealer or Broker or U.S.
Investment Adviser. Sender makes no
warranties or representations as to the
Buyer, Seller or Transaction. Both parties
declare that this e-mail is not intended for
the buying, selling or trading of securities,
or the offering of counsel or advice with
respect to such activities. All due diligence
is the responsibility of the the Recipient
when and where applicable This E-mail
and the attached related documents are
never to be considered a solicitation for
any purpose in any form or content. Upon
receipt of these documents, the Recipient
hereby acknowledges this Disclaimer.
Insider Trading. The United States
securities laws prohibit any person who has
material, non-public information concerning
the matters which may be discussed,
presented or attached with this email from
purchasing or selling securities of AMERI

PPJO000566

# Adult Probation Scheduled Activities

**Today's Date:** 05/08/2017

PRO000567

| Client - Office: Mathias Jr., Shahnawaz M | Appointment | | | |
|---|---|---|---|---|
| Archives: Mathias Jr., Shahnawaz M | Appointment | METRO, Inc. (and options, warrants and rights relating thereto) or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person (including, without limitation any of Recipient's Representatives) is likely to purchase or sell such securities. You acknowledge that the contents and attachments of this email is Confidential Information which may include such material non-public information, that you, the Recipient, has compliance procedures regarding the use of material non-public information, and agree that you will handle such material as non-public information only in accordance with applicable law. | Open | 06/30/2015 | Perry, Crystal |
| Client - Email: Mathias Jr., Shahnawaz M | Appointment | FILE SCANNED | Scheduled | 09/15/2015 | Yerger, Megan K |
| | | RE: Risk Assessment Report Perry, Crystal Sent: Tuesday, March 29, 2016 10:17 AM

TO: SHAH MATHIAS [shahmathias@yahoo.com]

After speaking with my director, we will not be sending you a copy of this.

Crystal Perry York County Adult Probation Services Officer 45 N. George St. York, PA 17401 (717) 771-9602, ext. 222 | Scheduled | 03/29/2016 | Perry, Crystal |

# Adult Probation Scheduled Activities

**Today's Date:**        05/08/2017

| Client - Office: Mathias Jr., Shahnawaz M | Appointment | METRO , Inc. (and options, warrants and rights relating thereto) or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person (including, without limitation any of Recipient's Representatives) is likely to purchase or sell such securities. You acknowledge that the contents and attachments of this email is Confidential Information which may include such material non-public information, that you, the Recipient, has compliance procedures regarding the use of material non-public information, and agree that you will handle such material as non-public information only in accordance with applicable law. | Open | 06/30/2015 | Perry, Crystal |
| Archives: Mathias Jr., Shahnawaz M | Appointment | FILE SCANNED | Scheduled | 09/15/2015 | Yerger, Megan K |
| Client - Email: Mathias Jr., Shahnawaz M | Appointment | RE: Risk Assessment Report<br>Perry, Crystal<br>Sent: Tuesday, March 29, 2016 10:17 AM<br><br>To: SHAH MATHIAS [shahmathias@yahoo.com]<br><br>After speaking with my director, we will not be sending you a copy of this.<br><br>Crystal Perry<br>York County Adult Probation Services<br>Officer<br>45 N. George St.<br>York, PA  17401<br>(717) 771-9602, ext. 222 | Scheduled | 03/29/2016 | Perry, Crystal |

PRO000568

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

From: SHAH MATHIAS
[shahmathias@yahoo.com]
Sent: Monday, March 28, 2016 4:11 PM
To: Perry, Crystal; Perry, Crystal
Cc: Shannon K. McDonald; Royce Morris;
Chuck Mathias; Todd Reynold
Subject: Risk Assessment Report

Officer Perry,
While I was under your supervision I was
given the reason by you that under the
federal guideline I must participate. In self
Risk Assessment by you so I did participate
in your office under the direct question and
answer session carried out by you. Would
be kind to send me the Risk Assessment
Report.

Sincerely,

Shah Mathias

Important Notice to Recipients:
DISCLAIMER: Sender is NOT a United
States Securities Dealer or Broker or U.S.
Investment Adviser. Sender makes no
warranties or representations as to the
Buyer, Seller or Transaction. Both parties
declare that this e-mail is not intended for
the buying, selling or trading of securities,
or the offering of counsel or advice with
respect to such activities. All due diligence
is the responsibility of the the Recipient.
when and where applicable This E-mail
and the attached related documents are
never to be considered a solicitation for
any purpose in any form or content. Upon
receipt of these documents, the Recipient
hereby acknowledges this Disclaimer.

PRO000569

# Adult Probation Scheduled Activities

**Today's Date:**   **05/08/2017**

| Archives: Mathias Jr., Shahnawaz M | Appointment | Insider Trading. The United States securities laws prohibit any person who has material, non-public information concerning the matters which may be discussed, presented or attached with this email from purchasing or selling securities of AMERI METRO , Inc. (and options, warrants and rights relating thereto) or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person (including, without limitation any of Recipient's Representatives) is likely to purchase or sell such securities. You acknowledge that the contents and attachments of this email is Confidential Information which may include such material non-public information, that you, the Recipient, has compliance procedures regarding the use of material non-public information, and agree that you will handle such material as non-public information only in accordance with applicable law. Request file for April B.B | Scheduled | 07/05/2016 | Shultz, Shirley |

PRO000570