UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAHNAWAZ MATHIAS, | : | **CASE NO. 1:16-CV-01338** |
| Plaintiff | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| YORK COUNTY, *et al.*, | : | |
| Defendants | : | |

# ORDER
February 12, 2019

In accordance with the Memorandum issued this date, **IT IS ORDERED** that Mathias's motion for partial summary judgment (doc. 55) is **DENIED**, and the defendants' motion for summary judgment (doc. 58) is **GRANTED** as to Counts I, II, III, and IX of the amended complaint. The Clerk of Court shall defer entry of judgment until the conclusion of the entire case.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge